**From:** Alan Goldman <goldiefun@msn.com>
**Subject:** Fw: Unpaid legal services Alan Goldman
**Date:** Mar 15, 2024 at 3:20:30 AM
**To:** Lopezromo@gmail.com

He is lying.

---

**From:** Antonio A. Arias <Aaa@mcvpr.com>
**Sent:** Thursday, October 5, 2023 4:22 PM
**To:** mark goldman <marknmngoldman@gmail.com>; Alan Goldman <goldiefun@msn.com>
**Subject:** Unpaid legal services Alan Goldman

Greetings Mark and Alan: We have not been able to locate an email attaching the March 24th, 2022, order denying the motion to dismiss. However, as I stated during our call, this was discussed with Alan during my frequent and extended telephone conferences with him. Kindly let me know when you are available to continue our call and conclude our discussion.



**Antonio A. Arias** ■ Capital Member ■
Aaa@mcvpr.com

T (787) 250-5604 ■ M (787) 405-8672
270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.