IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN, | * | CIVIL NO.: 24cv01136 |
| Plaintiff | * | |
| v. | * | |
| MCCONNELL VALDÉS, LLC; ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them; JOSE IRIZARRY-CASTRO; JOHN DOE; MARY DOE UNKNOWN INSURANCE COMPANY; | * | |
| Defendants | * | |

NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Alan Goldman, by and through his undersigned attorney, Francisco M. López Romo, and respectfully States, Alleges and Prays:

1. In the complaint, Plaintiff, Alan Goldman reported his home address, but his postal address was not mentioned.

2. Plaintiff, Goldman's postal address is P.O. Box 158, Plainfield, VT 05667, and his email address is: goldiefun@msn.com.

WHEREFORE, Plaintiff Alan Goldman respectfully requests from this Honorable Court to take notice of this motion, and to grant any remedy that this Honorable Court may deem to be adequate.

RESPECTFULLY SUBMITTED.

In Coral Gables, Florida on this 8th day of April 2024.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO.: 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com