IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| MCCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

PLAINTIFF, ALAN GOLDMAN'S MOTION TO DISMSIS WITHOUT PREJUDICE

TO THE HONORABLE COURT:

COMES NOW, the Plaintiff, Alan Goldman, by and through his undersigned counsel Francisco M. López-Romo, and respectfully States and Prays as follows:

1. Fed. R. 41(1)(A)(1) Civ. P., allows for the Voluntary Dismissal of the Plaintiff's action, by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…".

2. Plaintiff, Alan Goldman respectfully requests from this Honorable Court to enter an Order granting this motion for the dismissal without prejudice of this action against Defendant, José Irizarry Castro and to enter its Final Judgment of dismissal without prejudice.

WHEREFORE, Plaintiff Alan Goldman respectfully requests from this Honorable Court to take notice of this motion and to grant the dismissal without prejudice of this action against Defendant,

José Irizarry Castro and to enter its Final Judgment of dismissal without prejudice, with any remedy that this Court may deem to be just and proper.

RESPECTFULLY REQUESTED.

In Miami, Florida, on this 8th day of May 2024.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com