IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>Plaintiff,<br><br>v.<br><br>MCCONNELL VALDÉS, LLC, ET AL.,<br><br>Defendants. | CIV. NO.: 24-1136 (SCC) |

**PARTIAL JUDGMENT**

In view of the Court's Order at Docket No. 8 and pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), all claims against José Irizarry Castro are hereby **DISMISSED WITHOUT PREJUDICE.** Each party shall bear their own costs, fees, and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of May 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE