**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136 |

## SPECIAL AND LIMITED APPEARANCE
## TO REQUEST ADDITIONAL TIME
## WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD

**TO THE HONORABLE COURT:**

    **NOW APPEAR** co-defendants Antonio Arias Larcada and McConnell Valdés, LLC., through their undersigned counsel, and without submitting to the *in personam* or subject matter jurisdiction of this Honorable Court very respectfully state and pray as follows:

1. The captioned complaint has recently been referred to the undersigned attorney for handling. Under the Federal Rules of Civil Procedure, the appearing defendants must respond by today, May 13, 2024.

2. The undersigned counsel requires an additional period of time of thirty (30) days, up to and including June 13, 2024, to responsibly investigate the factual and legal issues raised by the pleadings and prepare an appropriate response.

3. In making a special and limited appearance to request such extension, the appearing defendants do not waive and specifically reserve any and all defenses related to the sufficiency of process and/or the Court's personal and subject matter jurisdiction over the present case.

**WHEREFORE,** for the above stated reasons, the appearing co-defendants very respectfully request an extension of time, up to and including June 13, 2024, within which to answer or otherwise plead.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 13th day of May, 2024.

**I HEREBY CERTIFY** that on this 13th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com