IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

PLAINTIFF, ALAN GOLDMAN'S MOTION REQUESTING EXTENSION OF TIME
TO FILE ANSWER TO COUNTERCLAIM

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Alan Goldman, by and through his undersigned counsel Francisco M. López-Romo, and respectfully States and Prays as follows:

1. Plaintiff, Alan Goldman's answer to counterclaim is due on or before July 8, 2024.

2. As of this date, due to Plaintiff, Goldman's poor health condition, Mr. Goldman has been unavailable to consult with the undersigned counsel to adequately prepare Plaintiff's answer to counterclaim.

3. During the past two weeks as well as during the next two weeks. Mr. Goldman had or shall have several medical appointments at UVM Medical Center, Central Vermont Hospital and at the Mass General Hospital in Boston. Please see, **Exhibit 1**.

4. For the reasons stated above, Plaintiff, Alan Goldman respectfully requests from this Honorable Court to grant Plaintiff, Goldman an additional term of thirty (30) days, that is, until August 2nd, 2024, to file Plaintiff's answer to counterclaim.

WHEREFORE, Plaintiff, Alan Goldman respectfully requests from this Honorable Court to take notice of this motion and to grant an extension of time of thirty (30) days to file Plaintiff, Goldman's answer to counterclaim, that is, until August 2nd, 2024, and to grant such further relief as the Court may deem to be just and proper.

RESPECTFULLY REQUESTED.

In Miami, Florida, on this 3rd day of July 2024.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com