EXHIBIT 1

| JUN 28 2024 | Hospital Outpatient Visit<br>RRT Cvmc<br>UVM Health Network - CVMC PFT |
|---|---|

| JUN 20 2024 | Telemedicine<br>Benjamin Flinn, MD<br>UVM Health Network - CVMC Family Medicine - Main Campus |
|---|---|

| JUN 7 2024 | Hospital Outpatient Visit<br>UVM Health Network - CVMC CT Scan |
|---|---|

| JUN 7 2024 | Hospital Outpatient Visit<br>UVM Health Network - CVMC MRI |
|---|---|

| JUN 7 2024 | Hospital Outpatient Visit<br>UVM Health Network - CVMC MRI |
|---|---|

| JUN 5 2024 | Office Visit<br>Benjamin Flinn, MD<br>UVM Health Network - CVMC Family Medicine - Main Campus |
|---|---|

Oldest record loaded from 6/5/2024

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Name: Alan B Goldman | DOB: 3/26/1958 | MRN: 0000589820 | PCP: Benjamin Arthur Flinn, MD | Legal Name: Alan B Goldman

# Appointments and Visits

## Upcoming visits

○ Future visits

**JUL 16 2024** — Established Patient Visit
Benjamin Flinn, MD
UVM Health Network - CVMC Family Medicine - Main Campus
Arrive by 10:30 EDT
Starts at 10:45 EDT

**JUL 19 2024** — Us Abdominal Aorta-Iliac Duplex
UVM Health Network - CVMC Ultrasound
Arrive by 16:00 EDT
Starts at 16:15 EDT

**JUL 25 2024** — CT Lung Screening
UVM Health Network - CVMC CT Scan
Arrive by 13:45 EDT
Starts at 14:00 EDT

**AUG 2 2024** — New Patient Visit
James Rose, MD
UVM Health Network - CVMC ENT
Arrive by 8:15 EDT
Starts at 8:30 EDT

**AUG 8 2024** — Established Patient Visit
Benjamin Flinn, MD
UVM Health Network - CVMC Family Medicine - Main Campus
Arrive by 12:45 EDT
Starts at 13:00 EDT

**AUG 13 2024** — New Patient Visit
Rosanna Woodard, PA-C
UVM Health Network - CVMC Orthopedics & Spine Medicine
Starts at 13:45 EDT

## Past Visits

**More Visit Notes:** You may notice more visit notes from additional members of your care team. If you have given someone proxy access to your MyChart account, they will also be able to view them. Need your own medical records from a specific hospital, department or physician? Click "Request Your Records" from the main menu above.

○ Last 3 months