# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>　　　　Defendants | CIVIL NO.: 24cv01136 |

### DEFENDANTS' OPPOSITION TO MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIM

**TO THE HONORABLE COURT:**

　　**NOW APPEAR** the defendants, Antonio Arias Larcada, his wife Mr. Arias, and McConnell Valdés, LLC, and very respectfully state and pray as follows:

1. Citing medical conditions and appointments, the plaintiff has requested an extension of time to file his Answer to the Counterclaim, up to and including August 2, 2024 (Dkt. No. 19).

2. The appearing defendants do not object to the Court granting the plaintiff an extension of time to Answer the Counterclaim; however, it should be noted that Magistrate Judge Marcos López has set a Scheduling/Settlement Conference

for July 30, 2024, and we therefore suggest that the requested extension be allowed only until July 29, 2024, such that the scheduled Conference can take place with the pleading stage of the case completed.

WHEREFORE, it is respectfully requested that the Honorable Court take note of the above and consequently grant the requested extension of time to Answer the Counterclaim, but only until July 29, 2024.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 5th day of July, 2024.

**I HEREBY CERTIFY** that on this 5th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail:  sanjuanm@microjuris.com
