IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|   Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| MCCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|   Defendants | * | |

PLAINTIFF-COUNTER DEFENDANT, ALAN GOLDMAN'S
ANSWER TO COUNTERCLAIM

TO THE HONORABLE COURT:

COMES NOW, Plaintiff and counter-defendant, Alan Goldman, by and through his undersigned counsel Francisco M. López-Romo, and respectfully States and Prays as follows:

1. Paragraph one (1) of the counterclaim is admitted.

2. Paragraph two (2) of the counterclaim is admitted.

3. Paragraph three (3) of the counterclaim is admitted.

4. Paragraph four (4) of the counterclaim is admitted.

5. Paragraph five (5) of the counterclaim is admitted.

6. Paragraph six (6) of the counterclaim is admitted.

7. Paragraph seven (7) of the counterclaim is admitted.

8. Paragraph eight (8) of the counterclaim is admitted.

Alan Goldman v. McConnell Valdés, LLC, et al / 24cv01136 / Answer to Counterclaim

9. Paragraph nine (9) of the counterclaim is denied. The property was occupied during the winters of 2018 and 2019.

10. Paragraph ten (10) of the counterclaim is admitted in part. It is denied that the two (2) motor vehicles were "abandoned".

11. Paragraph eleven (11) of the counterclaim is admitted.

12. Paragraph twelve (12) of the counterclaim is admitted.

13. Paragraph thirteen (13) of the counterclaim is admitted in part, it is denied that the two (2) motor vehicles were "abandoned".

14. Paragraph fourteen (14) of the counterclaim is admitted.

15. Paragraph fifteen (15) of the counterclaim is denied.

16. Paragraph sixteen (16) of the counterclaim is admitted in part, since the "various factual and legal theories" were actually proposed by defendant and counter claimant Antonio Arias Larcada.

17. Paragraph seventeen (17) of the counterclaim is admitted.

18. Paragraph eighteen (18) of the counterclaim is admitted in part, since counterclaimants Antonio Arias Larcada and McConnell Valdés failed to advise plaintiff and counter-defendant Alan Goldman regarding all the legal remedies that were available under the Puerto Rico Civil Code.

19. Paragraph nineteen (19) of the counterclaim is admitted.

20. Paragraph twenty (20) of the counterclaim is admitted.

21. Paragraph twenty-one (21) of the counterclaim is admitted.

Alan Goldman v. McConnell Valdés, LLC, et al / 24cv01136 / Answer to Counterclaim

22. Paragraph twenty-two (22) of the counterclaim is admitted.

23. Paragraph twenty-three (23) of the counterclaim is admitted.

24. Paragraph twenty-four (24) of the counterclaim is admitted in part and denied in part. It is admitted that on March 24, 2024, Judge Pedro Delgado Hernández entered his order denying Mr. Goldman's Motion to Dismiss. It is denied that said motion to dismiss "was verbally communicated" by defendant and counter-claimant Antonio Arias Larcada to plaintiff and counter-defendant Alan Goldman, when in fact, plaintiff and counter-defendant Alan Goldman was only informed about Judge Delgado's ruling, after defendants' counter plaintiffs Antonio Arias Larcada and the law firm of McConnell Valdés had already withdrawn from said case.

25. Paragraph twenty-five (25) of the counterclaim is admitted.

26. Paragraph twenty-six (26) of the counterclaim is partially admitted, since it is denied that "Mr. Arias extensively prepared" for that deposition. In fact, Mr. Arias did not prepare plaintiff and counter-defendant Alan Goldman for said deposition.

27. Paragraph twenty-seven (27) of the counterclaim is admitted in part, since plaintiff and counter-defendant Alan Goldman's "advice and consent" was wrongfully obtained since Mr. Goldman was relying on Arias' and McConnell Valdés' incorrect factual and legal premises.

28. Paragraph twenty-eight (28) of the counterclaim is admitted.

29. Paragraph twenty-nine (29) of the counterclaim is denied.

30. Paragraph thirty (30) of the counterclaim is denied. Again, witnesses, Mark Goldman and Holland & Knight' attorneys Jeffrey Cleven and Jeremy Sternberg, were not informed by Arias or McConnell Valdés about Judge Pedro Delgado Hernández' previous ruling on Goldman's motion to dismiss.

31. Paragraph thirty-one (31) of the counterclaim is not admitted or denied at this time.

32. Paragraph thirty-two (32) of the counterclaim is admitted.

33. Paragraph thirty-three (33) of the counterclaim is admitted.

34. Paragraph thirty-four (34) of the counterclaim is admitted, but the amount of $3,800,000 must be corroborated.

35. Paragraph thirty-five (35) of the counterclaim is admitted.

36. Paragraph thirty-six (36) of the counterclaim is admitted but said amount being claimed is now subject to any set-off. The invoices submitted by defendants and counter-plaintiffs, Antonio Arias Larcada and McConnell Valdés, and that were paid for by plaintiff and counter-defendant Alan Goldman must now be reviewed, and plaintiff and counter-defendant Alan Goldman shall exercise his right to set-off any amounts of monies that plaintiff and counter defendant Alan Goldman may have paid in excess of what would or should have been the reasonable amount of legal fees invoiced for the actual legal services that were rendered to plaintiff by these defendants.

37. Paragraph thirty-seven (37) of the counterclaim is admitted in part, since said amount being claimed is subject to set-off. The invoices actually submitted by defendants and counter-plaintiffs Antonio Arias Larcada and McConnell Valdés, and those fees that were

Alan Goldman v. McConnell Valdés, LLC, et al / 24cv01136 / Answer to Counterclaim

paid for by plaintiff and counter-defendant Alan Goldman, must be reviewed. Plaintiff and counter-defendant Alan Goldman reserves the right to set-off or deduct any amounts of monies that plaintiff and counter-defendant Alan Goldman may have paid in excess of such amount than what would or should have been reasonable to cover the legal services that were actually rendered on his behalf.

38. Paragraph thirty-eight (38) of the counterclaim is denied.

39. Paragraph thirty-nine (39) of the counterclaim is admitted.

40. Paragraph forty (40) of the counterclaim is admitted.

41. Paragraph forty-one (41) of the counterclaim is admitted.

42. Paragraph forty-two (42) of the counterclaim is admitted.

43. Paragraph forty-three (43) of the counterclaim is admitted.

44. Paragraph forty-four (44) of the counterclaim is admitted in part. The actual amount that was paid by plaintiff counter defendant Alan Goldman to the Homeowners Association must be corroborated.

45. Paragraph forty-five (45) of the counterclaim is denied.

46. Paragraph forty-six (46) of the counterclaim is denied.

47. Paragraph forty-seven (47) of the counterclaim is admitted.

48. Paragraph forty-eight (48) of the counterclaim is admitted.

49. Paragraph forty-nine (49) of the counterclaim is denied.

50. Paragraph fifty (50) of the counterclaim is admitted.

51. Paragraph fifty-one (51) of the counterclaim is denied.

Alan Goldman v. McConnell Valdés, LLC, et al / 24cv01136 / Answer to Counterclaim

52. Paragraph fifty-two (52) of the counterclaim is denied.

53. Paragraph fifty-three (53) of the counterclaim is not admitted or denied at this time.

54. Paragraph fifty-four (54) of the counterclaim is denied.

55. Paragraph fifty-five (55) of the counterclaim is denied as drafted.

56. Paragraph fifty-six (56) of the counterclaim is denied.

57. Paragraph fifty-seven (57) of the counterclaim is denied.

58. Paragraph fifty-eight (58) of the counterclaim is denied.

59. Paragraph fifty-nine (59) of the counterclaim is denied.

60. Paragraph sixty (60) of the counterclaim does not require any responsive pleading, or if any response is required, plaintiff and counter-defendant Alan Goldman's responses to the allegations in paragraphs 1 through 59 of the counterclaims are hereby re-alleged as if fully set forth herein.

61. Paragraph sixty-one (61) of the counterclaim is admitted.

62. Paragraph sixty-two (62) of the counterclaim is admitted.

63. Paragraph sixty-three (63) of the counterclaim is admitted.

64. Paragraph sixty-four (64) of the counterclaim is admitted but said amount is subject to setoff. The invoices that were submitted by defendants and counter-plaintiffs Antonio Arias Larcada and McConnell Valdés, that were paid for by plaintiff and counter defendant Alan Goldman must now be reviewed, and plaintiff and counter-defendant Alan Goldman reserves the right to set-off against these additional invoices, any amounts of monies that

plaintiff and counter defendant Alan Goldman may have paid for that would have been reasonable fees for the actual services that were rendered to him.

65. Paragraph sixty-five (65) of the counterclaim is denied.

66. Paragraph sixty-six (66) of the counterclaim is denied.

67. Paragraph sixty-seven (67) of the counterclaim does not require any response.

68. Paragraph sixty-eight (68) of the counterclaim does not require any responsive pleading. Otherwise, the responses to the allegations in paragraph 1 through 67 are re-alleged as if fully set forth herein.

69. Paragraph sixty-nine (69) of the counterclaim is admitted in part, since it is denied that plaintiff and counter-defendant "Goldman's statements was knowingly disseminated to the public".

70. Paragraph seventy (70) of the counterclaim is denied.

71. Paragraph seventy-one (71) of the counterclaim is denied.

72. Paragraph seventy-two (72) of the counterclaim is not admitted or denied at this time.

73. Paragraph seventy-three (73) of the counterclaim is denied.

74. Paragraph seventy-four (74) of the counterclaim is denied.

75. Paragraph seventy-five (75) of the counterclaim is denied.

76. Paragraph seventy-six (76) of the counterclaim does not require responsive pleading.

77. Paragraph seventy-seven (77) of the counterclaim does not require responsive pleading. Otherwise, the responses to the allegations in paragraph 1 through 76 are re-alleged as if fully set forth herein.

78. Paragraph seventy-eight (78) of the counterclaim is denied.

79. Paragraph seventy-nine (79) of the counterclaim is denied.

80. Paragraph eighty (80) of the counterclaim is denied.

81. Paragraph eighty-one (81) of the counterclaim is denied.

82. Paragraph eighty-two (82) of the counterclaim does not require responsive pleading.

Otherwise, it is denied.

WHEREFORE, Plaintiff and Counter-Defendant, Alan Goldman respectfully requests from this Honorable Court to take notice of his answer to the counterclaim, and to grant such relief as this Court may deem to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on this 8th day of July 2024.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com