IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| MCCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

PLAINTIFF, ALAN GOLDMAN'S MOTION TO REQUEST THAT INITIAL SCHEDULING AND SETTLEMENT CONFERENCE BE CONVERTED TO VIDEOCONFERENCE

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Alan Goldman, by and through his undersigned counsel Francisco M. López-Romo, and respectfully States and Prays as follows:

1. On June 17th, 2024, this Honorable Court entered an Orden to set the Initial Scheduling and Settlement Conference for tomorrow, July 30, 2024, at 2:00 p.m., before the Honorable U.S. Magistrate Marcos E. López.

2. On July 22nd, 2024, the parties filed the Joint Initial Scheduling Conference Memorandum.

3. On July 22 and 24, 2024, Plaintiff, Alan Goldman complied with F. R. Civil P. 26(a)(1).

4. The undersigned attorney resides in Coral Gables, Florida, and has already made my traveling arraignments to fly tomorrow morning to San Juan, Puerto Rico.

5. The undersigned attorney has just become aware of the tropical disturbance that may be affecting Puerto Rico tomorrow, July 30, 2024.

6. In view of the above, the undersigned counsel respectfully requests that tomorrow's hearing be held by video conference.

7. Opposing counsel Manuel San Juan, Esq. has no objection to this request.

IN VIEW OF THE ABOVE, the undersigned attorney respectfully requests from this Honorable Court to issue an Order and that the Initial Scheduling and Settlement Conference be held by video conference, and to grant such further relief as the Court may deem to be just and proper.

RESPECTFULLY REQUESTED.

In Miami, Florida, on this 29th day of July 2024.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com