IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALAN GOLDMAN,

    Plaintiff,

    v.       CIVIL NO.: 24-1136 (SCC)

MCCONNELL VALDÉS, LLC ET AL.,

    Defendants.

**INITIAL SCHEDULING AND SETTLEMENT
VIDEOCONFERENCE MINUTES**

An Initial Scheduling and Settlement Videoconference was held on July 30, 2024 before USMJ Marcos E. López. Counsel Francisco M. López-Romo was present on behalf of plaintiff Alan Goldman. Counsel Manuel San Juan-DeMartino was present on behalf of defendants McConnell Valdés, LLC, Antonio A. Arias-Larcada, Mrs. Arias and their Conjugal Partnership. Defendant Antonio A. Arias-Larcada was also present.[1]

The parties advised that they have already exchanged their initial disclosures under Fed.R.Civ.P. 26. Plaintiffs sought, and were granted, leave to amend the complaint to add various insurance companies as defendants. Defendants informed that they have already identified the names of the pertinent insurance companies. The following deadlines were set and shall not be amended by the parties on their own without prior leave from the court:

| Deadline | Event |
| --- | --- |
| August 7, 2024 | Deadline for defendants to provide plaintiff copies of the all applicable insurance policies |

---

[1] Arturo García, Managing Director of McConnell Valdés; Juan Márquez, Director of Litigation Division of McConnel Valdes; and Paul Cortés, Chief Corporate Officer of McConnell Valdés LLC were also present.

| | |
|---|---|
| August 16, 2024 | Deadline to amend complaint and add parties |
| August 30, 2024 | Deadline for plaintiff to serve summons upon the insurance companies |
| September 30, 2024 | Service of interrogatories and requests for production of documents |
| October 31, 2024 | Answer to interrogatories and requests for production of documents |
| December 2, 2024 | Deadline for all parties (plaintiff and defendants) to announce expert witnesses and provide expert witness disclosures |
| December 16, 2024 | Deadline for all parties (plaintiff and defendants) to produce expert reports |
| February 17, 2025 | Conclusion of depositions (fact and expert witnesses) |
| March 3, 2025 | Service of requests for admissions |
| April 4, 2025 | Answers to requests for admissions<br><br>Conclusion of the discovery phase of the case |
| May 5, 2025 | Deadline to file dispositive motions and *Daubert* motions or motions *in limine* to exclude expert testimony |
| August 8, 2025 | Joint Proposed Pretrial Order |

Regarding motions for summary judgment and the responses to the same, the parties shall comply with Local Rule 56. All exhibits submitted in support of proposed uncontested facts in a motion for summary judgment or in opposition to the same that are not in English must have an attached certified translation. All citations to the record and to case law must be to documents that are in English.

The possibility of settlement was briefly discussed, but deemed to be premature.

At the present there is a lack of unanimous consent to have all further proceedings including trial and entry of judgment presided by a magistrate judge. ECF No. 23, at 34.

s/Miriam C. Cruz<br>
Courtroom Deputy Clerk to<br>
USMJ Marcos E. López

Scheduled for: 2:00 PM

Started at: 2:10 PM

Ended at: 2:53 PM