## Fw: Fw: judges order

**Alan Goldman** <goldiefun@msn.com>   Thu, Feb 15, 2024 at 12:16 PM
To: "lopezromo@gmail.com" <lopezromo@gmail.com>

---

**From:** Alan Goldman <goldiefun@msn.com>
**Sent:** Thursday, February 15, 2024 11:11 AM
**To:** Alan Goldman <goldiefun@msn.com>
**Subject:** Fw:

---

**From:** Edgardo Cartagena <edgardo.cartagena@mbcdlaw.com>
**Sent:** Wednesday, April 5, 2023 5:50 PM
**To:** goldiefun@msn.com <goldiefun@msn.com>
**Subject:**

Hi Alan. Did Arias send you copy of this Opinion and Order, issued by the prior judge on March 22, 2022? We just found it during our search.

**Edgardo Cartagena**

Direct dial: (787) 723-8755 | Mobile: (787) 399-1863

Fax: (787) 723-8763 | edgardo.cartagena@mbcdlaw.com

www.mbcdlaw.com

PO Box 13399 | San Juan PR  00908

Plaza 273, Suite 700 | 273 Ponce de León Ave.  |  San Juan PR  00917-1934

MORELL • CARTAGENA • DAPENA

If there is any problem with this communication, please call us immediately at (787) 723-1233.

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to *Morell Cartagena & Dapena, LLC* which may be confidential or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action based on the contents of such information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at (787) 723-1233 or bby return e-mail. Thank you.

If there is any problem with this communication, please call us immediately at (787) 723-1233.

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to *Morell Cartagena & Dapena, LLC* which may be confidential or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone (787) 723-1233 or return e-mail. Thank you.

📄 **Teal Peak Capital_ LLC v. Goldman_ 2022 U.S. Dist. LEXIS 53838.pdf**
196K