IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN, | * | CIVIL NO: 24cv01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| McCONNELL VALDÉS, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, his wife | * | |
| MARIA BEALE, and the Conjugal | * | |
| JOHN DOE; MARY DOE | * | |
| SOMPO INTERNATIONAL INSURANCE | * | |
| COMPANY; ENDURANCE AMERICAN | * | |
| SPECIALTY INSURANCE COMPANY; | * | |
| AIG INTERNATIONAL COMPANY- | * | |
| PUERTO RICO | * | |
| | * | |
| Defendants | * | |

PLAINTIFF, ALAN GOLDMAN'S MOTION TO CORRECT SCRIVENER'S ERROR
AND TO REQUEST PERMISSION TO FILE CORRECTED VERIFIED
SECOND AMENDED COMPLAINT

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Alan Goldman, by and through his undersigned attorney, Francisco M. López Romo, and respectfully States, Alleges and Prays:

1. On this date, August 13, 2024, Plaintiff, Alan Goldman, by and through his undersigned attorney filed Plaintiff, Alan Goldman's Verified Second Amended Complaint. (Please see: Document 27).

Alan Goldman v. McConnell Valdés, LLC, et al / 24cv01136
Plaintiff, Alan Goldman's Motion to Correct Scrivener's Error and to Request Permission to File
Corrected Verified Second Amended Complaint

2. Immediately thereafter, it came to the undersigned counsel's attention that the original draft was filed instead of the undersigned's final version of said Verified Second Amended Complaint.

3. In order to correct this error, the undersigned counsel is re-filing this "Corrected Verified Second Amended Complaint".

WHEREFORE, Plaintiff, Alan Goldman respectfully requests this Honorable Court to take notice of this motion and if necessary, to enter an Order so that Document 26 may be replaced by the Corrected Verified Second Amended Complaint that is being filed on this date.

RESPECTFULLY SUBMITTED.

In Coral Gables, Florida on this 13th day of August 2024.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

s/Francisco M. López-Romo
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com