AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

| | | |
|---|---|---|
| ALAN GOLDMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **24-cv-1136 SCC** |
| | ) | |
| McCONNELL VALDES, LLC; ANTONIO ARIAS | ) | |
| LARCADA, HIS WIFE MARIA BEALE, AND THE | ) | |
| CONJUGAL PARTNERHIP, ET AL | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AIG INSURANCE COMPANY-PUERTO RICO
250 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     FRANCISCO M. LOPEZ-ROMO, ESQ.
PO BOX 331823
COCONUT GROVE, FLORIDA  33233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ADA I. GARCIA-RIVERA, ESQ.**

*CLERK OF COURT*

Date:  08/19/2024

Digitally signed by Ana Duran
Date: 2024.08.19 10:43:15
-04'00'

*Signature of Clerk or Deputy Clerk*

AIG
RECEPCIÓN
AUG 20 2024
RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  24CV01136

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AIG Insurance Company PR.

was received by me on *(date)* 8/20/2024 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* P/c Lorenne Cervoni Gerente Reclamación , who is

designated by law to accept service of process on behalf of *(name of organization)* AIR Insurance Company PR

250 AVE. MUÑOZ RIVERA 5TO PISO   SAN JUAN  on *(date)* 8/20/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/20/2024

_____
*Server's signature*

Eduardo Colón Cruz (Emplazador)
*Printed name and title*

Bayamón, P.R.
*Server's address*

Additional information regarding attempted service, etc: