**JOSE A. FRANCESCHINI CARLO, M.D., L.F.A.P.A.**
**CHAIRMAN DEPARTMENT OF PSYCHIATRY**
**UNIVERSIDAD CENTRAL DEL CARIBE**

DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
DIPLOMATE AMERICAN BOARD OF GERIATRIC PSYCHIATRY
LIFE FELLOW AMERICAN PSYCHIATRIC ASSOCIATION

*UNIVERSIDAD CENTRAL DEL CARIBE-ESCUELA DE MEDICINA*

**Chairman,** *Department of Psychiatry*
*Call Box 60-327*
*Bayamón, P.R. 00960-6032*
*Tel. (787)798-3001 Ext. 322-323*
*Tel. y Fax: (787)787-7807*

**OFFICE ADDRESS:**

*Edificio Médico Santa Cruz*
*Santa Cruz St. #73   Tel. (787) 269-2000*
*Bayamón, P.R. 00961  Fax: (787)269-2002*

**PERSONAL DATA:**

*Date of Birth:        March 20, 1949*
*Place of Birth: Mayaguez, P.R.*
*Citizenship:          United States*
*Language:             Spanish and English*

**CIVIL STATUS:**   *Married*

**EDUCATION:**

*1977 to 1980*        *UNIVERSIDAD CENTRAL DEL CARIBE*
                      *SCHOOL OF MEDICINE*

                      Degree: MEDICAL DOCTOR

*1970-1971*           *University of Seville, Spain*
*1967-1970*           *Universidad de Puerto Rico*

                      Degree: PRE- MED

*C V. JA Franceschini, M.D.*

## POST DOCTORAL TRAINING:

*1984-1985*  **FELLOWSHIP**- *Geriatric Psychiatry*
*University of Alabama at Birmingham, Alabama.*

*1981-1984*  **RESIDENCY**-*Neurology and Psychiatry*
*University of Alabama at Birmingham, Alabama.*

*1980-1981*  **INTERNSHIP:** **Internal** *Medicine and Neurology*
*University of Alabama at Birmingham, Alabama.*

## LICENSE TO PRACTICE:

*1985*  LICENSE IN PUERTO RICO NO. 7843

## DIPLOMATE STATUS:

BOARDS:

*Nov. 2001*  DIPLOMATE AMERICAN BOARD OF GERIATRIC PSYCHIATRY
*Re-Certification No. 129*

*July, 1991*  DIPLOMATE AM ERICAN BOARD OF GERIATRIC-PSYCHIATRY
*Geriatric Psychiatry-Certification No. 129.*

*March, 1988*  DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
*Certificate No. 29976*

*1985*  PUERTO RICO MEDICAL BOARD

## HONORS:

*May 2019*  DOCTOR'S CHOICE AWARD

May. 2017  LIFE FELLOW AMERICAN PSYCHIATRIC ASOCIATION

*May, 2003*  FELLOW AMERICAN PSYCHIATRIC ASSOCIATION

*October, 2001*  DR. RAÚL MARCIAL AWARD

*May, 2000*  DOCTOR'S CHOICE AWARD

*February, 1993*  ALPHA OMEGA ALPHA
*Medical Honor Society*

2

*C V. JA Franceschini, M.D.*

## PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| 2003–2007: | Bristol Meyers Advisory Board for Geriatric Psychiatry |
| 2002- 2008 | Pfizer Advisory Board for Depression |
| 2002-2008 | Eli Lilly Advisory Board for Schizophrenia |
| 1997-1998 | Latin American Advisory Board for Mental Illness<br>Board Member For Puerto Rico |
| 1994-1999 | Medical Director<br>Clínica Dr. Franceschini & Dr. Padro, Bayamón, PR |
| 1994-1997 | Member of By Laws Committee<br>Hospital San Pablo, Bayamón, PR |
| 1993- 2002 | Member of Curriculum Committee<br>Hospital Ramón Ruiz Arnau, Bayamón, PR |
| 1993-1997 | Puerto Rico Alzheimer's Disease Advisory Board |
| 1993-1994 | Member of Ethics Committee<br>Hospital San Pablo, Bayamón, PR |
| 1991-2000 | Consultant in Psychiatry<br>Hospital Universitario Ramón Ruiz Arnau, Bayamón, PR |
| 1991-2002 | Member Executive Committee<br>Hospital Universitario Ramón Ruiz Arnau, Bayamón., PR |
| 1991-1995 | Director of Education<br>First Hospital Panamericano, Cidra, PR |
| 1988 to present | Private Practice |
| 1988 - 2000 | Consultant in Psychiatry<br>Hospital San Pablo, Bayamón. PR |
| 1988-1991 | Consultant in Psychiatry<br>Hospital Hermanos Meléndez, Bayamón, P.R. |

*C V. JA Franceschini, M.D.*

| | |
|---|---|
| *1988-1991* | Consultant Psychiatry<br>Hospital Matilde Brenes, Bayamón, P.R. |
| *1988-1989* | Director Geriatric Program<br>First Hospital Panamericano, Cidra, PR |
| *1986-1988* | Chief Geriatric Psychiatry<br>Veteran Administration, San Juan Medical Center |
| *1986-1988* | Member of Pharmacy Committee<br>Veteran Administration, San Juan Medical Center |
| *1985-1986* | Chief Geriatric Psychiatry<br>Bryce State Hospital, Alabama |

## *ACADEMIC APPOINTMENT:*

| | |
|---|---|
| *1991 to present* | Chairman and Professor, Department of Psychiatry<br>Universidad Central del Caribe |
| *1986-1988* | Instructor in Psychiatry, Veterans Hospital, San Juan, PR |
| *1985-1986* | Assistant Professor in Psychiatry<br>University of Alabama School of Medicine |
| *1984-1985* | Instructor in Psychiatry<br>University of Alabama School of Medicine |

## *PROFESSIONAL ORGANIZATIONS:*

| | |
|---|---|
| *1993* | AMERICAN ACADEMY OF PSYCHIATRY AND LAW |
| *1991* | AMERICAN ASSOCIATION OF CHAIRMAN IN PSYCHIATRY |
| *1985* | AMERICAN ASSOCIATION FOR GERIATRIC PSYCHIATRY |
| *1985* | AMERICAN GERIATRIC SOCIETY |
| *1985* | ALZHEIMER'S DISEASE AND RELATED DISORDERS ASSOCIATION |
| *1985* | INTERNATIONAL PSYCHOGERIATRIC ASSOCIATION |
| *1982* | AMERICAN PSYCHIATRY ASSOCIATION |

*C V. JA Franceschini, M.D.*

## PUBLICATIONS:

1. Folks DG, Franceschini, JA., Freeman AM:  The elderly coronary bypass patient:  A focus on Psychiatric morbidity, Southern Medical Journal 77 (9):  Suppl. 30, 1984.

2. Alarcon RD, Franceschini JA: Hyperparathyroidism and Paranoid Psychosis.  Case report and review of Literature British Journal of Psychiatry, 145:  477-486, 1984.

3. Folks DG, Franceschini JA:  Sokol RS, Freeman AM:  Psychogeriatrics:  The Relationship to Medicine, Vol.4, No.4 1985..

## PRESENTATIONS: (not in order of presentations)

**Alcoholism**: Medical and Psychiatric complication.

**Assessing Suicide Risk**.

**Pharmacology of Aging:**

**Organic Brain Syndrome** .

**Geriatric Psychiatry**: Overview.

**Antidepressant Drugs and Plasma Level in the Elderly**:

**Alzheimer's Disease**

**Biology of Aging**

**Depression**: Overview

**Depression in the Elderly**: Evaluation and Treatment

**Depresión**: Evaluación y Tratamiento.

**Antidepressants**

**Geropsychiatry Evaluation**.

**Neuropsychiatric Disorder:** Overview

**Dementia vs. Pseudodementia**,

**Neuroscience of addiction,**

C V. JA Franceschini, M.D.

*__Sleep Disorders__*

*__Dual diagnosis: addiction and psychiatric disorders__*

*__Depression:__* Estrategias de Tratamiento en el paciente geriátrico.

*__Dementia Review:__*

*__Vida Sexual en el Envejeciente__*

*__Psychosomatic in the Chronic Illness:__*

*__Chronic Pain and Depression__*

*__Ansiedad__*: Evaluación y Tratamiento.

*__Psicosomasis y Medicina:__*

*__Geriatría__*: Una mirada al Futuro.

*__Panic Attacks:__* Evaluation and Treatment.

*__Alzheimer's:__* Evaluation, Diagnosis and Management.

*__Psicotropicos:__* Overview.

*__Emergencias Psiquiátricas:__* Repaso General.

*__Depresión:__* Una Enfermedad Médica

*__Insomnio__*

*__Psychosocial Aspects of Geriatric Patients__*

*__Sexual Dysfunctions__*

*__Addiction a Brain Disease__*

*__Erectile Dysfunctions and Depression__*

*__Schizophrenia: New Treatments__*

*__Bipolar Disorders: New Treatments__*

*__Alzheimer's Dementias Vs. Lewy Bodies__*

*__Eating Disorders__*

*__Post Traumatic Stress Disorder__*
C V. JA Franceschini, M.D.

6

*<u>Neurociencia de los 12 pasos: Alcohólicos Anónimos</u>*

*<u>Neurociencia de la Inteligencia Emocional</u>*

*<u>Psychiatry and Medical Cannabis</u>*

*<u>Lo que todo Médico debe saber de Cannabis Medicinal</u>*

*<u>CANCER: No es lo mismo ser el médico que el paciente</u>*

*<u>LGBTQ+: History, Prejudice, Health Disparities</u>*

**<u>Lectures to Medical Students:</u>** *Dementia, Mood Disorders, Anxiety Disorders, Traumatic Disorders, Substance Abuse Disorders, Geriatric Psychiatry, Forensic Psychiatry, Personality Disorders, Somatoform Disorders.*

## <u>TELEVISION & RADIO PRESENTATIONS:</u>

### TELEVISION:

| | | |
|---|---|---|
| *January 2009 to 2019 :* | | ***"NOTICENTRO AL AMANECER"*** *CHANNEL 4*<br>*Every Tuesday* |
| *July 2001 to 2008* | : | ***"ANALISIS NOTICIOSO"*** *CHANNEL 40*<br>*Every Thursday* |
| *March 1991 to 2000* | : | ***"TU MAÑANA"*** *- CHANNEL 11*<br>*Every Thursday* |

### RADIO:

| | | |
|---|---|---|
| *Oct 2010 to present* | : | ***"DÉJAME AYUDARTE",*** *WKAQ 580 AM*<br>*Every Thursday* |
| *June 2010 to 2012* | : | ***"LA BOLA DE PEGAO",*** *BORICUA 740 AM*<br>*Once a Month* |

<u>SEMINARS TO IMPROVE QUALITY OF LIFE</u>

- *Concepts and Life Style*
- *Be The Best You Can Be*
- *Values, Culture and Emotional Intelligence*
- *Neuroscience of Emotional Intelligence*
- *Sé La Diferencia*

*C V. JA Franceschini, M.D*

7

- *Por qué Quiero que mi Hijo Aprenda a Jugar Golf*
- *Inteligencia Emocional en el Trabajo*
- *Salud Mental: lo que todos debemos saber*
- *Medical Marijuana and Psychiatry*
- *Medical Marijuana for Physicians*
- *Cannabis Medicinal: lo que todos debemos saber*
- *Neurociencia de los Doce Pasos*
- *CANCER: No es lo mismo ser el médico que el paciente*

## BOOKS:

**Author Book: "VIVE TU VIDA A PLENITUD" 2008** (Argueso Garzon, Editors)
*Translate in English*: **"Live your Fullest Life"** (La Vida, Editors)

**Author Book: "EL SWING DE LA VIDA" (CHIADO EDITORIAL) March 2017**

**Author Book: "LA REINA DE LA MEDICINA VERDE" (Gaviota) May 2019**

**Next Book: Matrimonio: la relación más importante de la vida (en proceso de publicar)**

**Authur Book: "NO ES LO MISMO SER EL MEDICO QUE EL PACIENTE-Mi lucha contra el cáncer" (publicación agosto 2024)**

### EXPERT WITNESS PSYCHIATRIST HISTORY:

*Puerto Rico Courts and Federal Court experience in legal cases since 1990. Cases List Available.*

*REV. julio 2024*