# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Puerto Rico

Case Number: 24-CV-1136 SCC

Plaintiff:
**ALAN GOLDMAN**
vs.
Defendant:
**McCONNELL VALDES, LLC; ANTONIO ARIAS LARCADA, HIS WIFE MARIA BEALE, AND THE CONJUGAL PARTNERSHIP, ET AL**

For: Francisco Lopez-Romo, Esq.
FRANCISCO M. LOPEZ-ROMO, P.A.

Received by Metro Process Service, Inc. on the 20th day of August, 2024 at 9:00 am to be served on **SOMPO INTERNATIONAL, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020.** I, __JOHN CLEERE__ _____, do hereby affirm that on the __22nd__ day of __AUGUST__, 20__24__ at __11:5P__ .m., executed service by delivering a true copy of the **Summons In A Civil Action and Corrected Verified Second Amended Complaint with Exhibits "1" thru "5"** in accordance with state statutes in the manner marked below:

**XX CORPORATE SERVICE:** By serving __DARRYL BRATWAITHE__ as __AUTHORIZED AGENT__
By serving the within named corporation with a true copy of the above documents with the date and hour of service endorsed thereon by me on the above officer/agent or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendan't corporation does not keep a registered agent present or a sign posted in the office in some conspicuous place designating the name of the corporation and the name of it's registered agent on whom process may be served as required by Florida Statute, Section 48.091.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____
as_____.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** __SERVED IN MESSENGER CENTER OF SAID ADDRESS__

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

JOHN CLEERE
PROCESS SERVER # __n/a__
Appointed in accordance with State Statutes

**Metro Process Service, Inc.**
7105 S.W. 8 Street
Suite #302
Miami, FL 33144
(305) 374-7387

Our Job Serial Number: 2024002306

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

