THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>Plaintiff<br><br>V.<br><br>McCONNELL VALDÉS LLC ET AL.<br><br>Defendants | CIVIL NO.: 24-1136 (SCC) |

**MOTION TO APPEAR AND REQUEST FOR EXTENSION OF TIME
TO MOVE OR PLEAD**

TO THE HONORABLE COURT:

COME NOW Sompo International Insurance Company and Endurance American Specialty Insurance Company, through the undersigned attorneys, and very respectfully state, allege, and pray as follows:

1. The appearing parties were served with a copy of the Complaint in the case of reference on August 22, 2024, and have retained the undersigned to represent them.

2. The current deadline for the appearing parties to respond is September 12, 2024. The undersigned is investigating the matter, in order to formulate a responsive pleading or otherwise move for relief. However, in order to complete this task, the appearing parties respectfully request they be granted an extension of 30 days, to expire on October 12, 2024, to answer or otherwise move for relief.

WHEREFORE it is respectfully requested that this Honorable Court also grant the appearing parties until October 12, 2024, to answer or otherwise move for relief.

In San Juan, Puerto Rico, this 9th day of September, 2024.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

Respectfully submitted,

**S/ FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ, ESQ.
Bar No.: 210510
E-mail: fecolon@colonramirez.com

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 223-2364
Fax: (787) 425-4731