IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN<br><br>　Plaintiff<br><br>v.<br><br>MCCONNELL VALDES, LLC, ET AL.<br><br>　Defendants | Civil Action No.: 24-01136 (SCC) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Notice is hereby given that the undersigned attorney will represent the defendant, AIG Insurance Company – Puerto Rico, in the above-captioned matter. It is respectfully requested that his Honorable Court take notice of this legal representation for all relevant purposes.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 9th day of September of 2024.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have filed appearances in this case.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
166 Avenida De La Constitución
San Juan, Puerto Rico 00901
Tel.: (787) 289-9250
Fax: (787) 289-9253

s/ *Xaymara Colón González*
Xaymara Colón-González, Esq.
USDC-PR No.: 231405
E-mail: xcolon@scvrlaw.com