IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN<br><br>    Plaintiff<br><br>v.<br><br>MCCONNELL VALDES, LLC, ET AL.<br><br>    Defendants | Civil Action No.: 24-01136 (SCC) |

**CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

COMES NOW the co-defendant, AIG Insurance Company – Puerto Rico ("AIG"), through the undersigned attorney, and hereby submits its Corporate Disclosure Statement in compliance with Local Rule 7.1 of the Fed.R.Civ.P.

AIG informs that it is a wholly owned (100%) subsidiary of AIG Latin America Investments, S.L.; which is a wholly-owned (100%) subsidiary of AIG International Holdings GmbH; which is a wholly-owned (100%) subsidiary of AIG Property Casualty International, LLC; which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc.; which is a wholly-owned (100%) subsidiary of American International Group, Inc.; which is a publicly-held corporation and, consequently, its stock is traded on a daily basis.

WHEREFORE, it is hereby requested that this Honorable Court takes notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of September of 2024.

I HEREBY CERTIFY that on this date, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send an automatic notification of such filing to all attorneys of record.

                                        **SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
166 Ave. De La Constitución
San Juan, Puerto Rico 00901
Tel.: (787) 289-9250
Fax: (787) 289-9253

**s/** *Xaymara Colón González*
Xaymara Colón-González, Esq.
USDC-PR No.: 231405
E-mail: xcolon@scvrlaw.com

2