# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN<br><br>   Plaintiff<br><br>v.<br><br>MCCONNELL VALDES, LLC, ET AL.<br><br>   Defendants | Civil Action No.: 24-01136 (SCC) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

    Notice is hereby given that the undersigned attorney will join Xaymara Colón-González in representing the defendant, AIG Insurance Company – Puerto Rico, in the above-captioned matter. It is respectfully requested that his Honorable Court take notice of this legal representation for all relevant purposes.

    RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 9th day of September of 2024.

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have filed appearances in this case.

                               **SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
                               166 Avenida De La Constitución
                               San Juan, Puerto Rico 00901
                               Tel.: (787) 289-9250
                               Fax: (787) 289-9253

                               *s/ Luis N. Saldaña*
                               Luis N. Saldaña, Esq.
                               USDC-PR 208001
                               E-mail: lsaldana@scvrlaw.com