**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>        v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

**MOTION REITERATING REQUEST FOR COURT ORDER**
**FOR PHYSICAL AND MENTAL EXAMINATION UNDER RULE 35**

**TO THE HONORABLE COURT:**

   **NOW APPEAR** co-defendants Antonio Arias Larcada, his wife María Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1.  On August 27, 2024 the appearing defendants filed a "Motion Requesting Physical and Mental Examination Under Rule 35" (docket 34).

2.  As of today, such Motion remains unopposed

3.  The appearing parties hereby reiterate their request made in the "Motion Requesting Physical and Mental Examination Under Rule 35" (docket 34).

**WHEREFORE**, the defendants respectfully reiterate their request made in the "Motion Requesting Physical and Mental Examination Under Rule 35" (docket 34) and

ask the Court to grant the said Motion forthwith.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 11th day of September, 2024.

**I HEREBY CERTIFY** that on this 11th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

<u>S/MANUEL SAN JUAN</u>
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com