IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCONNELL VALDÉS, LLC, ET AL.,<br><br>    Defendants. | CIV. NO. 24-1136 (SCC) |

**ORDER**

Defendants move the Court to issue an order directing Plaintiff to undergo a physical and mental examination pursuant to Federal Rule of Civil Procedure 35. *See* Docket No. 34. The motion stands unopposed.

"The [C]ourt . . . may order a party whose mental or physical condition . . . is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner." *See* FED. R. CIV. P. 35(a). To decide whether such order will be issued, the Court must ascertain whether the movants, here the Defendants, "ha[ve] adequately demonstrated the existence of [Rule 35's] requirements of 'in controversy' and 'good cause,' which requirements . . . are necessarily related." *Schlagenhauf v. Holder*, 379 U.S. 104, 118-19 (1964).

The Court reviewed the arguments and documentation advanced by the Defendants in their motion at Docket No. 34 and finds that they have made such a showing. Accordingly, the request at Docket No. 34 is **GRANTED.** Plaintiff is therefore **ORDERED** to submit to a mental and physical examination to be performed by Dr. José A. Franceschini on **October 21 and 23, 2024 at 10:00 a.m.** at Dr. Franceschini's office. His office is located at Edificio Médico Santa Cruz, Calle Santa Cruz 73, Bayamón, Puerto Rico 00961.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of September 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE