IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|   Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|   Defendants | * | |

EXHIBIT 2

Amy E. Renner, NP of UVM Health Network, CVMC Family Medicine – Main Campus of the University of Vermont Health Network, Central Vermont Medical Center

Medical Certification



Central Vermont Medical Center

**UVM Health Network - CVMC Family Medicine - Main Campus**
130 Fisher Road
Berlin VT 05602
*Phone:* 802-225-7000 : *Fax:* 802-225-7103

October 10, 2024

Patient: **Alan B Goldman**
Date of Visit: **10/10/2024**

To Whom It May Concern:

It is my medical opinion that Alan Goldman (DOB: 3/26/1958) should not travel out of the country due to multiple medical concerns.

Sincerely,

Electronically signed by Amy E Renner, NP

Central Vermont Medical Center | www.uvmhealth.org | 844-uvm-health (886-4325)