IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN<br><br>    Plaintiff<br><br>v.<br><br>MCCONNELL VALDES, LLC<br>ANTONIO A. ARIAS-LACARDA, his wife MARIA BEALE, and the Conjugal Partnership composed by them; JOHN DOE; MARY DOE; SOMPO INTERNATIONAL INSURANCE COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; AIG INSURANCE COMPANY-PUERTO RICO<br><br>    Defendants | Civil Action No.: 24-01136 (SCC) |

**MOTION TO JOIN "DEFENDANTS' OPPOSITION TO PLAINTIFF's MOTION REQUESTING RELIEF (DKT. NO. 47)" AT DOCKET 49**

TO THE HONORABLE COURT:

    COMES NOW the co-defendant, AIG Insurance Company – Puerto Rico ("AIG"), through the undersigned attorneys, and respectfully opposes "Plaintiff, Alan Goldman's Motion Requesting Relief" (Docket 47) for the reasons set forth in "Defendants' Opposition to Plaintiff's Motion Requesting Relief (Dkt. No. 47)" (Docket 49), which are hereby incorporated by reference as if fully set forth herein.

    WHEREFORE, defendant AIG Insurance Company – Puerto Rico respectfully requests that this Honorable Court denies Plaintiff's Motion at Docket 47.

    RESPECTFULLY SUBMITTED,

    In San Juan, Puerto Rico, this 16th day of October of 2024.

IT IS HEREBY CERTIFIED that on this date, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have filed appearances in this case.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
166 Ave. De La Constitución
San Juan, Puerto Rico 00901
Tel.: (787) 289-9250
Fax: (787) 289-9253

*s/ Luis N. Saldaña*
Luis N. Saldaña, Esq.
USDC-PR 208001
E-mail: lsaldana@scvrlaw.com

*s/ Xaymara Colón González*
Xaymara Colón-González, Esq.
USDC-PR No.: 231405
E-mail: xcolon@scvrlaw.com