UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>   Plaintiff<br><br>v.<br><br>MCCONNELL VALDES, LLC et al.,<br><br>   Defendants | Civil No.: 24-1136 (SCC) |

**MOTION TO JOIN "DEFENDANTS' OPPOSITION TO PLAINTIFF's MOTION REQUESTING RELIEF (DKT. NO. 47)" AT DOCKET 49**

TO THE HONORABLE COURT:

    COME NOW defendants Sompo International Insurance Company and Endurance American Specialty Insurance Company, through their undersigned attorneys, and respectfully oppose "Plaintiff, Alan Goldman's Motion Requesting Relief" at docket 47 for the reasons set forth in "Defendants' Opposition to Plaintiff's Motion Requesting Relief" at docket 49, and incorporate by reference said opposition at docket 49 as if fully set forth herein.

    WHEREFORE, codefendants Sompo International Insurance Company and Endurance American Specialty Insurance Company respectfully request that this Honorable Court deny Plaintiff's Motion at Docket 47, for the reasons stated in the Opposition at docket 49.

    In San Juan, Puerto Rico, this 16th day of October of 2024.

    I HEREBY CERTIFY that on this same date, I uploaded a pdf version of this document to the Court's CM/ECF system, which will send notification of such filing to all parties, through their counsel of record.

Respectfully submitted,

**S/ FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ, ESQ.
Bar No.: 210510
E-mail: fecolon@colonramirez.com

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 223-2364
Fax: (787) 425-4731