IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Case No. 24-1136-SCC

Alan Goldman
Plaintiff

4-1136-SCC

v.

McCONNELL VALDÉS, LLC; ANTONIO
Defendant

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, __Margaret T. Karchmer__, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of __Wiley Rein LLP__, with offices at:

| Address | 2050 M Street |
|---|---|
| | Washington DC, 20036 |
| Email | mkarchmer@wiley.law |
| Telephone No. | 202.719.4198 |
| Fax No. | |

2. Applicant will sign all pleadings with the name __Margaret T. Karchmer__.

3. Applicant has been retained personally or as a member of the above-named firm by __Margaret T. Karchmer__ to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since __2015__, applicant has been and presently is a member in good standing of the bar of the highest court of the State of __Virginia & DC (2016)__, where applicant regularly practices law. Applicant's bar license number is __89630 (VA), 103449__

Application and Order for Admission Pro Hac Vice (05/2017)

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Western District | 9/28/2016 |
| U.S Court of Appeals for the Sixth Circuit | 7/20/2017 |
| U.S. District Court for the Eastern District | 6/15/2021 |
| U.S. District Court for the District of MD A | 2/16/2024, 3/4/2024 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| | |
| | |
| | |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Francisco E. Colón-Ramírez |
| USDC-PR Bar No. | 210510 |
| Address | Postal: PO Box 361920, San Juan, PR 00936-1920 |
| | Street: 1225 Ponce de Leon Ave Ste 1503, San Juan, PR 00907 |
| Email | fecolon@colonramirez.com |
| Telephone No. | 787-425-4652 |
| Fax No. | 787-425-4731 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____October 16, 2024_____.

Margaret T. Karchmer
Printed Name of Applicant

_____
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: October 16, 2024.

Francisco E. Colón-Ramírez
Printed Name of Local Counsel

_____
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant
