# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, <br><br> Plaintiff <br><br> v. <br><br> MCCONNELL VALDES, LLC; <br> ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them; <br> JOSE IRIZARRY-CASTRO; <br> JOHN DOE; MARY DOE <br> UNKNOWN INSURANCE COMPANY; <br><br> Defendants | CIVIL NO.: 24cv01136(SCC) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

   **NOW APPEAR** co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. On August 27, 2024, the appearing defendants filed a Motion (Dkt. No. 34) pursuant to Fed.R.Civ.P. 35 requesting that the plaintiff Alan Goldman be ordered to submit to a mental and physical examination by Dr. José A. Franceschini. Mr. Goldman did not oppose the defendants' Motion, and on September 18, 2024, the Court granted it, ordering the plaintiff to "submit to a mental and physical examination" at Dr. Franceschini's office on October 21 and 23, 2024. Dkt. No. 45.

2. On October 10, 2024, the plaintiff Alan Goldman filed a "Motion Requesting Relief" (Dkt. No. 47), wherein he asked the Court to set aside or modify its Rule 35 Order, alleging that he was unable to travel to Puerto Rico for the examination due to unspecified medical conditions.

3. On October 16, 2024, the appearing defendants filed their Opposition (Dkt. No. 49) to the plaintiff's "Motion Requesting Relief", which was joined by the two co-defendants (Dkts. No. 50 and 51).

4. Notwithstanding that the plaintiff's "Motion Requesting Relief" has not been granted, today the plaintiff failed to appear at the offices of Dr. José A. Franceschini for the Rule 35 examination, as had been ordered by the Court.

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 21st day of October, 2024.

**I HEREBY CERTIFY** that on this 21st day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com