AO 436 (Rev. 12/04)

Administrative Office of the United States Courts

# CD/TAPE ORDER

Read Instructions on Next Page.

| | | |
|---|---|---|
| 1. NAME: FRANCISCO M. LOPEZ-ROMO | 2. PHONE NUMBER: (305) 772-5577 | 3. DATE: 11/22/2024 |
| 4. MAILING ADDRESS: PO Box 331823 | 5. CITY: Coconut Grove | 6. STATE: FL  7. ZIP CODE: 33233 |
| 8. CASE NUMBER: 24cv01136 | 9. CASE NAME: Goldman v McConnell, et | DATES OF PROCEEDINGS |
| | | 10. FROM: 11/15/2024  11. TO: 11/15/2024 |
| 12. PRESIDING JUDGE: HONORABLE SILVIA L. CARRENO-COLL | LOCATION OF PROCEEDINGS | |
| | 13. CITY: SAN JUAN | 14. STATE: PUERTO RICO |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TAPE REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) Motion Hearing | 11/15/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| [ ] UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| [ ] UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| [X] RECORDABLE COMPACT DISC - CD | 1 | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order. | ESTIMATE TOTAL | 0.00 |

18. SIGNATURE: [signature]

19. DATE: 11/22/2024

PROCESSED BY:                    PHONE NUMBER:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | |
| PARTY RECEIVED TAPE / CD | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    ORDER RECEIPT    ORDER COPY