## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

## MOTION REQUESTING REFERRAL TO MAGISTRATE JUDGE FOR INITIAL SCHEDULING CONFERENCE

**TO THE HONORABLE COURT:**

    **NOW APPEAR** co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. During the Motion Hearing held on November 15, 2024, the Court stayed proceedings for sixty (60) and indicated that the case would thereafter be referred to a U.S. Magistrate Judge (other than Magistrate Judge Giselle López Soler, who is apparently related to plaintiff's counsel) for an Initial Scheduling Conference.

2. The sixty (60) day stay of proceedings has now expired, so the case should be referred to a U.S. Magistrate Judge for the setting of an Initial Scheduling Conference.

**WHEREFORE**, it is respectfully requested that the Honorable Court refer this case to a U.S. Magistrate Judge for an Initial Scheduling Conference.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 24th day of January, 2025.

**I HEREBY CERTIFY** that on this 24th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail:  sanjuanm@microjuris.com