IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|   Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|   Defendants | * | |

**PLAINTIFF'S NOTICE OF SERVICE INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS**

TO THE HONORABLE COURT:

COMES NOW Plaintiff, Alan B. Goldman, through his undersigned counsel, and respectfully States and Prays as follows:

1. On October 2nd, 2024, Plaintiff Alan Goldman notified to Defendants McConnell Valdes, LLC, Antonio Arias Larcada and María Beale "First Set of Interrogatories and Request for Production of Documents".

2. On January 23rd, 2025, Plaintiff Alan Goldman notified to Defendants McConnell Valdes, LLC and Antonio Arias Larcada "Second Request for Production of Documents".

3. On January 23rd, 2025, Plaintiff Alan Goldman notified to Defendant María Beale "First Request for Production of Documents".

4. On January 23rd, 2025, Plaintiff Alan Goldman notified to Defendants McConnell Valdés, LLC, Antonio Arias Larcada and María Beale "First Request for Admissions".

Alan Goldman v. McConnell Valdés, LLC, et al / Case No.: 24cv01136
Plaintiff's Notice of Service Interrogatories, Production of Documents and Request for Admissions

**WHEREFORE**, Plaintiff Alan Goldman respectfully requests from this Honorable Court to take notice of this motion, with any other remedy that this Court deems to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 24th day of January 2025.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com