IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN<br><br>    Plaintiff<br><br>v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, ET AL.<br><br>    Defendants | Civil Action No.: 24-01136 (SCC) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Notice is hereby given, pursuant to Local Rule 83(D)(a), that the undersigned attorney will represent the defendants, Endurance American Specialty Insurance Company and SOMPO International, in the above-captioned matter. It is respectfully requested that his Honorable Court take notice of this legal representation for all relevant purposes.

We respectfully request that copies of all motions, orders, or any other documents and/or correspondence in this case be served, as applicable, through the CM/ECF system to attorney Margaret T. Karchmer, whose contact information appears below.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 28th day of January of 2025.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have filed appearances in this case.

Dated: January 28, 2025

Respectfully submitted,

**Wiley Rein LLP.**
2050 M Street
Washington, DC  20036
Tel.: (202) 719-7000
Fax:  (202) 719-7049

*/s/ Margaret T. Karchmer*
Maragaret T. Karchmer, Esq.
DC Bar No.: 1034497
VA Bar No.: 89630
E-mail: mkarchmer@wiley.law

*S/ Francisco E. Colón-Ramírez*
Signature of Local Counsel
Francisco E. Colón-Ramírez, Esq.
Bar No.: 210510
E-mail: fecolon@colonramirez.com

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 223-2364
Fax: (787) 425-4731