IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

### PLAINTIFF'S NOTICE OF SERVICE ANSWERS TO DEFENDANTS' INTERROGATORIES AND PRODUCTION OF DOCUMENTS

TO THE HONORABLE COURT:

COMES NOW Plaintiff, Alan B. Goldman, through his undersigned counsel, and respectfully States and Prays as follows:

1. On July 24, 2024, September 10 and 11, 2024, October 22, 2024, and November 14, 2024, Plaintiff, Alan Goldman notified his production of the documents that were requested by the Defendants, McConnell Valdés, LLC, Antonio Arias-Larcada, María Beale, Sompo International Insurance Company and AIG International Company-Puerto Rico, through their respective attorneys of record.

2. On this date, February 3rd, 2025, Plaintiff, Alan Goldman has served upon the Defendants, McConnell Valdés, LLC, Antonio Arias-Larcada, María Beale, Sompo International Insurance Company and AIG International Company-Puerto Rico, Plaintiff, Goldman's answers to each of their respective interrogatories, through their attorneys of record.

**WHEREFORE**, Plaintiff, Alan Goldman respectfully requests from this Honorable Court to take notice of this motion, and to grant any remedy that this Court may deem to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 3rd day of February 2025.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com