# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**ALAN GOLDMAN,**
 Plaintiff,

v.

**MCCONNELL VALDES, LLC., ET AL.,**
 Defendants.

CIVIL NO. 24-1136 (SCC-MDM)

## MINUTE

 On February 27, 2025, at 9:30AM, the Court held a Settlement/Scheduling Conference in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. During the conference, the parties were represented by their respective counsel Francisco M. López Romo for plaintiff and Xaymara Colón-González, Manuel San Juan DeMartino, and Margaret Thomas Karchmer for defendants. Also present during the conference was the plaintiff, Mr. Alan Goldman, Mr. Goldman's Assistant, Mr. Michael Nelson, Managing Director of McConnell Valdés, LLC, Mr. Arturo García Solá, and the COO of McConnell Valdés, LLC, Mr. Paul Cortés Rexach.

 The conference began with the parties bringing the Court up to speed on the status of discovery and whether any settlement discussions have taken place. The Court then heard from each party as to the strengths and weakness of each other's case. It then separated each party into a different breakout room on the Zoom videoconference platform and the Court shuttled between breakout rooms to discuss settlement. After spending approximately six hours talking with the parties, it was clear that no agreement would be reached today. Nevertheless, the Court considers progress to have been made. The conference was left with the parties agreeing to keep the channels of communication open for a possible future settlement. The Court indicated its willingness to convene a further settlement conference if the parties so request from the presiding judge.

 Having not reached a settlement today, the Court moved on to the question of scheduling of discovery. To being with, the Court inquired as to why this conference included scheduling if Judge Marcos López had already entered a scheduling conference on July 30, 2024, in Docket No. 26. Mr. López Romo explained that two insurance companies were recently added to the lawsuit as defendants and needed time to catch up on discovery. For that reason, the previous scheduling order had to be modified to reflect their recent entry into the case.

 As for the discovery timetable, the Court discussed the schedule below with the parties and set the following discovery deadlines.

| Discovery Milestone | Deadline |
|---|---|
| **Initial disclosures** under Rule 26 | Completed |
| **DISCOVERY & MOTIONS TO AMEND or DISMISS** | |
| **Submission of written discovery**<br>· Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>· Requests for production of documents. . . . . . . . . . . . . . . . .<br>· Requests for admissions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | March 28, 2025<br>March 28, 2025<br>March 13, 2026 |

| Discovery Milestone | Deadline |
|---|---|
| **Answers to written discovery**<br>· Interrogatories. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>· Requests for production of documents. . . . . . . . . . . . . . .<br>· Requests for admissions. . . . . . . . . . . . . . . . . . . . . . . . . . | April 30, 2025<br>April 30, 2025<br>March 13, 2026 |
| Deadline to file **motions to dismiss** | If the Court grants leave, 30 days after such leave is granted |
| Deadline to **amend the complaint & requesting leave to do so.** | March 21, 2025 |
| Deadline to file a **third-party complaint** | n/a |
| **EXPERTS** | |
| Deadline for **plaintiff** to **announce** expert witness(es) | March 14, 2025 |
| Deadline for **plaintiff** to **produce** expert report(s) | April 18, 2025 |
| Deadline for **defendant** to **announce** expert witness(es) | May 23, 2025 |
| Deadline for **defendant** to **produce** expert report(s) | June 27, 2025 |
| Deadline for **plaintiff's third party** to **announce** expert witness(es) | n/a |
| Deadline for **plaintiff's third party** to **produce** expert report(s) | n/a |
| Deadline for **defendant's third party** to **announce** expert witness(es) | n/a |
| Deadline for **defendant's third party** to **produce** expert report(s) | n/a |
| **DEPOSITIONS and DISPOSITIVE MOTIONS** | |
| Conclusion of **depositions of fact witnesses** | Nov. 28, 2025 |
| Conclusion of **depositions of expert witnesses** | Feb. 13, 2026 |
| **Conclusion of all discovery** | Feb. 27, 2026 |
| Deadline to file **motions for summary judgment** | April 17, 2026 |
| **TRIAL RELATED DATES** | |
| **Proposed Pretrial Order** | TBD |
| **Pretrial Conference** | TBD |
| **Trial Date** | TBD |
| **Settlement Conference** | **Upon request by the parties** |

The parties are reminded that they should not modify these deadlines without prior leave of the Court.

Conference began at 9:46AM        s/Marshal D. Morgan
Conference ended at 3:38PM        MARSHAL D. MORGAN
                                  United States Magistrate Judge