IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
| Defendants | * | |

# EXHIBIT B

# ALAN GOLDMAN'S CERTIFIED MEDICAL RECORDS UNIVERSITY OF VERMONT HEALTH NETWORK- CENTRAL VERMONT MEDICAL CENTER BERLIN, VERMONT

# THE University of Vermont HEALTH NETWORK

## Central Vermont Medical Center

From

# Health Information Management (Medical Records)
## P.O. Box 547
## 130 Fisher Road
## Barre, VT 05641
## Phone: 1-802-371-4213
## Fax: 1-802-371-5351

To: _____ALAN GOLDMAN_____

Sent By:_ Casey _____     Date:  1/06/25_____

Comments: _____

_____     RECORD REQUEST     _____

_____

_____

_____

_____

**Confidentiality Notice**

The documents accompanying this facsimile transmission may be confidential and are intended only for the use of the individual to whom the transmission is directed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of the telecopied information is strictly prohibited. If you have received this facsimile in error, please notify us by telephone immediately at **1-802-371-4213** so we can arrange for the retrieval of the original documents at no cost to you. Thank you for your assistance.

*thumb drive*

THE University *of* Vermont HEALTH NETWORK

### Central Vermont Medical Center

# MEDICAL RECORDS CERTIFICATION

I, _____Casey Deree_____, of the **University of Vermont Health Network -
Central Vermont Medical Center** Berlin, Vermont, hereby certify that the
attached __28__ pages on electronic thumb drive is a true and accurate copy
of the medical record for _Alan Goldman___ (DOB) _3/26/58_ , which
I hereby certify.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF
PERJURY THIS _6th_ DAY OF __January__ , 2025.

_____
Name

<u>Release of Information Analyst</u>
Title

THE University *of* Vermont HEALTH NETWORK

### Central Vermont Medical Center

# MEDICAL RECORDS CERTIFICATION

I, _____Casey Deree_____, of the ***University of Vermont Health Network - Central Vermont Medical Center*** Berlin, Vermont, hereby certify that the attached _28_ pages is a true and accurate copy of the medical record for _ALAN GOLDMAN_____(DOB)_3/24/58_, which I hereby certify.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS _6th_ DAY OF _JANUARY_____, 2025.

_____
Name

Release of Information Analyst
Title

E229600958-45
Paper Copy

M589820
MRN E229599935
Thumb Name Pick T 1/6/25
Drive DOB

**COMPLETED**

**RECEIVED**
BY
JAN 08

**THE**
**University of Vermont**
**HEALTH NETWORK**

Central Vermont Medical Center
PO Box 547
Barre, VT 05641

## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION

BY SIGNING THIS FORM, YOU AUTHORIZE THE CENTRAL VERMONT MEDICAL CENTER OR ITS AGENTS TO RELEASE OR OBTAIN YOUR HEALTH INFORMATION TO THE PARTIES LISTED IN SECTION C BELOW. PLEASE COMPLETE ALL SECTIONS. INCOMPLETE FORMS CAN PREVENT OR DELAY RELEASE.

**Section A:**

Patient Name: Alan B Goldman        Date of Birth: 3/26/58

Patient Address: P.O Box 158        City: _____

State & Zip Code: Plainfield, VT 05667  Phone Number: 802-229-1236

**Section B: Reason for Release of Information:**

| ☐ Medical Care | ☐ Personal Records | ☐ Insurance/ Payment | ☐ Workers' Compensation | ☐ School: |
|---|---|---|---|---|
| ☑ Attorney/Legal Proceedings | ☐ Provider Transfer | ☐ Disability | ☐ Other: | |

**Section C: Party to Receive or Obtain Information:**

☑ Release a copy of my protected health information (PHI) to:

☐ Obtain a copy of my PHI from:

| Name: Alan B Goldman |
|---|
| Address: |
| Phone Number: 802-229-1236 | Fax Number: |

Delivery Method : ☐Mail  ☑Pick Up  ☐ Secure portal (Please provide email address to receive link:
☐E-mail address: _____ (only for patients, patient guardian(s), or next of kin for deceased patients).

☐CD ☑Thumb drive ☑Other: thumb Drive + Paper Copy

Please note that if the request is for an unencrypted electronic delivery method, it may not be secure. The requester acknowledges and accepts risk associated with unencrypted electronic transmission. It is the recipient's responsibility to protect the information once received.

**Section D: Description of the Information to be released:**
The date of service and type(s) of information to be used or disclosed are as follows:
The records to be released will cover the time period from 10-8-24 to 12-31-24

Records from a specific Provider/Clinic: _____

| | | |
|---|---|---|
| ☐ Discharge Summary | ☐ Emergency Dept. Notes | ☑ Cardiology Testing Reports ☐ Billing |
| ☐ Inpatient Notes | ☑ Laboratory/Pathology Reports | ☑ Radiology Reports ☐ Immunizations |
| ☑ Office or Clinic Notes | ☐ Operative Reports | ☑ Radiology Images ☐ History and Physical |
| ☑ Consults | | |

☐ Other: _____ ✳ Certified _____

ROI Form #037347 (06/2023)

Page 1 of 2

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/10/2024

## Diagnoses

| | Comments |
|---|---|
| **Urinary incontinence, unspecified type** - Primary | |
| **Benign prostatic hyperplasia with urinary frequency** | |
| **Carcinoma of bladder (HCC-CMS)** | |
| **History of malignant neoplasm of renal pelvis** | |
| **Memory impairment** | |
| **History of Lyme disease** | |
| **Rash** | |
| **Elevated blood pressure reading** | |

## Progress Notes

Renner, Amy E, NP at 10/10/2024  9:00
    Status: Signed

**Primary Care Visit**

**Assessment & Plan**

Diagnoses and all orders for this visit:

**Urinary incontinence, unspecified type -obtain UA to rule out UTI.  This could also be due to BPH with lower urinary tract symptoms.  He should continue finasteride and tamsulosin.**
- UA CASCADE TO CULTURE

**Benign prostatic hyperplasia with urinary frequency**

**Carcinoma of bladder (HCC-CMS)–following closely with his specialist at Mass General Brigham. Undergoing surveillance.**

**History of malignant neoplasm of renal pelvis - following closely with his specialist at Mass General Brigham.**
- AMB CONS/FOLLOW UP OUTPATIENT CARE MANAGEMENT - UVMHN

**Memory impairment -encouraged follow-up with the memory center.  He has had difficulty keeping organized with his medical appointments so placed a CHT referral for RN care manager for support. Need to consider drivers rehab evaluation.**

**History of Lyme disease -circular rash with central clearing on the left medial knee.  Given that he was treated with 4 weeks of doxycycline the infection has likely cleared.  Will repeat Lyme screen.**
- LYME AB SCREEN, IGG AND IGM

**Rash**
- LYME AB SCREEN, IGG AND IGM

**Elevated blood pressure reading -** follow-up on 10/14 as planned for BP check

Patient education was direct.  Barriers were assessed and addressed as needed.

**Given multiple chronic health problems recommend great care with travel and minimize as possible.**

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/10/2024

**Progress Notes (continued)**

Renner, Amy E, NP at 10/10/2024  9:00 (continued)
**Letter written per patient request to specifically avoid traveling out of the country.**

I spent a total of 45 minutes on the date of this encounter meeting with the patient and reviewing documentation/coordinating care as described in the above note. Unless otherwise noted, no procedures were performed at the time of the visit.

**Subjective**
Alan is a 66 y.o. male presenting with Follow-up (Thinks he as cancer on his head again, had it removed from his arm), Loss of Vision (Has a eye problem where is vision separates, when driving he is having to pull over and is not knowing where he is or what he is doing, he is also saying he is having TIA's and is taking aspirin for it. ), and Lyme Disease (Thinks he is still battling lyme, still has a bulls eye on left knee)

**History of Present Illness**

66-year-old male with history of cerebral microvascular disease, BPH, hyperlipidemia, borderline diabetes, hypertension and hypothyroidism, history of renal cancer, carcinoma of the bladder, and skin cancer here for follow-up.  Requesting a letter excusing him from traveling out of the country due to his chronic health problems.

History of recurrent bladder cancer (transitional cell) extending to the prostate.
Follows with urology at MGH.  Undergoing regular surveillance.
BPH on finasteride.
Had a couple episodes of urinary incontinence while driving yesterday; this was preceeded by a sense of urgency.

History of recurrent skin cancer and will follow up with dermatology (in Boston) shortly. There is a spot on his left upper forehead that has recently changed.

Tick bite of the left knee and was treated for Lyme disease with 4 weeks of doxycycline.  There is a small red area on the knee that persists.  Requesting retesting.

Issues with memory loss.  Following with Dr. Waheed of neurology.  This is felt to be due to neurodegenerative disorder versus depression with ADD.  He has been referred to the memory center.

There have also been issues with episodes of visual distortion, felt to be due to migraine.  Recent MRI of the brain without contrast showed mild microvascular disease.  CT angio of the head and neck without signs of CVA.  Previous EEG normal.  There is a mild degree of cerebral microvascular disease.

Scheduled for covid vaccine.

Data reviewed this visit: problem list/past medical history, current medications, allergies, surgical history, social history, last visit note, recent labs, recent imaging, and recent specialist documentation

**Objective**
BP (!) 154/88 (BP Cuff Location: Right arm, BP Patient Position: Sitting, BP Cuff Sizes: Adult, large)  | Pulse 92 | Ht 172.7 cm (68")  | Wt 90.6 kg (199 lb 12.8 oz)  | SpO2 97%  | BMI 30.38 kg/m²
**Physical Exam**

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/10/2024

**Progress Notes (continued)**

**Renner, Amy E, NP at 10/10/2024  9:00 (continued)**

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed and well-nourished. He is not toxic-appearing.
Cardiovascular:
  Rate and Rhythm: Normal rate.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood and affect normal.
  Behavior: Behavior normal.
  Comments: **Talkative, speech is clear, good eye contact**

Electronically signed by Renner, Amy E, NP at 10/10/2024 12:08

**Encounter-Level Documents:**
  There are no encounter-level documents.

## END OF REPORT

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/14/2024

## Diagnoses

| | Comments |
|---|---|
| **Actinic keratosis** - Primary | |
| **Seborrheic keratoses** | |
| **Facial benign neoplasm** | |

## Progress Notes

**Rodriguez, Brian L, MD at 10/14/2024 16:30**
Status: Addendum

**Primary Care Office Visit**

**Assessment & Plan**
66 yo male who has a complex medical hx with multiple malignancies, with specialists already lined up, with a lesion on his scalp that is an AK. After verbal consent was obtained, area was treated with LN2 with freeze/thaw cycle x3

Facial lesions/bumps
- unclear etiology
- recommend f/u with dermatology as scheduled

SKs
- numerous on back, recommend formal dermatology evaluation. No suspicious
lesions noted to my eye.

The remainder of his concerns, as he was not booked for additional concerns and just for the skin concern, and given his myriad specialists and that I was new to his case, I recommend he f/u w his PCP and/or specialists regarding additional items.

Diagnoses and all orders for this visit:

**Actinic keratosis**

**Seborrheic keratoses**

**Facial benign neoplasm**

**Other orders**
- dutasteride (AVODART) 0.5 mg capsule

No follow-ups on file.
Patient education was direct. Barriers were assessed and addressed as needed.

**Subjective**
Alan is a 66 y.o. male presenting with Growth (Patient is here for a growth on his head which he thinks is skin cancer again. Patient has a lot of other concerns today as well. /-Still has a red mark where he was bitten by a tick/-Unable to hold his urine/-Blurry vision )

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/14/2024

## Progress Notes (continued)

**Rodriguez, Brian L, MD at 10/14/2024 16:30 (continued)**

## HPI

Has noticed a spot on L forehead/hair line.  Present for weeks. 'Flicked it off' and it grew back.
H/o squamous on face.
Wants to look at back. Has lots of spots.

Currently has appt scheduled 10/17 with both oncology at CVMC and dermatology in Boston.

Saw Amy Renner, NP in this office 4 days ago and recommended labs which have not been collected
Follows with urology in Boston
Discussed with Amy persistent rash on his knee as well as urinary incontinence.

Data reviewed this visit: problem list/past medical history, current medications, allergies, last visit note, recent labs, and recent specialist documentation

ROS - See HPI

**Objective**
BP 108/72 (BP Cuff Location: Right arm, BP Patient Position: Sitting, BP Cuff Sizes: Adult, long)  | Pulse 84  | Temp 36.6 °C (97.9 °F) (Oral)  | Wt 89 kg (196 lb 3.2 oz)  | SpO2 98%  | BMI 29.83 kg/m²
Physical Exam

Electronically signed by Rodriguez, Brian L, MD at 10/24/2024  8:49

---

**Encounter-Level Documents:**
There are no encounter-level documents.

## END OF REPORT

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

## Diagnoses

| | Comments |
|---|---|
| **Hx of bladder cancer** - Primary | |
| **BPH with elevated PSA** | |

## Progress Notes

**Rounds, Carey, RN at 10/17/2024 12:00**
Status: Signed

**Suspicion of Abuse:** no
- If yes, please document evidence:
- Assessed on: 10/17/24 12:00
- Assessed by: CAREY ROUNDS, RN

Electronically signed by Rounds, Carey, RN at 10/17/2024 12:00

**Ospina, David J, MD at 10/17/2024 12:00**
Status: Signed

### Hem/Onc. Note

**Alan B Goldman**

DOB:3/26/1958
Age:66 y.o.
Gender:male

**Date of Service:**10/17/2024

**History of present illness:**

### 7: Elevated PSA.
-6/7/2024 PSA: 6.6. Symptomatic with BPH.
-Telemedicine: Repeat labs 7/18/2024
-10/17/2024: Additional PSA studies suggesting a 10 to 15% risk of prostate cancer. Proceed with MRI of the pelvis with and without contrast for further evaluation.

### 8: TCC.
-Diagnosed 2016 treated at MGH.
-5/2024 cystoscopy visit at MGH: NED. Following every 6 months.

### 1: Right hydrocele
-3/24/2022 Allen called me yesterday concerned that he noted sudden enlargement of his right scrotum no tenderness no history of trauma. On physical exam the right scrotum is 2-3 times larger than the left side however the testicles appear symmetrical in size, no nodules on the right side. Most likely a hydrocele versus

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

**Progress Notes (continued)**

Ospina, David J, MD at 10/17/2024 12:00 (continued)

herniation.  Plan: Ultrasound of the scrotum
-4/6/2022 ultrasound of scrotum: Normal sonographic appearance of the testicle.  No evidence of mass or testicular torsion.  Small right hydrocele containing low-level internal echoes.


**2: Need for screening colonoscopy**: Family history of colorectal cancer, Alan has personal history of multiple colon polyps.  Last screening colonoscopy over 5 years ago in Massachusetts.
-3/24/2022 referral for screening colonoscopy.

**3: Progressive memory decline**
-Previously seen by Dr. Waheed neurology at UVM.  Failed to go to the EMG study late last year not recall having a scheduled.  Will need to be reevaluated by Dr. Waheed and rescheduled for the EMG.

**4: Symptoms suggestive of partial complex seizures.**  Needs further neurological work-up.

**5: History of tobacco abuse**.
-3/24/2022 complaining of dyspnea on exertion.  Obtain low-dose noncontrast CT chest.
-4/6/2022 scheduled 5/26/2022.

**6: Familial hyperlipidemia**
-4/6/22 did not go for the lab testing


**Chief Complaint**
Patient presents with
• Follow-up
*Concerns regarding elevated PSA.*
*Skin nodules.*


**Interim History**:
Alan requested an acute visit concerned about several skin nodules on his face 1 was recently cauterized with complete resolution by his primary care.  By description seems to be a actinic keratoses or squamous. Scheduled to see dermatology in the near future for other cutaneous nodules.
Was also question his PSA, had additional studies done in July and August PSA marker suggesting 12% risk of prostate cancer.  No family history of prostate cancer.  He has had a history of bladder cancer which was resected tumor was apparently invaded into the prostate.
Complaining of urinary incontinence.

**Review of systems:**
Review of Systems
Constitutional:  Negative for diaphoresis, fever, malaise/fatigue and weight loss.
Genitourinary:
**Urinary frequency and recently with urinary incontinence**
Skin:
**Very small extensive skin slightly keratinizing in the face.**

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

## Progress Notes (continued)

**Ospina, David J, MD at 10/17/2024 12:00 (continued)**

## Vital Signs:

Patient Vitals for the past 24 hrs:

| | BP | Pulse | SpO2 | Weight |
|---|---|---|---|---|
| 10/17/24 1200 | (!) 144/82 | 89 | 98 % | 88.5 kg (195 lb) |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/17/24 | 88.5 kg (195 lb) |
| 10/14/24 | 89 kg (196 lb 3.2 oz) |
| 10/10/24 | 90.6 kg (199 lb 12.8 oz) |

**Ht Readings from Last 1 Encounters:**

10/10/24     172.7 cm (68")

Estimated body surface area is 2.06 meters squared as calculated from the following:
  Height as of 10/10/24: 172.7 cm (68").
  Weight as of this encounter: 88.5 kg (195 lb).

## ECOG Performance Status: 0

## Physical Exam

Constitutional:
   Comments: **Appears comfortable in no distress.**
**Mildly hyper which is his usual.**
Pulmonary:
   Effort: Pulmonary effort is normal.
Abdominal:
   General: Abdomen is flat.
   Palpations: Abdomen is soft.
Skin:
   Comments: **He cutaneous nodules in the face suggesting very early actinic keratoses but it is unclear.
Clearly not squamous carcinoma or basal cell or melanoma.**

Neurological:
   General: No focal deficit present.
Psychiatric:
   Mood and Affect: Mood normal.

## Previous medical history:

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • Basal cell carcinoma | 2009 |
| _right cheek_ | |
| • Cancer (HCC-CMS) | 3/02 |
| _transitional cell_ | |
| • Erectile dysfunction | |
| • Mass of left thigh | |
| • | |

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

## Progress Notes (continued)

**Ospina, David J, MD at 10/17/2024 12:00 (continued)**

- Pericarditis
- Psoriasis

### Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Haloperidol | Dystonic reaction |
| • Lactose | |
| *Other reaction(s): Unknown* | |
| • Lactose Intolerance (Lactase) | |

### Medications:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill | Last Dose |
|---|---|---|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 1 Tablet by mouth every 6 hours as needed for Pain. Pt will take: 1000mg of Tylenol at 2pm the day before surgery. 1000mg of Tylenol at 8pm the day before surgery and 1000mg of Tylenol first thing in the morning the day of surgery (Patient not taking: Reported on 10/14/2024) | | | Not Taking |
| • aspirin 325 mg EC tablet | Take 1 Tablet by mouth daily for 360 days. (Patient taking differently: Take 1 Tablet by mouth 2 times daily.) | 90 Tablet | 3 | Taking |
| • atorvastatin (LIPITOR) 80 mg tablet | Take 1 Tablet by mouth at bedtime for 360 days. Take 40mg (0.5 tablet) daily for the first 2 weeks, then increase to 80mg (1 tablet) if no side effects. (Patient not taking: Reported on 10/14/2024) | 90 Tablet | 3 | Not Taking |
| • DIAZepam (VALIUM) 5 mg tablet | Take 1 Tablet by mouth daily as needed. | | | Taking |
| • dutasteride (AVODART) 0.5 mg capsule | Take 1 Capsule by mouth daily. | | | Taking |

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

## Progress Notes (continued)

Ospina, David J, MD at 10/17/2024 12:00 (continued)

| | | | | |
|---|---|---|---|---|
| • finasteride (PROSCAR) 5 mg tablet | Take 1 Tablet by mouth daily for 90 days. (Patient not taking: Reported on 10/10/2024) | 90 Tablet | 0 | Not Taking |
| • QUEtiapine (SEROQUEL) 100 mg tablet | Take 1 Tablet by mouth at bedtime for 90 days. (Patient not taking: Reported on 10/14/2024) | 90 Tablet | 0 | Not Taking |
| • sildenafil citrate (VIAGRA) 50 mg tablet | Take 1 Tablet by mouth as needed. (Patient not taking: Reported on 10/14/2024) | | | Not Taking |
| • TAMSulosin (FLOMAX) 0.4 mg capsule | Take 1 Capsule by mouth at bedtime for 90 days. (Patient not taking: Reported on 10/14/2024) | 90 Capsule | 0 | Not Taking |
| • zolpidem (AMBIEN) 10 mg tablet | Take 12.5 mg by mouth at bedtime. | | | Taking |

No current facility-administered medications for this visit.


## Data Review:

### Labs:

Results for orders placed or performed in visit on 07/18/24
HEMOGLOBIN A1C

| Result | Value | Ref Range |
|---|---|---|
| Hemoglobin A1c | 6.3 (H) | <5.7 % |
| Est Avg Glucose | 134 | mg/dL |

HOLD SST

| Result | Value | Ref Range |
|---|---|---|
| Hold | Hold | |


## Imaging:

**US ABDOMINAL AORTA-ILIAC DUPLEX**
Narrative: US ABDOMINAL AORTA-ILIAC DUPLEX COMPLETE  10/8/2024 7:40 AM

SIGNS AND SYMPTOMS/COMMENTS: Screening for AAA

COMPARISONS: CT chest 7/25/2024

TECHNIQUE: Grayscale and, when appropriate, color Doppler ultrasound images of the abdominal aorta were performed.

FINDINGS:

Goldman, Alan B (MR#0000589820)

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

## Progress Notes (continued)

Ospina, David J, MD at 10/17/2024 12:00 (continued)
Scattered atherosclerotic plaques. No aneurysm.

Abdominal aorta measurements:
Proximal: 2.1 cm x 2.3 cm
Mid: 2.3 cm x 1.9 cm
Distal: 1.8 cm x 1.6 cm

Common iliac arteries measurements:
Right: 0.70 cm x 0.80 cm
Left: 0.70 cm x 0.80 cm

Other Findings: None.
Impression: No aneurysm of the abdominal aorta.

CVMC-RAD61-P


**Assessment**:

1: Elevated PSA, recent onset of urinary incontinence.
Additional labs suggest the risk of prostate cancer is about 10 to 12%.
Plan:
-MRI of the pelvis with and without contrast

2: Skin rash papular keratinizing.  Unclear but may represent an early actinic keratosis.
Plan:
-Scheduling appointment with dermatology in the near future


Consult time 25 minutes face-to-face conversation additional 10 minutes reviewing completing documentation.

This note was transcribed using Dragon voice recognition software, please excuse any transcription errors.


David Ospina, MD
Central Vermont Medical Center/University of Vermont Medical Center
Tel: 802-225-5400
Fax:802-225-5401

CC:**Primary Care Provider:**
Benjamin Arthur Flinn
130 Fisher Road Suite 3-1
Berlin VT 05602-9000
Phone: 802-225-7000
Fax: 802-225-7103

CC:


Goldman, Alan B (MR#0000589820)

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/17/2024

**Progress Notes (continued)**

**Ospina, David J, MD at 10/17/2024 12:00 (continued)**

Electronically signed by Ospina, David J, MD at 10/17/2024 19:37

**Encounter-Level Documents:**

There are no encounter-level documents.

# END OF REPORT

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 12/6/2024

## Diagnoses

| | Comments |
|---|---|
| **Colon cancer screening**   - Primary | |
| **Mixed hyperlipidemia** | |
| **TIA (transient ischemic attack)** | |
| **Memory impairment** | |
| **Positive ANA (antinuclear antibody)** | |

## Progress Notes

Flinn, Benjamin Arthur, MD at 12/6/2024 14:00
  Status: Signed

### Primary Care Office Visit

### Assessment & Plan
Patient seen today for multiple complaints, predominantly his ongoing cognitive concerns, tangential speech, etc. He also was open to discuss his cholesterol, colon cancer screening, etc.

Overdue for screening colonoscopy, ordered. He reports he is now in agreement with taking a statin, already ordered, again encouraged to start taking this.

The majority of today's visit was spent discussing his cognitive complaints. After speaking with his family members, he is beginning to voice more regular insight into the severity of his condition, agreement with recommendations for treatment and monitoring.
LP and referral to memory center had been advised after he met with neurology recently, will reach out to neurology to notify them that he is now in agreement with undergoing LP to look for biomarkers.

Of note, there was some concern for autoimmune encephalitis for this patient in the past, he did have slightly elevated P/Q calcium channel antibody. Will repeat labs below.

Diagnoses and all orders for this visit:

### Colon cancer screening
- COLONOSCOPY

### Mixed hyperlipidemia
- atorvastatin (LIPITOR) 80 mg tablet

### TIA (transient ischemic attack)
- aspirin 325 mg EC tablet

### Memory impairment
- donepeziL (ARICEPT) 5 mg tablet

### Positive ANA (antinuclear antibody)
- ENCEPHALOPATHY AUTOIMMUNE EVALUATION, S (PATIENTS >=18YRS)
- ANTI NUCLEAR AB (ANA), IFA

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 12/6/2024

## Progress Notes (continued)

Flinn, Benjamin Arthur, MD at 12/6/2024 14:00 (continued)

No follow-ups on file.
Patient education was direct. Barriers were assessed and addressed as needed.

### Subjective
Alan is a 66 y.o. male presenting with Other (Short term memory problems.), Anxiety, and Follow-up (Follow up on memory issues. And BPH/He also has rouble focusing on what he is saying and stops in the middle of sentence as he changes his train of thought.)

HPI
Patient returns today for follow-up regarding memory concerns, tangential speech.

Interval updates: Elevated PSA over the past year, history of bladder cancer, fortunately had MRI of his prostate at MGH, which was nonworrisome in appearance.

Regarding his memory concerns, he was referred to the memory center in September. Also referred to case management to assist him with keeping/managing appointments.

He met with neurology via video visit on 9/5/2024, counseled to follow-up with memory center and proceed with EEG.

Memory has been getting worse. He is getting lost, needing help while getting around to find his destination.

Taking dutasteride every other day at this point. Fortunately the urinary complaints have improved, he is able to urinate.

Data reviewed this visit: problem list/past medical history, current medications, and allergies

ROS - See HPI

### Objective
BP 128/72 (BP Cuff Location: Right arm, BP Patient Position: Sitting, BP Cuff Sizes: Adult, large)  | Pulse 90  | Temp 36.8 °C (98.3 °F) (Oral)  | Wt 90.4 kg (199 lb 6.4 oz)  | SpO2 98%  | BMI 30.32 kg/m²
**Physical Exam**
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed and well-nourished.
HENT:
  Head: Normocephalic and atraumatic.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Extraocular Movements: EOM normal.
Pulmonary:
  Effort: Pulmonary effort is normal.
Musculoskeletal:
  General: No edema. Normal range of motion.
  Cervical back: Normal range of motion.
Skin:
  General: Skin is warm and dry.

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 12/6/2024

## Progress Notes (continued)

Flinn, Benjamin Arthur, MD at 12/6/2024 14:00 (continued)
Neurological:
  Mental Status: He is alert.
  Coordination: Coordination normal.
Psychiatric:
  Mood and Affect: Mood and affect normal.
  Behavior: Behavior normal. Behavior is cooperative.

Electronically signed by Flinn, Benjamin Arthur, MD at 12/13/2024  0:31

Encounter-Level Documents:
  There are no encounter-level documents.

## END OF REPORT

## LYME AB SCREEN, IGG AND IGM (Order 302475768)
**Results**

Status: **Final result**
**(Collected: 11/8/2024 13:42)**

Resulted: 11/11/24 0847, Result status: Final
result

LYME AB SCREEN, IGG AND IGM [302475768] (Normal)
Ordering provider: Renner, Amy E, NP  10/10/24 0948

Resulting lab: CENTRAL VERMONT MEDICAL
CENTER LABORATORY SERVICES

CLIA number: 47D0091573
Specimen Information

| Type | Source | Collected On |
|------|--------|-------------|
| Blood | Blood, Venous | 11/08/24 1342 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Lyme Antibody, IgG | Negative | Negative | — | CVMC LAB |
| Lyme Antibody, IgM | Negative | Negative | — | CVMC LAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **45 - CVMC LAB** | CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES | Unknown | 130 Fisher Road Berlin VT 05602 | 05/30/24 1315 - Present |

Collection Information

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/10/2024

## Collection Information (continued)

| | | |
|---|---|---|
| Specimen ID: | 24CM-313C0308 | **Blood**<br>**Blood,**<br>**Venous**<br>**Venipunctu**<br>**re** |
| Collected: | 11/8/2024 1342<br>HARRIS, JANELLE | |
| Received: | 11/8/2024 1517 | |

## All Reviewers List

Renner, Amy E, NP on 11/11/2024  8:52

## Order Information

| Date | Ordering Department | |
|---|---|---|
| 10/10/2024 | Cvmc Fam Med Main Camp | |

| Entered by | Ordering Prov | Authorizing Prov |
|---|---|---|
| MARTIN, PATRICIA | RENNER, AMY E | RENNER, AMY E |

## END OF REPORT

## COMPREHENSIVE METABOLIC PANEL (CMP) (Order 306179654)
### Results

Status: **Final result**
**(Collected: 11/8/2024 13:42)**

COMPREHENSIVE METABOLIC PANEL (CMP) [306179654]
(Abnormal)

Resulted: 11/08/24 1554, Result status: Final
result

Ordering provider: Flinn, Benjamin Arthur, MD  11/08/24
1338
CLIA number: 47D0091573

Resulting lab: CENTRAL VERMONT MEDICAL
CENTER LABORATORY SERVICES

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood, Venous | 11/08/24 1342 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L | — | CVMC LAB |
| Potassium | 4.4 | 3.5 - 5.0 mmol/L | — | CVMC LAB |
| Chloride | 105 | 96 - 110 mmol/L | — | CVMC LAB |
| CO2 Total | 26 | 22 - 32 mmol/L | — | CVMC LAB |
| Glucose | 108 | 70 - 99 mg/dl | H ∧ | CVMC LAB |
| BUN | 16 | 10 - 26 mg/dL | — | CVMC LAB |
| Creatinine | 1.10 | 0.66 - 1.25 mg/dL | — | CVMC LAB |
| eGFR | 74 | >60 mL/min/1.73m2 | | CVMC LAB |
| Total Protein | 7.0 | 6.3 - 8.2 g/dL | — | CVMC LAB |
| Albumin | 4.3 | 3.4 - 4.9 g/dL | — | CVMC LAB |
| Alkaline Phosphatase | 86 | 38 - 126 U/L | — | CVMC LAB |
| AST | 26 | 15 - 46 U/L | — | CVMC LAB |
| ALT | 29 | <50 U/L | — | CVMC LAB |
| Bilirubin, Total | 1.1 | <1.4 mg/dL | — | CVMC LAB |
| Calcium | 8.9 | 8.5 - 10.5 | — | CVMC LAB |

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 10/10/2024

| | mg/dL | | | |
|---|---|---|---|---|
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | — | CVMC LAB |
| Anion Gap | 10 | 5 - 14 mmol/L | — | CVMC LAB |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **45 - CVMC LAB** | CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES | Unknown | 130 Fisher Road Berlin VT 05602 | 05/30/24 1315 - Present |

## Collection Information

| Specimen ID: | 24CM-313C0308 | **Blood Blood, Venous Venipuncture** |
|---|---|---|

| Collected: | 11/8/2024 1342 HARRIS, JANELLE |
|---|---|
| Received: | 11/8/2024 1517 |

## Parent Order Information

| Date | Ordering Department | |
|---|---|---|
| 8/8/2024 | Cvmc Fam Med Main Camp | |
| Entered by | Ordering Prov | Authorizing Prov |
| LAB, BACKGROUND | FLINN, BENJAMIN ARTHUR | FLINN, BENJAMIN ARTHUR |

## Original Order

| Ordered On | Ordered By |
|---|---|
| 8/8/2024 13:43 | Flinn, Benjamin Arthur, MD |

## END OF REPORT

## T4 FREE (Order 306179655)
**Results**

Status: **Final result**
**(Collected: 11/8/2024 13:42)**

Resulted: 11/08/24 1614, Result status: Final result

T4 FREE [306179655] (Normal)
Ordering provider: Flinn, Benjamin Arthur, MD  11/08/24 1338
CLIA number: 47D0091573

Resulting lab: CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES

### Specimen Information

| Type | Source | Collected On | | |
|---|---|---|---|---|
| Blood | Blood, Venous | 11/08/24 1342 | | |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T4, Free | 1.0 | 0.8 - 2.2 ng/dL | — | CVMC LAB |

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **45 - CVMC LAB** | CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES | Unknown | 130 Fisher Road Berlin VT 05602 | 05/30/24 1315 - Present |

## Collection Information

| | | | |
|---|---|---|---|
| Specimen ID: | 24CM-313C0308 | | **Blood Blood, Venous Venipuncture** |
| Collected: | 11/8/2024 1342 HARRIS, JANELLE | | |
| Received: | 11/8/2024 1517 | | |

## Parent Order Information

| Date | Ordering Department | |
|---|---|---|
| 8/8/2024 | Cvmc Fam Med Main Camp | |

| Entered by | Ordering Prov | Authorizing Prov |
|---|---|---|
| LAB, BACKGROUND | FLINN, BENJAMIN ARTHUR | FLINN, BENJAMIN ARTHUR |

## Original Order

| Ordered On | Ordered By |
|---|---|
| 8/8/2024 13:43 | Flinn, Benjamin Arthur, MD |

## END OF REPORT

## T3, TOTAL (Order 306179656)
**Results**

Status: **Final result**
**(Collected: 11/8/2024 13:42)**

Resulted: 11/08/24 1630, Result status: Final result

T3, TOTAL [306179656] (Normal)

Ordering provider: Flinn, Benjamin Arthur, MD  11/08/24 1338

CLIA number: 47D0091573

Resulting lab: CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood, Venous | 11/08/24 1342 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T3, Total | 164 | 97 - 169 ng/dL | — | CVMC LAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **45 - CVMC LAB** | CENTRAL VERMONT MEDICAL | Unknown | 130 Fisher Road Berlin VT 05602 | 05/30/24 1315 - Present |

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

CENTER
LABORATORY
SERVICES

## Collection Information

Specimen ID:     24CM-313C0308

**Blood
Blood,
Venous
Venipunctu
re**

Collected:     11/8/2024 1342
               HARRIS, JANELLE
Received:      11/8/2024 1517

## Parent Order Information

| Date | Ordering Department | |
|---|---|---|
| 8/8/2024 | Cvmc Fam Med Main Camp | |
| Entered by | Ordering Prov | Authorizing Prov |
| LAB, BACKGROUND | FLINN, BENJAMIN ARTHUR | FLINN, BENJAMIN ARTHUR |

## Original Order

| Ordered On | Ordered By |
|---|---|
| 8/8/2024 13:43 | Flinn, Benjamin Arthur, MD |

## END OF REPORT

**TSH (Order 306179657)**
Results

Status: **Final result**
**(Collected: 11/8/2024 13:42)**

Resulted: 11/08/24 1630, Result status: Final
result

TSH [306179657] (Abnormal)
Ordering provider: Flinn, Benjamin Arthur, MD  11/08/24
1338
CLIA number: 47D0091573
Narrative:
The results of this assay can be falsely lowered due to the consumption of Biotin.

Resulting lab: CENTRAL VERMONT MEDICAL
CENTER LABORATORY SERVICES

Specimen Information

| Type | Source | Collected On | |
|---|---|---|---|
| Blood | Blood, Venous | 11/08/24 1342 | |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 5.87 | 0.47 - 4.68 mIU/L | H ^ | CVMC LAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **45 - CVMC LAB** | CENTRAL VERMONT MEDICAL CENTER LABORATORY | Unknown | 130 Fisher Road Berlin VT 05602 | 05/30/24 1315 - Present |

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

SERVICES

## Collection Information

| | |
|---|---|
| Specimen ID: | 24CM-313C0308 |

Blood
Blood,
Venous
Venipunctu
re

Collected: 11/8/2024 1342
HARRIS, JANELLE
Received: 11/8/2024 1517

## Parent Order Information

| Date | Ordering Department |
|---|---|
| 8/8/2024 | Cvmc Fam Med Main Camp |

| Entered by | Ordering Prov | Authorizing Prov |
|---|---|---|
| LAB, BACKGROUND | FLINN, BENJAMIN ARTHUR | FLINN, BENJAMIN ARTHUR |

## Original Order

| Ordered On | Ordered By |
|---|---|
| 8/8/2024 13:43 | Flinn, Benjamin Arthur, MD |

## END OF REPORT

## PSA TOTAL, DIAGNOSTIC (Order 306179658)
Results

Status: **Final result**
**(Collected: 11/8/2024 13:42)**

Resulted: 11/08/24 1630, Result status: Final
result

PSA TOTAL, DIAGNOSTIC [306179658] (Abnormal)

Ordering provider: Ospina, David J, MD 11/08/24 1338

Resulting lab: CENTRAL VERMONT MEDICAL
CENTER LABORATORY SERVICES

CLIA number: 47D0091573

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood, Venous | 11/08/24 1342 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PSA | 4.800 | <=4.500 ng/mL | H ^ | CVMC LAB |

Comment:
NOTE:
Serum PSA concentration should not be interpreted as absolute evidence for the presence or absence of
malignant disease.

Assayed on Ortho Vitros XT7600 using chemiluminescent technology. Values obtained by using different
assay methods cannot be used interchangeably.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **45 - CVMC LAB** | CENTRAL VERMONT MEDICAL | Unknown | 130 Fisher Road Berlin VT 05602 | 05/30/24 1315 - Present |

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

CENTER
LABORATORY
SERVICES

## Collection Information

| Specimen ID: | 24CM-313C0308 | Blood Blood, Venous Venipuncture |
|---|---|---|

| Collected: | 11/8/2024 1342 HARRIS, JANELLE | |
| Received: | 11/8/2024 1517 | |

## All Reviewers List

Ospina, David J, MD on 11/11/2024 15:08

## Parent Order Information

| Date 10/17/2024 | Ordering Department Cvmc Adult Hem Onc | |
|---|---|---|
| Entered by LAB, BACKGROUND | Ordering Prov OSPINA, DAVID J | Authorizing Prov OSPINA, DAVID J |

## Original Order

| Ordered On 10/17/2024 12:33 | Ordered By Ospina, David J, MD |
|---|---|

### END OF REPORT

## ENCEPHALOPATHY AUTOIMMUNE EVALUATION, S (PATIENTS >=18YRS) (Order 309961193) Results

Status: **Final result**
(Collected: 12/6/2024 15:39)

ENCEPHALOPATHY AUTOIMMUNE EVALUATION, S (PATIENTS >=18YRS) [309961193]

Resulted: 12/14/24 0910, Result status: Final result

Ordering provider: Flinn, Benjamin Arthur, MD  12/06/24 1533

Resulting lab: MAYO CLINIC LABORATORIES

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood, Venous | 12/06/24 1539 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Encephalopathy, Interpretation, S | SEE NOTE | — | — | Mayo |
| Comment: No informative autoantibodies were detected in this evaluation. However, a negative result does not exclude autoimmune encephalopathy, idiopathic or paraneoplastic. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF. | | | | |
| CASPR2-IgG CBA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

------------------ADDITIONAL INFORMATION------------------

Goldman, Alan B (MR#0000589820)

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| AMPA-R Ab CBA, S | Negative | Negative | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| ANNA-1, S | Negative | Negative | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| AGNA-1, S | Negative | Negative | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| Amphiphysin Ab, S | Negative | Negative | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| CRMP-5-IgG, S | Negative | Negative | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| GABA-B-R Ab CBA, S | Negative | Negative | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| GAD65 Ab Assay, S | 0.00 | <=0.02 nmol/L | — | Mayo |
|---|---|---|---|---|
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| GFAP IFA, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| LGI1-IgG CBA, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| mGluR1 AB IFA, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| NIF IFA, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| NMDA-R Ab CBA, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PCA-1, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PCA-2, S | Negative | Negative | — | Mayo |

Comment:

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PCA-Tr, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| ANNA-2, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| ANNA-3, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| IFA Notes | None. | — | — | Mayo |
| Neurochondrin IFA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Septin-7 IFA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| DPPX Ab CBA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| IgLON5 CBA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 11/8/2024

requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PDE10A Ab IFA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| TRIM46 Ab IFA, S | Negative | Negative | — | Mayo |
| Comment: | | | | |

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: Nikola A. Baumann Ph.D.; CLIA# 24D0404292

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **74 - Mayo** | MAYO CLINIC LABORATORIES | Unknown | 200 First St SW ROCHESTER MN 55905 | 03/05/20 1543 - Present |

## Collection Information

| | | |
|---|---|---|
| Specimen ID: | 24MA-341Y0310 | **Blood Blood, Venous Venipuncture** |
| Collected: | 12/6/2024 1539 SIYOUM, NIYAT | |
| Received: | 12/6/2024 1617 | |

## All Reviewers List

Flinn, Benjamin Arthur, MD on 12/16/2024 11:18

## Parent Order Information

| Date | Ordering Department |
|---|---|
| 12/6/2024 | Cvmc Fam Med Main Camp |

| Entered by | Ordering Prov | Authorizing Prov |
|---|---|---|
| BEAUCAGE, MONICA | FLINN, BENJAMIN ARTHUR | FLINN, BENJAMIN ARTHUR |

## Original Order

| Ordered On | Ordered By |
|---|---|
| 12/6/2024 15:10 | Flinn, Benjamin Arthur, MD |

## END OF REPORT

University *of* Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 12/6/2024

## ANTI NUCLEAR AB (ANA), IFA (Order 309961194)
Results

Status: **Final result**
(Collected: 12/6/2024 15:39)

Resulted: 12/09/24 1133, Result status: Final result

ANTI NUCLEAR AB (ANA), IFA [309961194] (Abnormal)

Ordering provider: Flinn, Benjamin Arthur, MD 12/06/24 1533

Resulting lab: UVM MEDICAL CENTER LABORATORY SERVICES

Narrative:
Results were obtained with the Werfen NOVA Lite HEp-2 ANA Kit by indirect immunofluorescence.

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood, Venous | 12/06/24 1539 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| ANA Interpretation | Positive | Negative | A ! | UVMMC LAB |

Comment:
For titers greater than or equal to 1:160 (except the centromere and nucleolar patterns) it is recommended that specific follow-up autoantibody testing (such as for dsDNA and Extractable Nuclear Antigens) be performed on all diffuse and/or speckled patterns
NOTE: For add-on testing dsDNA is stable for 7 days refrigerated while Extractable Nuclear Antigens are only stable for 48 hours refrigerated.
Cytoplasmic Pattern Noted, Speckled

| ANA Titer and Pattern 1 | 1:320 Homogene ous | — | — | UVMMC LAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **7 - UVMMC LAB** | UVM MEDICAL CENTER LABORATORY SERVICES | Unknown | 111 Colchester Avenue Burlington VT 05401 | 02/28/24 0644 - Present |

Collection Information

| Specimen ID: | 24UV-341I0057 | **Blood Blood, Venous Venipunctu re** |
|---|---|---|

Collected: 12/6/2024 1539
SIYOUM, NIYAT
Received: 12/6/2024 1617

All Reviewers List

Flinn, Benjamin Arthur, MD on 12/16/2024 11:18

Parent Order Information

| Date | Ordering Department |
|------|---------------------|
| 12/6/2024 | Cvmc Fam Med Main Camp |

Goldman, Alan B (MR#0000589820)

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Visit date: 12/6/2024

| Entered by | Ordering Prov | Authorizing Prov |
|---|---|---|
| FOLEY, KAREN | FLINN, BENJAMIN ARTHUR | FLINN, BENJAMIN ARTHUR |

**Original Order**

| Ordered On | Ordered By |
|---|---|
| 12/6/2024 15:10 | Flinn, Benjamin Arthur, MD |

## END OF REPORT

## US ABDOMINAL AORTA-ILIAC DUPLEX (Order 302475766)
**Results**

Status: **Final result**
(Exam End: 10/8/2024  7:55)

**Order-Level Documents:**
There are no order-level documents.

**Reason for Exam**                                                                 Priority: Routine
Dx: Screening for AAA (aortic abdominal aneurysm) [Z13.6 (ICD-10-CM)]

**US ABDOMINAL AORTA-ILIAC DUPLEX** Final result                     Order: 302475766
Status: **Final result**
Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Meyer, Russell Edward, MD | 10/8/2024 | |
| ☏ 802-371-4250 | | |
| 🖶 802-452-7610 | | |

Result Text
US ABDOMINAL AORTA-ILIAC DUPLEX COMPLETE  10/8/2024 7:40 AM

SIGNS AND SYMPTOMS/COMMENTS: Screening for AAA

COMPARISONS: CT chest 7/25/2024

TECHNIQUE: Grayscale and, when appropriate, color Doppler ultrasound images of the abdominal aorta were performed.

FINDINGS:
Scattered atherosclerotic plaques. No aneurysm.

Abdominal aorta measurements:
Proximal: 2.1 cm x 2.3 cm
Mid: 2.3 cm x 1.9 cm
Distal: 1.8 cm x 1.6 cm

Common iliac arteries measurements:
Right: 0.70 cm x 0.80 cm
Left: 0.70 cm x 0.80 cm

Other Findings: None.

IMPRESSION
No aneurysm of the abdominal aorta.

Goldman, Alan B (MR#0000589820)                                                          Page 27

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

CVMC HIM
PO Box 547
Barre VT 05641

Goldman, Alan B
MRN: 0000589820, DOB: 3/26/1958, Legal Sex: M
Adm: 10/8/2024, D/C: 10/8/2024

CVMC-RAD61-P

Exam Ended: 10/08/24  7:55

Last Resulted: 10/08/24  8:02

Result Care Coordination

📱 Patient Communication

📺 Released                                               ☑ Seen

⊞ Satisfied Health Maintenance Topics

Abdominal Aortic Aneurysm (AAA Screen)                    Completed

## Signed

I have personally reviewed the images and have reviewed and edited the reported findings. Electronically signed by
Meyer, Russell Edward, MD on 10/8/24 at 0802 EDT

## Order: US ABDOMINAL AORTA-ILIAC DUPLEX (Order 302475766)

Status: **Final result**
(Exam End: 10/8/2024  7:55)

### US ABDOMINAL AORTA-ILIAC DUPLEX [302475765]

Electronically signed by: **Flinn, Benjamin Arthur, MD on 06/05/24 1719**          Status: **Completed**
Ordering user: Flinn, Benjamin Arthur, MD 06/05/24 1719   Ordering provider: Flinn, Benjamin Arthur, MD
Authorized by: Flinn, Benjamin Arthur, MD
Frequency: 10/08/24 0738 - 1  occurrence
Diagnoses
Screening for AAA (aortic abdominal aneurysm) [Z13.6]

Questionnaire

| Question | Answer |
|---|---|
| Preferred performing location: | CVMC |
| Performing department discretion to change order as needed: | Yes |
| Scheduling time frame? | Routine/Next Available |
| Where should the test be performed? | UVMMC Vascular Lab Berlin Outreach |
| Results Release to Patient (Note: Choosing Manual Release will only block results from tests performed at UVMHN and does not apply for Miscellaneous Test Order) | Immediate |

## END OF REPORT

# THE University of Vermont HEALTH NETWORK

## Central Vermont Medical Center

# MEDICAL RECORDS CERTIFICATION

I, _Diane Laskowski_, of the **University of Vermont Health Network –
Central Vermont Medical Center** Berlin, Vermont, hereby certify that the
attached ___1___ CD is a true and accurate copy of the medical record for
_Alan Goldman 3/26/58_, which I hereby certify.
_University of Vermont Medical Center images on CD_

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF
PERJURY THIS _3rd_ DAY OF _January_, 2025.

_Diane Laskowski_
Name

_Image Management Associate_
Title

# Test Results

## Individual Results

With very few exceptions, all test results are posted as soon as they are available. This means you will likely see your results before your care team is able to review them.

If you have questions about your results, please contact the provider who ordered your test by calling or sending a **secure message**.

You can view your upcoming tests and procedure **here**.

Showing 78 of 78

| | |
|---|---|
| ⚗️ ENCEPHALOPATHY EVAL, S<br>Dec 06, 2024 | Benjamin Flinn, MD |
| ⚗️ ANTI NUCLEAR AB (ANA), IFA<br>Dec 06, 2024 | Benjamin Flinn, MD |
| 🩻 MR PROSTATE W WO CONTRAST<br>Nov 21, 2024 | David Ospina, MD |
| ⚗️ LYME AB SCREEN, IGG AND IGM<br>Nov 08, 2024 | Amy Renner, NP<br>Messages from Care Team |
| ⚗️ COMPREHENSIVE METABOLIC PANEL (CMP)<br>Nov 08, 2024 | Benjamin Flinn, MD |
| ⚗️ T4 FREE<br>Nov 08, 2024 | Benjamin Flinn, MD |
| ⚗️ T3, TOTAL<br>Nov 08, 2024 | Benjamin Flinn, MD |
| ⚗️ TSH<br>Nov 08, 2024 | Benjamin Flinn, MD |

| Test | Provider | Date |
|---|---|---|
| GLUCOSE, GLUCOMETER<br>Apr 27, 2019 | Provider Unknown, MD | |
| ECG REPORT - SCANNED<br>Jul 12, 2018 | ADMINISTRATOR, SCAN 2 | |
| MR HEAD WO CONTRAST<br>Jul 11, 2018 | Richard Bounds, MD | |
| VL CAROTID/VERTEBRAL DUPLEX BILATERAL<br>Jul 11, 2018 | Richard Bounds, MD | |
| COMPLETE BLOOD COUNT AND DIFFERENTIAL<br>Jul 11, 2018 | Richard Bounds, MD | |
| BASIC METABOLIC PANEL (BMP)<br>Jul 11, 2018 | Richard Bounds, MD | |
| GLUCOSE, GLUCOMETER<br>Jul 11, 2018 | Provider Unknown, MD | |
| PSA RATIO (CVMC)<br>Jan 23, 2018 | Peter Dale, MD | |
| PSA FREE TOTAL (CVMC)<br>Jan 23, 2018 | Peter Dale, MD | |
| PSA, ULTRASENSITIVE, DIAGNOSTIC, S UROLOGY/ONCOLOGY USE ONLY<br>Jan 23, 2018 | Peter Dale, MD | |
| HSV 1 AND 2 ANTIBODY, IGG<br>Dec 21, 2017 | Patrick Keith, MD | |
| COMPLETE BLOOD COUNT WITH DIFFERENTIAL (AUTO)<br>Dec 21, 2017 | Patrick Keith, MD | |
| C REACTIVE PROTEIN<br>Dec 21, 2017 | Patrick Keith, MD | |

| | | |
|---|---|---|
| 🧪 | **C REACTIVE PROTEIN**<br>Dec 21, 2017 | Patrick Keith, MD |
| 🫁 | **US SCROTUM WITH LIMITED DUPLEX**<br>Aug 07, 2015 | Peter Dale, MD |
| 🫁 | **FOOT 3 OR MORE VIEWS**<br>Jun 14, 2011 | Sarah Bodden, PA |

There are no more test results available.

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# Hospital Outpatient Visit - Oct 08, 2024
with CVMC Ultrasound Room 9 at UVM Health Network - CVMC Ultrasound

## After Visit Summary®

## AFTER VISIT SUMMARY

University of Vermont
HEALTH NETWORK
Central Vermont Medical Center

**Alan B. Goldman**  MRN: 0000589820 DoB: 3/26/1958
📅 10/8/2024  8:00  📍 UVM Health Network - CVMC Ultrasound 802-371-4100
Fax: 802-371-4427

## Today's Visit
You were seen on Tuesday October 8, 2024. The following issue was addressed: Screening for AAA (aortic abdominal aneurysm).

## What's Next
JAN 31 2025  Established Patient Visit Extended with Benjamin Flinn, MD
Friday January 31 16:00 (Arrive by 15:45)

UVM Health Network - CVMC
Family Medicine - Main Campus
130 Fisher Road
Berlin VT 05602
802-225-7000

## Additional Appointment Information
**Please Note:** Recurring appointments do not display on the After Visit Summary.

## 🗒 Problem List
Anxiety
Asthma
Benign prostatic hyperplasia without lower urinary tract symptoms
Bronchospasm
Colon polyp
Cough
Dysplastic nevus of skin
ED (erectile dysfunction)
Foot pain, left
Gastroesophageal reflux disease without esophagitis
History of basal cell carcinoma of skin
Hoarseness
Lactose intolerance
Left arm numbness
Lichen simplex chronicus

| Malignant neoplasm of urinary bladder neck |
| Other chronic pain |
| Psychophysiological insomnia |
| Rosacea |
| Seborrheic keratosis |
| Squamous cell carcinoma of skin |
| Transitional cell carcinoma of right renal pelvis |
| Leg mass, left |
| History of Lyme disease |
| Carcinoma of bladder |
| Benign prostatic hyperplasia with urinary frequency |
| Neck pain |
| Hyperlipidemia, mixed |
| Seborrheic dermatitis |
| Deviated nasal septum |
| Soft tissue mass |

## Allergies

Haloperidol
Lactose
Lactose Intolerance (lactase)

## Your Immunizations

| Name | Date |
| --- | --- |
| Covid-19 mRNA Booster Vaccine (MODERNA COVID-19 BOOSTER) PF 0.5 mL IM (18 yrs+) | 10/17/2024 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 10/12/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 4/19/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 3/29/2021 |
| Covid-19 mRNA-LNP Bivalent Vaccine (PFIZER BIVALENT VACCINE) PF 0.3 mL IM (12 yrs+) | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/27/2023 |
| Historical Influenza Vaccine, Unspecified | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/12/2021 |
| Historical Influenza Vaccine, Unspecified | 1/7/2011 |
| Influenza H1N1 IM | 1/7/2011 |
| Influenza Vaccine =>3yo Split IM | 12/20/2018 |
| Influenza Vaccine =>3yo Split IM | 11/11/2013 |
| Influenza Vaccine =>3yo Split IM | 10/3/2011 |

| Name | Date |
|---|---|
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/7/2016 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/13/2015 |
| Pneumococcal Conjugate Vaccine 20-Valent (PCV20) (PREVNAR-20) 0.5 mL IM (6 wks+) | 10/17/2024 |
| Pneumococcal Polysaccharide (PPSV23) Vaccine (PNEUMOVAX-23) =>2YO SQ/IM | 2/2/2010 |
| Tdap Vaccine =>7YO IM | 12/24/2013 |

## Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

# Your Medication List

### Notice
A record of your medication list is currently not available. If you need access to this medication list, call your doctor's office.

### Please Check your Medication List
***Contact your provider if the list does not correctly reflect the medications you are taking.***

### Referrals: What's Next?
If you are referred to another provider or specialist, a referral will be sent to them. They will call you to schedule an appointment. ***If you do not hear from them in 1 week please call our office at 802-371-4250.***

## Suicide Prevention Hotline
**Suicide and Crisis Lifeline: 988**
National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org    Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Please Contact Us
If you have any questions about this summary or about your care in general, or if you need to reschedule your appointment, please call our department at:
802-371-4250

***UVM Health Network - CVMC Ultrasound***
130 Fisher Road
Berlin VT 05602

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# Office Visit - Oct 10, 2024

with Amy Renner, NP at UVM Health Network - CVMC Family Medicine - Main Campus

## Notes from Care Team

## Notes Shared by Your Providers

### Progress Notes

Amy Renner, NP at 10/10/2024  9:00

**Primary Care Visit**

**Assessment & Plan**

Diagnoses and all orders for this visit:

**Urinary incontinence, unspecified type** -obtain UA to rule out UTI.  This could also
be due to BPH with lower urinary tract symptoms.  He should continue finasteride
and tamsulosin.
- UA CASCADE TO CULTURE

**Benign prostatic hyperplasia with urinary frequency**

**Carcinoma of bladder (HCC-CMS)**–following closely with his specialist at Mass
General Brigham.  Undergoing surveillance.

**History of malignant neoplasm of renal pelvis** - following closely with his specialist
at Mass General Brigham.
- AMB CONS/FOLLOW UP OUTPATIENT CARE MANAGEMENT - UVMHN

**Memory impairment** -encouraged follow-up with the memory center.  He has had
difficulty keeping organized with his medical appointments so placed a CHT referral
for RN care manager for support.  Need to consider drivers rehab evaluation.

**History of Lyme disease** -circular rash with central clearing on the left medial knee.
Given that he was treated with 4 weeks of doxycycline the infection has likely
cleared.  Will repeat Lyme screen.
- LYME AB SCREEN, IGG AND IGM

**Rash**
- LYME AB SCREEN, IGG AND IGM

**Elevated blood pressure reading -**  follow-up on 10/14 as planned for BP check

Patient education was direct.  Barriers were assessed and addressed as needed.

**Given multiple chronic health problems recommend great care with travel and
minimize as possible.  Letter written per patient request to specifically avoid**

**traveling out of the country.**

I spent a total of 45 minutes on the date of this encounter meeting with the patient and reviewing documentation/coordinating care as described in the above note. Unless otherwise noted, no procedures were performed at the time of the visit.

**Subjective**
Alan is a 66 y.o. male presenting with Follow-up (Thinks he as cancer on his head again, had it removed from his arm), Loss of Vision (Has a eye problem where is vision separates, when driving he is having to pull over and is not knowing where he is or what he is doing, he is also saying he is having TIA's and is taking aspirin for it. ), and Lyme Disease (Thinks he is still battling lyme, still has a bulls eye on left knee)

**History of Present Illness**

66-year-old male with history of cerebral microvascular disease, BPH, hyperlipidemia, borderline diabetes, hypertension and hypothyroidism, history of renal cancer, carcinoma of the bladder, and skin cancer here for follow-up. Requesting a letter excusing him from traveling out of the country due to his chronic health problems.

History of recurrent bladder cancer (transitional cell) extending to the prostate.
Follows with urology at MGH. Undergoing regular surveillance.
BPH on finasteride.
Had a couple episodes of urinary incontinence while driving yesterday; this was preceeded by a sense of urgency.

History of recurrent skin cancer and will follow up with dermatology (in Boston) shortly. There is a spot on his left upper forehead that has recently changed.

Tick bite of the left knee and was treated for Lyme disease with 4 weeks of doxycycline. There is a small red area on the knee that persists. Requesting retesting.

Issues with memory loss. Following with Dr. Waheed of neurology. This is felt to be due to neurodegenerative disorder versus depression with ADD. He has been referred to the memory center.

There have also been issues with episodes of visual distortion, felt to be due to migraine. Recent MRI of the brain without contrast showed mild microvascular disease. CT angio of the head and neck without signs of CVA. Previous EEG normal. There is a mild degree of cerebral microvascular disease.

Scheduled for covid vaccine.

Data reviewed this visit: problem list/past medical history, current medications, allergies, surgical history, social history, last visit note, recent labs, recent imaging, and recent specialist documentation

**Objective**
BP (!) 154/88 (BP Cuff Location: Right arm, BP Patient Position: Sitting, BP Cuff Sizes: Adult, large) | Pulse 92 | Ht 172.7 cm (68") | Wt 90.6 kg (199 lb 12.8 oz) | SpO2 97% | BMI 30.38 kg/m²
**Physical Exam**

<u>Physical Exam</u>
Vitals and nursing note reviewed.
<u>Constitutional</u>:
  General: He is not in acute distress.
  Appearance: He is well-developed and well-nourished. He is not toxic-appearing.

Cardiovascular:
  Rate and Rhythm: Normal rate.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood and affect normal.
  Behavior: Behavior normal.
  Comments: **Talkative, speech is clear, good eye contact**

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# Office Visit - Oct 14, 2024
with Brian Rodriguez, MD at UVM Health Network - CVMC Family Medicine - Main Campus

## Notes from Care Team

## Notes Shared by Your Providers

### Progress Notes
Brian Rodriguez, MD at 10/14/2024 16:30
**Primary Care Office Visit**

**Assessment & Plan**
66 yo male who has a complex medical hx with multiple malignancies, with specialists already lined up, with a lesion on his scalp that is an AK. After verbal consent was obtained, area was treated with LN2 with freeze/thaw cycle x3

Facial lesions/bumps
- unclear etiology
- recommend f/u with dermatology as scheduled

SKs
- numerous on back, recommend formal dermatology evaluation. No suspicious lesions noted to my eye.

The remainder of his concerns, as he was not booked for additional concerns and just for the skin concern, and given his myriad specialists and that I was new to his case, I recommend he f/u w his PCP and/or specialists regarding additional items.

Diagnoses and all orders for this visit:

**Actinic keratosis**

**Seborrheic keratoses**

**Facial benign neoplasm**

**Other orders**
-    dutasteride (AVODART) 0.5 mg capsule


No follow-ups on file.
Patient education was direct.  Barriers were assessed and addressed as needed.


**Subjective**
Alan is a 66 y.o. male presenting with Growth (Patient is here for a growth on his head which he thinks is skin cancer again. Patient has a lot of other concerns today as well. /-

Still has a red mark where he was bitten by a tick/-Unable to hold his urine/-Blurry vision )

HPI
Has noticed a spot on L forehead/hair line.  Present for weeks. 'Flicked it off' and it grew back.
H/o squamous on face.
Wants to look at back. Has lots of spots.


Currently has appt scheduled 10/17 with both oncology at CVMC and dermatology in Boston.

Saw Amy Renner, NP in this office 4 days ago and recommended labs which have not been collected
Follows with urology in Boston
Discussed with Amy persistent rash on his knee as well as urinary incontinence.

Data reviewed this visit: problem list/past medical history, current medications, allergies, last visit note, recent labs, and recent specialist documentation

ROS - See HPI

**Objective**
BP 108/72 (BP Cuff Location: Right arm, BP Patient Position: Sitting, BP Cuff Sizes: Adult, long)  | Pulse 84  | Temp 36.6 °C (97.9 °F) (Oral)  | Wt 89 kg (196 lb 3.2 oz)  | SpO2 98%  | BMI 29.83 kg/m²
Physical Exam

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# AFTER VISIT SUMMARY

University of Vermont
HEALTH NETWORK
**Central Vermont Medical Center**

**Alan B. Goldman** MRN: 0000589820 DoB: 3/26/1958

📅 10/10/2024 9:00 📍 UVM Health Network - CVMC Family Medicine - Main Campus 802-225-7000

Fax: 802-225-7103

## Instructions

 Orders placed today
UA CASCADE TO CULTURE
Complete this on or around 10/10/2024.

AMB CONS/FOLLOW UP OUTPATIENT CARE MANAGEMENT - UVMHN
Complete this on or around 10/17/2024.

## What's Next

**OCT 14 2024** Same Day with Brian Rodriguez, MD
Monday October 14 16:30 (Arrive by 16:15)

UVM Health Network - CVMC Family Medicine - Main Campus
130 Fisher Road
Berlin VT 05602
802-225-7000

**OCT 21 2024** New Patient Visit with Kristen Kivlen, PA-C
Monday October 21 11:15

UVM Health Network - CVMC Orthopedics & Spine Medicine
1311 US Route 302, Suite 400
Berlin VT 05641
802-225-3970

**OCT 31 2024** FOLLOW UP MEDIUM with David Ospina, MD
Thursday October 31 14:00

UVM Health Network - CVMC Adult Hematology & Oncology
195 Hospital Loop
Berlin VT 05602
802-225-5400

## Additional Appointment Information

**Please Note:** Recurring appointments do not display on the After Visit Summary.

## ✍ Problem List

Anxiety

## Today's Visit

 You saw Amy Renner, NP on Thursday October 10, 2024 for:
- Follow-up
- Loss of Vision
- Lyme Disease

The following issues were addressed:
- Urinary urgency
- History of Lyme disease
- Rash
- Transitional cell carcinoma of right renal pelvis

| | |
|---|---|
| Blood Pressure **154/88** | BMI **30.38** |
| Weight **90.6 kg (199 lb 12.8 oz)** | Height **172.7 cm (68")** |
| Pulse **92** | Oxygen Saturation **97%** |

⊞ Done Today
LYME AB SCREEN, IGG AND IGM for History of Lyme disease, Rash

# ✍ Problem List (continued)

Asthma
Benign prostatic hyperplasia without lower urinary tract symptoms
Bronchospasm
Colon polyp
Cough
Dysplastic nevus of skin
ED (erectile dysfunction)
Foot pain, left
Gastroesophageal reflux disease without esophagitis
History of basal cell carcinoma of skin
Hoarseness
Lactose intolerance
Left arm numbness
Lichen simplex chronicus
Malignant neoplasm of urinary bladder neck
Other chronic pain
Psychophysiological insomnia
Rosacea
Seborrheic keratosis
Squamous cell carcinoma of skin
Transitional cell carcinoma of right renal pelvis
Leg mass, left
Neck pain
Hyperlipidemia, mixed
Seborrheic dermatitis
Deviated nasal septum
Soft tissue mass

## Allergies

Haloperidol
Lactose
Lactose Intolerance (lactase)

## Your Immunizations

| Name | Date |
|---|---|
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 10/12/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 4/19/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 3/29/2021 |
| Covid-19 mRNA-LNP Bivalent Vaccine (PFIZER BIVALENT VACCINE) PF 0.3 mL IM (12 yrs+) | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/27/2023 |

## Your Immunizations (continued)

| Name | Date |
|------|------|
| **Historical Influenza Vaccine, Unspecified** | 10/31/2022 |
| **Historical Influenza Vaccine, Unspecified** | 10/12/2021 |
| **Historical Influenza Vaccine, Unspecified** | 1/7/2011 |
| **Influenza H1N1 IM** | 1/7/2011 |
| **Influenza Vaccine =>3yo Split IM** | 12/20/2018 |
| **Influenza Vaccine =>3yo Split IM** | 11/11/2013 |
| **Influenza Vaccine =>3yo Split IM** | 10/3/2011 |
| **Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+)** | 10/7/2016 |
| **Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+)** | 10/13/2015 |
| **Pneumococcal Polysaccharide (PPSV23) Vaccine (PNEUMOVAX-23) =>2YO SQ/IM** | 2/2/2010 |
| **Tdap Vaccine =>7YO IM** | 12/24/2013 |

## Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

# MyChart - Your personalized portal to more connected, convenient, and secure health care.

View this After Visit Summary, your visit notes, test results, and more, by logging into your account at
**MyChart.UVMHealth.org**

Forgot your user name or password? No worries. You can recover your user name or reset your password at
MyChart.UVMHealth.org.

For assistance:
Call **1-888-979-1414** or **802-847-7500**.

# Your Medication List as of October 10, 2024 10:02

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaminophen** 500 mg tablet<br>Commonly known as: TYLENOL | Take 1 Tablet by mouth every 6 hours as needed for Pain. Pt will take:<br>1000mg of Tylenol at 2pm the day before surgery.<br>1000mg of Tylenol at 8pm the day before surgery and 1000mg of Tylenol first thing in the morning the day of surgery |
| **Ambien** 10 mg tablet<br>Generic drug: zolpidem | Take 12.5 mg by mouth at bedtime. |
| **aspirin** 325 mg EC tablet | Take 1 Tablet by mouth daily for 360 days.<br>**According to our records, you may have been taking this medication differently.** |
| **atorvastatin** 80 mg tablet<br>Commonly known as: LIPITOR | Take 1 Tablet by mouth at bedtime for 360 days. Take 40mg (0.5 tablet) daily for the first 2 weeks, then increase to 80mg (1 tablet) if no side effects. |
| **diazePAM** 5 mg tablet<br>Commonly known as: VALIUM | Take 1 Tablet by mouth daily as needed. |
| **finasteride** 5 mg tablet<br>Commonly known as: PROSCAR | Take 1 Tablet by mouth daily for 90 days. |
| **QUEtiapine** 100 mg tablet<br>Commonly known as: SEROQUEL | Take 1 Tablet by mouth at bedtime for 90 days. |
| **TAMSulosin** 0.4 mg capsule<br>Commonly known as: FLOMAX | Take 1 Capsule by mouth at bedtime for 90 days. |
| **Viagra** 50 mg tablet<br>Generic drug: sildenafil citrate | Take 1 Tablet by mouth as needed. |

## Please Check your Medication List
*Contact your provider if the list does not correctly reflect the medications you are taking.*

## Referrals: What's Next?
If you are referred to another provider or specialist, a referral will be sent to them. They will call you to schedule an appointment. *If you do not hear from them in 1 week please call our office at 802-225-7000.*

## Suicide Prevention Hotline
**Suicide and Crisis Lifeline: 988**
National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org     Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Please Contact Us
If you have any questions about this summary or about your care in general, or if you need to reschedule your appointment, please call our department at:
802-225-7000

***UVM Health Network - CVMC Family Medicine - Main Campus***
130 Fisher Road
Berlin VT 05602

# Office Visit - Oct 17, 2024
with David Ospina, MD at UVM Health Network - CVMC Adult Hematology & Oncology

## Notes from Care Team

## Notes Shared by Your Providers

### Progress Notes
David Ospina, MD at 10/17/2024 12:00
#### Hem/Onc. Note

#### Alan B Goldman

DOB:3/26/1958
Age:66 y.o.
Gender:male

**Date of Service**:10/17/2024

**History of present illness**:

#### 7: Elevated PSA.
-6/7/2024 PSA: 6.6. Symptomatic with BPH.
-Telemedicine: Repeat labs 7/18/2024
-10/17/2024: Additional PSA studies suggesting a 10 to 15% risk of prostate cancer. Proceed with MRI of the pelvis with and without contrast for further evaluation.

#### 8: TCC.
-Diagnosed 2016 treated at MGH.
-5/2024 cystoscopy visit at MGH: NED. Following every 6 months.

#### 1: Right hydrocele
-3/24/2022 Allen called me yesterday concerned that he noted sudden enlargement of his right scrotum no tenderness no history of trauma. On physical exam the right scrotum is 2-3 times larger than the left side however the testicles appear symmetrical in size, no nodules on the right side. Most likely a hydrocele versus herniation. Plan: Ultrasound of the scrotum
-4/6/2022 ultrasound of scrotum: Normal sonographic appearance of the testicle. No evidence of mass or testicular torsion. Small right hydrocele containing low-level internal echoes.

**2: Need for screening colonoscopy**: Family history of colorectal cancer, Alan has personal history of multiple colon polyps. Last screening colonoscopy over 5 years ago in Massachusetts.

-3/24/2022 referral for screening colonoscopy.

## 3: **Progressive memory decline**
-Previously seen by Dr. Waheed neurology at UVM. Failed to go to the EMG study late last year not recall having a scheduled. Will need to be reevaluated by Dr. Waheed and rescheduled for the EMG.

## 4: **Symptoms suggestive of partial complex seizures.** Needs further neurological work-up.

## 5: **History of tobacco abuse**.
-3/24/2022 complaining of dyspnea on exertion. Obtain low-dose noncontrast CT chest.
-4/6/2022 scheduled 5/26/2022.

## 6: **Familial hyperlipidemia**
-4/6/22 did not go for the lab testing

**Chief Complaint**
Patient presents with
• Follow-up
  *Concerns regarding elevated PSA.*
  *Skin nodules.*

## Interim History:
Alan requested an acute visit concerned about several skin nodules on his face 1 was recently cauterized with complete resolution by his primary care. By description seems to be a actinic keratoses or squamous.
Scheduled to see dermatology in the near future for other cutaneous nodules.
Was also question his PSA, had additional studies done in July and August PSA marker suggesting 12% risk of prostate cancer. No family history of prostate cancer. He has had a history of bladder cancer which was resected tumor was apparently invaded into the prostate.
Complaining of urinary incontinence.

## Review of systems:
Review of Systems
Constitutional: Negative for diaphoresis, fever, malaise/fatigue and weight loss.
Genitourinary:
  **Urinary frequency and recently with urinary incontinence**
Skin:
  **Very small extensive skin slightly keratinizing in the face.**

## Vital Signs:
Patient Vitals for the past 24 hrs:

|  | BP | Pulse | SpO2 | Weight |
|---|---|---|---|---|
| 10/17/24 1200 | **(!) 144/82** | 89 | 98 % | 88.5 kg (195 lb) |

**Wt Readings from Last 3 Encounters:**
| | |
|---|---|
| 10/17/24 | 88.5 kg (195 lb) |
| 10/14/24 | 89 kg (196 lb 3.2 oz) |
| 10/10/24 | 90.6 kg (199 lb 12.8 oz) |

**Ht Readings from Last 1 Encounters:**
| | |
|---|---|
| 10/10/24 | 172.7 cm (68") |

Estimated body surface area is 2.06 meters squared as calculated from the following:
  Height as of 10/10/24: 172.7 cm (68").
  Weight as of this encounter: 88.5 kg (195 lb).

**ECOG Performance Status:** 0


**Physical Exam**
Constitutional:
  Comments: **Appears comfortable in no distress.**
  **Mildly hyper which is his usual.**
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  General: Abdomen is flat.
  Palpations: Abdomen is soft.
Skin:
  Comments: **He cutaneous nodules in the face suggesting very early actinic keratoses but it is unclear. Clearly not squamous carcinoma or basal cell or melanoma.**

Neurological:
  General: No focal deficit present.
Psychiatric:
  Mood and Affect: Mood normal.


**Previous medical history:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • Basal cell carcinoma | 2009 |
|   *right cheek* | |
| • Cancer (HCC-CMS) | 3/02 |
|   *transitional cell* | |
| • Erectile dysfunction | |
| • Mass of left thigh | |
| • Pericarditis | |
| • Psoriasis | |


**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Haloperidol | Dystonic reaction |
| • Lactose | |
|   *Other reaction(s): Unknown* | |
| • Lactose Intolerance (Lactase) | |


**Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill | Last Dose |
|---|---|---|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 1 Tablet by mouth every 6 hours as needed for Pain. Pt will take: 1000mg of Tylenol at 2pm the day before surgery. 1000mg of Tylenol | | | Not Taking |

| Medication | Instructions | Dispense | Refills | Status |
|---|---|---|---|---|
| | at 8pm the day before surgery and 1000mg of Tylenol first thing in the morning the day of surgery (Patient not taking: Reported on 10/14/2024) | | | |
| • aspirin 325 mg EC tablet | Take 1 Tablet by mouth daily for 360 days. (Patient taking differently: Take 1 Tablet by mouth 2 times daily.) | 90 Tablet | 3 | Taking |
| • atorvastatin (LIPITOR) 80 mg tablet | Take 1 Tablet by mouth at bedtime for 360 days. Take 40mg (0.5 tablet) daily for the first 2 weeks, then increase to 80mg (1 tablet) if no side effects. (Patient not taking: Reported on 10/14/2024) | 90 Tablet | 3 | Not Taking |
| • DIAZepam (VALIUM) 5 mg tablet | Take 1 Tablet by mouth daily as needed. | | | Taking |
| • dutasteride (AVODART) 0.5 mg capsule | Take 1 Capsule by mouth daily. | | | Taking |
| • finasteride (PROSCAR) 5 mg tablet | Take 1 Tablet by mouth daily for 90 days. (Patient not taking: Reported on 10/10/2024) | 90 Tablet | 0 | Not Taking |
| • QUEtiapine (SEROQUEL) 100 mg tablet | Take 1 Tablet by mouth at bedtime for 90 days. (Patient not taking: Reported on 10/14/2024) | 90 Tablet | 0 | Not Taking |
| • sildenafil citrate (VIAGRA) 50 mg tablet | Take 1 Tablet by mouth as needed. (Patient not taking: Reported on 10/14/2024) | | | Not Taking |
| • TAMSulosin (FLOMAX) 0.4 mg capsule | Take 1 Capsule by mouth at bedtime for 90 days. (Patient not taking: Reported on 10/14/2024) | 90 Capsule | 0 | Not Taking |
| • zolpidem (AMBIEN) 10 mg tablet | Take 12.5 mg by mouth at bedtime. | | | Taking |

No current facility-administered medications for this visit.

**Data Review**:

**Labs**:

Results for orders placed or performed in visit on 07/18/24
**HEMOGLOBIN A1C**

| Result | Value | Ref Range |
|---|---|---|

| | | |
|---|---|---|
| Hemoglobin A1c | 6.3 (H) | <5.7 % |
| Est Avg Glucose | 134 | mg/dL |

**HOLD SST**

| Result | Value | Ref Range |
|---|---|---|
| Hold | Hold | |

## Imaging:

**US ABDOMINAL AORTA-ILIAC DUPLEX**
Narrative: US ABDOMINAL AORTA-ILIAC DUPLEX COMPLETE  10/8/2024 7:40 AM

SIGNS AND SYMPTOMS/COMMENTS: Screening for AAA

COMPARISONS: CT chest 7/25/2024

TECHNIQUE: Grayscale and, when appropriate, color Doppler ultrasound images of the abdominal aorta were performed.

FINDINGS:
Scattered atherosclerotic plaques. No aneurysm.

Abdominal aorta measurements:
Proximal: 2.1 cm x 2.3 cm
Mid: 2.3 cm x 1.9 cm
Distal: 1.8 cm x 1.6 cm

Common iliac arteries measurements:
Right: 0.70 cm x 0.80 cm
Left: 0.70 cm x 0.80 cm

Other Findings: None.
Impression: No aneurysm of the abdominal aorta.

CVMC-RAD61-P

## Assessment:

1: Elevated PSA, recent onset of urinary incontinence.
Additional labs suggest the risk of prostate cancer is about 10 to 12%.
Plan:
-MRI of the pelvis with and without contrast

2: Skin rash papular keratinizing.  Unclear but may represent an early actinic keratosis.
Plan:
-Scheduling appointment with dermatology in the near future

Consult time 25 minutes face-to-face conversation additional 10 minutes reviewing completing documentation.

This note was transcribed using Dragon voice recognition software, please excuse any transcription errors.

David Ospina, MD
Central Vermont Medical Center/University of Vermont Medical Center
Tel: 802-225-5400
Fax:802-225-5401

CC:**Primary Care Provider:**
Benjamin Arthur Flinn
130 Fisher Road Suite 3-1
Berlin VT 05602-9000
Phone: 802-225-7000
Fax: 802-225-7103

CC:

Nurse Carey at 10/17/2024 12:00
**Suspicion of Abuse:** no
- If yes, please document evidence:
- Assessed on: 10/17/24 12:00
- Assessed by: CAREY ROUNDS, RN

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Name: Alan B Goldman | DOB: 3/26/1958 | MRN: 0000589820 | PCP: Benjamin Arthur Flinn, MD | Legal Name: Alan B Goldman

# Patient Outreach - Oct 21, 2024
with Care Manager Rori at UVM Health Network - CVMC Family Medicine - Berlin

## After Visit Summary®

### AFTER VISIT SUMMARY

THE
University *of* Vermont
HEALTH NETWORK
**Central Vermont Medical Center**

**Alan B. Goldman**   MRN: 0000589820 DoB: 3/26/1958

📅 10/21/2024   📍 UVM Health Network - CVMC Family Medicine - Berlin 802-225-5810

Fax: 802-371-4821

## Today's Visit



You saw Care Manager Rori on Monday October 21, 2024.

## What's Next

JAN
**31**
2025

Established Patient Visit Extended with
Benjamin Flinn, MD
Friday January 31 16:00 (Arrive by 15:45)

UVM Health Network - CVMC
Family Medicine - Main Campus
130 Fisher Road
Berlin VT 05602
802-225-7000

## Additional Appointment Information

**Please Note:** Recurring appointments do not display on the After Visit Summary.

## 🗝 Problem List

Anxiety

Asthma

Benign prostatic hyperplasia without lower urinary tract symptoms

Bronchospasm

Colon polyp

Cough

Dysplastic nevus of skin

ED (erectile dysfunction)

Foot pain, left

Gastroesophageal reflux disease without esophagitis

History of basal cell carcinoma of skin

Hoarseness

Lactose intolerance

Left arm numbness

Lichen simplex chronicus
Malignant neoplasm of urinary bladder neck
Other chronic pain
Psychophysiological insomnia
Rosacea
Seborrheic keratosis
Squamous cell carcinoma of skin
Transitional cell carcinoma of right renal pelvis
Leg mass, left
History of Lyme disease
Carcinoma of bladder
Benign prostatic hyperplasia with urinary frequency
Neck pain
Hyperlipidemia, mixed
Seborrheic dermatitis
Deviated nasal septum
Soft tissue mass

## Allergies

Haloperidol
Lactose
Lactose Intolerance (lactase)

## Your Immunizations

| Name | Date |
| --- | --- |
| Covid-19 mRNA Booster Vaccine (MODERNA COVID-19 BOOSTER) PF 0.5 mL IM (18 yrs+) | 10/17/2024 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 10/12/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 4/19/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 3/29/2021 |
| Covid-19 mRNA-LNP Bivalent Vaccine (PFIZER BIVALENT VACCINE) PF 0.3 mL IM (12 yrs+) | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/27/2023 |
| Historical Influenza Vaccine, Unspecified | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/12/2021 |
| Historical Influenza Vaccine, Unspecified | 1/7/2011 |
| Influenza H1N1 IM | 1/7/2011 |
| Influenza Vaccine =>3yo Split IM | 12/20/2018 |
| Influenza Vaccine =>3yo Split IM | 11/11/2013 |

| Name | Date |
|---|---|
| Influenza Vaccine =>3yo Split IM | 10/3/2011 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/7/2016 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/13/2015 |
| Pneumococcal Conjugate Vaccine 20-Valent (PCV20) (PREVNAR-20) 0.5 mL IM (6 wks+) | 10/17/2024 |
| Pneumococcal Polysaccharide (PPSV23) Vaccine (PNEUMOVAX-23) =>2YO SQ/IM | 2/2/2010 |
| Tdap Vaccine =>7YO IM | 12/24/2013 |

## Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

# Your Medication List  as of October 21, 2024 23:59

ⓘ Always use your most recent med list.

| | Morning | Around Noon | Evening | Bedtime | Any Time | As Needed |
|---|---|---|---|---|---|---|
| **acetaminophen** 500 mg tablet<br>Commonly known as: TYLENOL<br>Take 1 Tablet by mouth every 6 hours as needed for Pain. Pt will take:<br>1000mg of Tylenol at 2pm the day before surgery.<br>1000mg of Tylenol at 8pm the day before surgery and<br>1000mg of Tylenol first thing in the morning the day of surgery | | | | | | ✓<br>1 Tablet (500 mg) |
| **Ambien** 10 mg tablet<br>Generic drug: zolpidem<br>Take 12.5 mg by mouth at bedtime. | | | | ✓<br>1.25 Tablets (12.5 mg) | | |
| **aspirin** 325 mg EC tablet<br>Take 1 Tablet by mouth daily for 360 days.<br>**According to our records, you may have been taking this medication differently.** | ✓<br>1 Tablet (325 mg) | | | | | |
| **atorvastatin** 80 mg tablet<br>Commonly known as: LIPITOR<br>Take 1 Tablet by mouth at bedtime for 360 days. Take 40mg (0.5 tablet) daily for the first 2 weeks, then increase to 80mg (1 tablet) if no side effects. | | | | ✓<br>1 Tablet (80 mg) | | |
| **diazePAM** 5 mg tablet<br>Commonly known as: VALIUM<br>Take 1 Tablet by mouth daily as needed. | | | | | | ✓<br>1 Tablet (5 mg) |
| **dutasteride** 0.5 mg capsule<br>Commonly known as: AVODART<br>Take 1 Capsule by mouth daily. | ✓<br>1 Capsule (0.5 mg) | | | | | |
| **finasteride** 5 mg tablet<br>Commonly known as: PROSCAR<br>Take 1 Tablet by mouth daily for 90 days. | ✓<br>1 Tablet (5 mg) | | | | | |

| | Morning | Around Noon | Evening | Bedtime | Any Time | As Needed |
|---|---|---|---|---|---|---|
| **QUEtiapine** 100 mg tablet<br>Commonly known as: SEROQUEL<br>Take 1 Tablet by mouth at bedtime for 90 days. | | | | ✓<br>1 Tablet (100 mg) | | |
| **TAMSulosin** 0.4 mg capsule<br>Commonly known as: FLOMAX<br>Take 1 Capsule by mouth at bedtime for 90 days. | | | | ✓<br>1 Capsule (0.4 mg) | | |
| **Viagra** 50 mg tablet<br>Generic drug: sildenafil citrate<br>Take 1 Tablet by mouth as needed. | | | | | | ✓<br>1 Tablet (50 mg) |

## Please Check your Medication List

***Contact your provider if the list does not correctly reflect the medications you are taking.***

## Referrals: What's Next?

If you are referred to another provider or specialist, a referral will be sent to them. They will call you to schedule an appointment. ***If you do not hear from them in 1 week please call our office at 802-225-5810.***

## Suicide Prevention Hotline

**Suicide and Crisis Lifeline: 988**

National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org     Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Please Contact Us

If you have any questions about this summary or about your care in general, or if you need to reschedule your appointment, please call our department at:
802-225-5810

**UVM Health Network - CVMC Family Medicine - Berlin**

246 Granger Rd, Ste 2
Berlin VT 05602

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# AFTER VISIT SUMMARY

THE
University of Vermont
HEALTH NETWORK

Central Vermont Medical Center

**Alan B. Goldman**  MRN: 0000589820 DoB: 3/26/1958

📅 10/17/2024 12:00   📍 UVM Health Network - CVMC Adult Hematology & Oncology 802-225-5400

Fax: 802-225-5401

## Instructions



Labs and imaging ordered today
PSA TOTAL, DIAGNOSTIC
Complete this on or around 10/17/2024.

MR PELVIS W WO CONTRAST
Complete this on or around 10/31/2024.



Return Pending results.

## What's Next

You currently have no upcoming appointments scheduled.

## Additional Appointment Information

**Please Note:** Recurring appointments do not display on the After Visit Summary.

## 📋 Problem List

Anxiety

Asthma

Benign prostatic hyperplasia without lower urinary tract symptoms

Bronchospasm

Colon polyp

Cough

Dysplastic nevus of skin

ED (erectile dysfunction)

Foot pain, left

Gastroesophageal reflux disease without esophagitis

History of basal cell carcinoma of skin

Hoarseness

Lactose intolerance

Left arm numbness

Lichen simplex chronicus

Malignant neoplasm of urinary bladder neck

Other chronic pain

## Today's Visit



You saw David Ospina, MD on Thursday October 17, 2024 for: Follow-up.

The following issues were addressed:

- Hx of bladder cancer
- BPH with elevated PSA

 Blood Pressure
**144/82**

 BMI
**29.65**

 Weight
**88.5 kg (195 lb)**

 Pulse
**89**

 Oxygen Saturation
**98%**

## MyChart - Your personalized portal to more connected, convenient, and secure health care.

View this After Visit Summary, your visit notes, test results, and more, by logging into your account at
**MyChart.UVMHealth.org**

Forgot your user name or password? No worries. You can recover your user name or reset your password at MyChart.UVMHealth.org.

For assistance:
Call **1-888-979-1414** or **802-847-7500**.

## ♨ Problem List (continued)

Psychophysiological insomnia
Rosacea
Seborrheic keratosis
Squamous cell carcinoma of skin
Transitional cell carcinoma of right renal pelvis
Leg mass, left
History of Lyme disease
Carcinoma of bladder
Benign prostatic hyperplasia with urinary frequency
Neck pain
Hyperlipidemia, mixed
Seborrheic dermatitis
Deviated nasal septum
Soft tissue mass

## Allergies

Haloperidol
Lactose
Lactose Intolerance (lactase)

## Your Immunizations

| Name | Date |
| --- | --- |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 10/12/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 4/19/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 3/29/2021 |
| Covid-19 mRNA-LNP Bivalent Vaccine (PFIZER BIVALENT VACCINE) PF 0.3 mL IM (12 yrs+) | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/27/2023 |
| Historical Influenza Vaccine, Unspecified | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/12/2021 |
| Historical Influenza Vaccine, Unspecified | 1/7/2011 |
| Influenza H1N1 IM | 1/7/2011 |
| Influenza Vaccine =>3yo Split IM | 12/20/2018 |
| Influenza Vaccine =>3yo Split IM | 11/11/2013 |
| Influenza Vaccine =>3yo Split IM | 10/3/2011 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/7/2016 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/13/2015 |

## Your Immunizations (continued)

| Name | Date |
|------|------|
| **Pneumococcal Polysaccharide (PPSV23) Vaccine (PNEUMOVAX-23) =>2YO SQ/IM** | 2/2/2010 |
| **Tdap Vaccine =>7YO IM** | 12/24/2013 |

### Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

# Your Medication List as of October 17, 2024 19:37

ⓘ Always use your most recent med list.

**acetaminophen** 500 mg tablet
Commonly known as: TYLENOL

Take 1 Tablet by mouth every 6 hours as needed for Pain. Pt will take:
1000mg of Tylenol at 2pm the day before surgery.
1000mg of Tylenol at 8pm the day before surgery and 1000mg of Tylenol first thing in the morning the day of surgery

**Ambien** 10 mg tablet
Generic drug: zolpidem

Take 12.5 mg by mouth at bedtime.

**aspirin** 325 mg EC tablet

Take 1 Tablet by mouth daily for 360 days.
**According to our records, you may have been taking this medication differently.**

**atorvastatin** 80 mg tablet
Commonly known as: LIPITOR

Take 1 Tablet by mouth at bedtime for 360 days. Take 40mg (0.5 tablet) daily for the first 2 weeks, then increase to 80mg (1 tablet) if no side effects.

**diazePAM** 5 mg tablet
Commonly known as: VALIUM

Take 1 Tablet by mouth daily as needed.

**dutasteride** 0.5 mg capsule
Commonly known as: AVODART

Take 1 Capsule by mouth daily.

**finasteride** 5 mg tablet
Commonly known as: PROSCAR

Take 1 Tablet by mouth daily for 90 days.

**QUEtiapine** 100 mg tablet
Commonly known as: SEROQUEL

Take 1 Tablet by mouth at bedtime for 90 days.

**TAMSulosin** 0.4 mg capsule
Commonly known as: FLOMAX

Take 1 Capsule by mouth at bedtime for 90 days.

**Viagra** 50 mg tablet
Generic drug: sildenafil citrate

Take 1 Tablet by mouth as needed.

## Please Check your Medication List
***Contact your provider if the list does not correctly reflect the medications you are taking.***

## Referrals: What's Next?
If you are referred to another provider or specialist, a referral will be sent to them. They will call you to schedule an appointment. ***If you do not hear from them in 1 week please call our office at 802-225-5400.***

## Suicide Prevention Hotline

**Suicide and Crisis Lifeline: 988**
National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org      Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Please Contact Us

If you have any questions about this summary or about your care in general, or if you need to reschedule your appointment, please call our department at:
802-225-5400

***UVM Health Network - CVMC Adult Hematology & Oncology***
195 Hospital Loop
Berlin VT 05602

# Hospital Outpatient Visit - Nov 21, 2024
with UVMMC MR MCHV RM 3 at Medical Center Radiology MRI - Main Campus

## After Visit Summary®



## AFTER VISIT SUMMARY

**Alan B. Goldman**  MRN: 0000589820 DoB: 3/26/1958
🗓 11/21/2024 16:30  📍 Medical Center Radiology MRI - Main Campus 802-847-8900

## Today's Visit
You were seen on Thursday November 21, 2024. The following issues were addressed:
- Hx of bladder cancer
- BPH with elevated PSA

### ⚕ Medications Given
gadoterate meglumine Last given 11/21/2024 18:08

## What's Next

| | | |
|---|---|---|
| JAN<br>**31**<br>2025 | **Established Patient Visit Extended with Benjamin Flinn, MD**<br>Friday January 31 16:00 (Arrive by 15:45) | UVM Health Network - CVMC<br>Family Medicine - Main Campus<br>130 Fisher Road<br>Berlin VT 05602<br>802-225-7000 |

## Additional Appointment Information

**Please Note:** Recurring appointments do not display on the After Visit Summary.

## ✎ Problem List

| |
|---|
| Anxiety |
| Asthma |
| Benign prostatic hyperplasia without lower urinary tract symptoms |
| Bronchospasm |
| Colon polyp |
| Cough |
| Dysplastic nevus of skin |
| ED (erectile dysfunction) |
| Foot pain, left |
| Gastroesophageal reflux disease without esophagitis |
| History of basal cell carcinoma of skin |

| |
|---|
| Hoarseness |
| Lactose intolerance |
| Left arm numbness |
| Lichen simplex chronicus |
| Malignant neoplasm of urinary bladder neck |
| Other chronic pain |
| Psychophysiological insomnia |
| Rosacea |
| Seborrheic keratosis |
| Squamous cell carcinoma of skin |
| Transitional cell carcinoma of right renal pelvis |
| Leg mass, left |
| History of Lyme disease |
| Carcinoma of bladder |
| Benign prostatic hyperplasia with urinary frequency |
| Neck pain |
| Hyperlipidemia, mixed |
| Seborrheic dermatitis |
| Deviated nasal septum |
| Soft tissue mass |

## Allergies

Haloperidol
Lactose
Lactose Intolerance (lactase)

## Your Immunizations

| Name | Date |
|---|---|
| Covid-19 mRNA Booster Vaccine (MODERNA COVID-19 BOOSTER) PF 0.5 mL IM (18 yrs+) | 10/17/2024 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 10/12/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 4/19/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 3/29/2021 |
| Covid-19 mRNA-LNP Bivalent Vaccine (PFIZER BIVALENT VACCINE) PF 0.3 mL IM (12 yrs+) | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/27/2023 |
| Historical Influenza Vaccine, Unspecified | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/12/2021 |
| Historical Influenza Vaccine, Unspecified | 1/7/2011 |
| Influenza H1N1 IM | 1/7/2011 |
| Influenza Vaccine =>3yo Split IM | 12/20/2018 |

| Name | Date |
|---|---|
| Influenza Vaccine =>3yo Split IM | 11/11/2013 |
| Influenza Vaccine =>3yo Split IM | 10/3/2011 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/7/2016 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/13/2015 |
| Pneumococcal Conjugate Vaccine 20-Valent (PCV20) (PREVNAR-20) 0.5 mL IM (6 wks+) | 10/17/2024 |
| Pneumococcal Polysaccharide (PPSV23) Vaccine (PNEUMOVAX-23) =>2YO SQ/IM | 2/2/2010 |
| Tdap Vaccine =>7YO IM | 12/24/2013 |

## Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

# Your Medication List

### Notice
A record of your medication list is currently not available. If you need access to this medication list, call your doctor's office.

### Please Check your Medication List
**Contact your provider if the list does not correctly reflect the medications you are taking.**

### Referrals: What's Next?
If you are referred to another provider or specialist, a referral will be sent to them. They will call you to schedule an appointment. **If you do not hear from them in 1 week please call our office at 802-847-8900.**

## Suicide Prevention Hotline

**Suicide and Crisis Lifeline: 988**
National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org     Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Please Contact Us

If you have any questions about this summary or about your care in general, or if you need to reschedule your appointment, please call our department at:
802-847-8900

***Medical Center Radiology MRI - Main Campus***
111 Colchester Ave
Burlington VT 05401

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# Office Visit - Dec 06, 2024
with Benjamin Flinn, MD at UVM Health Network - CVMC Family Medicine - Main Campus

## Notes from Care Team

## Notes Shared by Your Providers

### Progress Notes

Benjamin Flinn, MD at 12/6/2024 14:00
**Primary Care Office Visit**

**Assessment & Plan**
Patient seen today for multiple complaints, predominantly his ongoing cognitive concerns, tangential speech, etc. He also was open to discuss his cholesterol, colon cancer screening, etc.

Overdue for screening colonoscopy, ordered. He reports he is now in agreement with taking a statin, already ordered, again encouraged to start taking this.

The majority of today's visit was spent discussing his cognitive complaints. After speaking with his family members, he is beginning to voice more regular insight into the severity of his condition, agreement with recommendations for treatment and monitoring.
LP and referral to memory center had been advised after he met with neurology recently, will reach out to neurology to notify them that he is now in agreement with undergoing LP to look for biomarkers.

Of note, there was some concern for autoimmune encephalitis for this patient in the past, he did have slightly elevated P/Q calcium channel antibody. Will repeat labs below.

Diagnoses and all orders for this visit:

**Colon cancer screening**
- COLONOSCOPY

**Mixed hyperlipidemia**
- atorvastatin (LIPITOR) 80 mg tablet

**TIA (transient ischemic attack)**
- aspirin 325 mg EC tablet

**Memory impairment**
- donepeziL (ARICEPT) 5 mg tablet

**Positive ANA (antinuclear antibody)**
- ENCEPHALOPATHY AUTOIMMUNE EVALUATION, S (PATIENTS >=18YRS)
- ANTI NUCLEAR AB (ANA), IFA

No follow-ups on file.
Patient education was direct. Barriers were assessed and addressed as needed.

**Subjective**
Alan is a 66 y.o. male presenting with Other (Short term memory problems.), Anxiety, and Follow-up (Follow up on memory issues. And BPH/He also has rouble focusing on what he is saying and stops in the middle of sentence as he changes his train of thought.)

HPI
Patient returns today for follow-up regarding memory concerns, tangential speech.

Interval updates: Elevated PSA over the past year, history of bladder cancer, fortunately had MRI of his prostate at MGH, which was nonworrisome in appearance.

Regarding his memory concerns, he was referred to the memory center in September. Also referred to case management to assist him with keeping/managing appointments.

He met with neurology via video visit on 9/5/2024, counseled to follow-up with memory center and proceed with EEG.

Memory has been getting worse. He is getting lost, needing help while getting around to find his destination.

Taking dutasteride every other day at this point. Fortunately the urinary complaints have improved, he is able to urinate.

Data reviewed this visit: problem list/past medical history, current medications, and allergies

ROS - See HPI

**Objective**
BP 128/72 (BP Cuff Location: Right arm, BP Patient Position: Sitting, BP Cuff Sizes: Adult, large) | Pulse 90 | Temp 36.8 °C (98.3 °F) (Oral) | Wt 90.4 kg (199 lb 6.4 oz) | SpO2 98% | BMI 30.32 kg/m²
**Physical Exam**
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed and well-nourished.
HENT:
  Head: Normocephalic and atraumatic.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Extraocular Movements: EOM normal.
Pulmonary:
  Effort: Pulmonary effort is normal.
Musculoskeletal:
  General: No edema. Normal range of motion.
  Cervical back: Normal range of motion.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: He is alert.
  Coordination: Coordination normal.
Psychiatric:
  Mood and Affect: Mood and affect normal.
  Behavior: Behavior normal. Behavior is cooperative.

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# E-Consult - Dec 17, 2024
with Jeanne Gosselin, MD at UVM Medical Center Rheumatology & Immunology - Main Campus

## Notes from Care Team

## Notes Shared by Your Providers

## Progress Notes
### Jeanne Gosselin, MD at 12/17/2024 20:54
**Clinical Question**: ANA returned strongly positive. Autoimmune encephalitis panel did not. LP was recommended by neurology, he was encouraged to reach out to them. Other steps in the interim?

**Recommendation**:
-complete ANA subsets with Smith and RNP
-no further workup recommended for now and agree with neurology that LP required as first step if considering CNS inflammation and autoimmune encephalopathy in setting of unremarkable MRI brain
-if Smith and/or RNP positive, please submit another econsult for review

**Rationale**:
Low titer ANA with H/S patterns (variable across different tests) is nonspecific and nondiagnostic and can be seen in the healthy population. If remainder of ANA subsets above negative, SLE and SLE-like disease unlikely and would defer further workup to neurology.

**Contingency**:
Submit another e-consult if Smith and or RNP elevated to allow for further review.

Jeanne T Gosselin, MD

*This eConsult is based on the clinical data available to me and is furnished without benefit of a physical examination. The eConsult will need to be interpreted in light of any clinical issues or changes in patient status not available to me at the time of filing this eConsult. Significant changes in patient condition or level of acuity should result in immediate formal consultation and reevaluation.* Patient consent for this eConsult was obtained by the referring provider.

*Please alert me if you have further questions.*

*Time spent in this consultation:* 6 *minutes*

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

University of Vermont
HEALTH NETWORK

**Central Vermont Medical Center**

# AFTER VISIT SUMMARY

**Alan B. Goldman**  MRN: 0000589820 DoB: 3/26/1958

📅 12/6/2024 14:00  📍 UVM Health Network - CVMC Family Medicine - Main Campus 802-225-7000

Fax: 802-225-7103

## Instructions

1. Please start taking your cholesterol medication Lipitor alongside your aspirin if you are not already
2. I am going to message Dr. Wahid in neurology to tell him you are in agreement with doing your LP
3. You will get a call to schedule your colonoscopy
4. Please go downstairs to get your blood work drawn today.
5. Please start taking this new medication called donepezil once per night. This will likely help with your memory complaints and feeling more confused in the evening.
6. Please come back to see me in 1 to 2 months. If able, having your brother available to join us via speaker phone may be helpful.

 ## Today's medication changes

➡ START taking:
**donepeziL (ARICEPT)**

Accurate as of December 6, 2024 15:22.
**Review your updated medication list below.**

 ## Pick up these medications at KINNEY DRUGS INC #35 - Milton, VT - 3 Centre Drive

• aspirin
Your estimated payment per fill: **Estimate unavailable**

• atorvastatin
Your estimated payment per fill: **$13**

• donepeziL
Your estimated payment per fill: **$1**

Address: 3 Centre Drive, Milton VT 05468
Phone:   802-893-7459

 ## Labs and procedures ordered today

ANTI NUCLEAR AB (ANA), IFA
Complete this on or around 12/6/2024.

COLONOSCOPY
Complete this on or around 12/6/2024.

ENCEPHALOPATHY AUTOIMMUNE EVALUATION, S (PATIENTS >=18YRS)
Complete this on or around 12/6/2024.

## Today's Visit

 You saw Benjamin Flinn, MD on Friday December 6, 2024 for:
• Other
• Anxiety
• Follow-up

The following issues were addressed:
• Mixed hyperlipidemia
• TIA (transient ischemic attack)
• Colon cancer screening
• Memory impairment
• Positive ANA (antinuclear antibody)

 Blood Pressure
**128/72**

BMI
**30.32**

Weight
**90.4 kg
(199 lb
6.4 oz)**

Temperature (Oral)
**36.8 °C
(98.3 °F)**

 Pulse
**90**

Oxygen Saturation
**98%**

# What's Next

JAN
31
2025 Established Patient Visit Extended with Benjamin Flinn, MD
Friday January 31 16:00 (Arrive by 15:45)

UVM Health Network - CVMC Family
Medicine - Main Campus
130 Fisher Road
Berlin VT 05602
802-225-7000

# Additional Appointment Information

**Please Note:** Recurring appointments do not display on the After Visit Summary.

# ✑ Problem List

Anxiety
Asthma
Benign prostatic hyperplasia without lower urinary tract symptoms
Bronchospasm
Colon polyp
Cough
Dysplastic nevus of skin
ED (erectile dysfunction)
Foot pain, left
Gastroesophageal reflux disease without esophagitis
History of basal cell carcinoma of skin
Hoarseness
Lactose intolerance
Left arm numbness
Lichen simplex chronicus
Malignant neoplasm of urinary bladder neck
Other chronic pain
Psychophysiological insomnia
Rosacea
Seborrheic keratosis
Squamous cell carcinoma of skin
Transitional cell carcinoma of right renal pelvis
Leg mass, left
History of Lyme disease
Carcinoma of bladder
Benign prostatic hyperplasia with urinary frequency
Neck pain
Hyperlipidemia, mixed
Seborrheic dermatitis
Deviated nasal septum
Soft tissue mass

# Allergies

Haloperidol

## Allergies (continued)

Lactose
Lactose Intolerance (lactase)

# Your Immunizations

| Name | Date |
|------|------|
| Covid-19 mRNA Booster Vaccine (MODERNA COVID-19 BOOSTER) PF 0.5 mL IM (18 yrs+) | 10/17/2024 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 10/12/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 4/19/2021 |
| Covid-19 mRNA Vaccine (PFIZER COVID-19) PF 0.3 ml IM (12 yrs+) | 3/29/2021 |
| Covid-19 mRNA-LNP Bivalent Vaccine (PFIZER BIVALENT VACCINE) PF 0.3 mL IM (12 yrs+) | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/27/2023 |
| Historical Influenza Vaccine, Unspecified | 10/31/2022 |
| Historical Influenza Vaccine, Unspecified | 10/12/2021 |
| Historical Influenza Vaccine, Unspecified | 1/7/2011 |
| Influenza H1N1 IM | 1/7/2011 |
| Influenza Vaccine =>3yo Split IM | 12/20/2018 |
| Influenza Vaccine =>3yo Split IM | 11/11/2013 |
| Influenza Vaccine =>3yo Split IM | 10/3/2011 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/7/2016 |
| Influenza Vaccine Quad (AFLURIA) PF 0.5 ml IM (3 yrs+) | 10/13/2015 |
| Pneumococcal Conjugate Vaccine 20-Valent (PCV20) (PREVNAR-20) 0.5 mL IM (6 wks+) | 10/17/2024 |
| Pneumococcal Polysaccharide (PPSV23) Vaccine (PNEUMOVAX-23) =>2YO SQ/IM | 2/2/2010 |
| Tdap Vaccine =>7YO IM | 12/24/2013 |

## Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

# MyChart - Your personalized portal to more connected, convenient, and secure health care.

View this After Visit Summary, your visit notes, test results, and more, by logging into your account at
**MyChart.UVMHealth.org**

Forgot your user name or password? No worries. You can recover your user name or reset your password at
MyChart.UVMHealth.org.

For assistance:
Call **1-888-979-1414** or **802-847-7500**.

# Your Medication List as of December 6, 2024 15:22

ⓘ Always use your most recent med list.

| | Morning | Around Noon | Evening | Bedtime | Any Time | As Needed |
|---|---|---|---|---|---|---|
| **acetaminophen** 500 mg tablet<br>Commonly known as: TYLENOL<br>Take 1 Tablet by mouth every 6 hours as needed for Pain. Pt will take:<br>1000mg of Tylenol at 2pm the day before surgery.<br>1000mg of Tylenol at 8pm the day before surgery and<br>1000mg of Tylenol first thing in the morning the day of surgery | | | | | | ✓<br>1 Tablet (500 mg) |
| **Ambien** 10 mg tablet<br>Generic drug: zolpidem<br>Take 12.5 mg by mouth at bedtime. | | | | ✓<br>1.25 Tablets (12.5 mg) | | |
| **aspirin** 325 mg EC tablet<br>Take 1 Tablet by mouth daily for 360 days. | ✓<br>1 Tablet (325 mg) | | | | | |
| **atorvastatin** 80 mg tablet<br>Commonly known as: LIPITOR<br>Take 1 Tablet by mouth at bedtime for 360 days.<br>Take 40mg (0.5 tablet) daily for the first 2 weeks, then increase to 80mg (1 tablet) if no side effects. | | | | ✓<br>1 Tablet (80 mg) | | |
| **diazePAM** 5 mg tablet<br>Commonly known as: VALIUM<br>Take 1 Tablet by mouth daily as needed. | | | | | | ✓<br>1 Tablet (5 mg) |
| ➡ START **donepeziL** 5 mg tablet<br>Commonly known as: ARICEPT<br>Take 1 Tablet by mouth at bedtime.<br>Started by: Benjamin Flinn, MD | | | | ✓<br>1 Tablet (5 mg) | | |

## Your Medication List (continued) as of December 6, 2024 15:22

| | Morning | Around Noon | Evening | Bedtime | Any Time | As Needed |
|---|---|---|---|---|---|---|
| **dutasteride** 0.5 mg capsule<br>Commonly known as: AVODART<br>Take 1 Capsule by mouth daily. | ✔<br>1<br>Capsule<br>(0.5 mg) | | | | | |
| **Viagra** 50 mg tablet<br>Generic drug: sildenafil citrate<br>Take 1 Tablet by mouth as needed. | | | | | | ✔<br>1 Tablet<br>(50 mg) |

## Please Check your Medication List
*Contact your provider if the list does not correctly reflect the medications you are taking.*

## Referrals: What's Next?
If you are referred to another provider or specialist, a referral will be sent to them. They will call you to schedule an appointment. *If you do not hear from them in 1 week please call our office at 802-225-7000.*

## Suicide Prevention Hotline
**Suicide and Crisis Lifeline: 988**
National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org          Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Please Contact Us
If you have any questions about this summary or about your care in general, or if you need to reschedule your appointment, please call our department at:
802-225-7000

*UVM Health Network - CVMC Family Medicine - Main Campus*
130 Fisher Road
Berlin VT 05602

# LYME AB SCREEN, IGG AND IGM
Collected on November 8, 2024 13:42

## Lab tests - Blood (Blood, Venous)

Amy Renner, NP  Nov 11, 8:52 AM

Hi Alan,

Lyme disease testing was negative. Metabolic panel shows
normal electrolytes, kidney function and liver function. Glucose
was mildly elevated which is normal for a nonfasting state.
TSH was mildly elevated with a normal T3 and T4.
Your PSA is downtrending from when it was checked prior.
Please follow-up with your PCP for ongoing questions and
concerns and follow-up visits.

Amy Renner, NP

## Results

| **Lyme Antibody, IgG** | **Lyme Antibody, IgM** |
| --- | --- |
| Normal value: Negative | Normal value: Negative |
| Value | Value |
| **Negative** | **Negative** |

Ordering provider: Amy Renner, NP
Collection date: November 8, 2024 13:42
Result date: November 11, 2024 8:47
Result status: Final
Resulting lab:
CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES
130 Fisher Road
Berlin VT 05602
802-371-4113
47D0091573 (CLIA #)

Name: Alan B Goldman | DOB: 3/26/1958 | MRN: 0000589820 | PCP: Benjamin Arthur Flinn, MD | Legal Name: Alan B Goldman

# COMPREHENSIVE METABOLIC PANEL (CMP)
Collected on November 8, 2024 13:42

## Lab tests - Blood (Blood, Venous)
Results



**Sodium**
Normal range: 136 - 145 mmol/L
141
136  145



**Potassium**
Normal range: 3.5 - 5.0 mmol/L
4.4
3.5  5



**Chloride**
Normal range: 96 - 110 mmol/L
105
96  110



**CO2 Total**
Normal range: 22 - 32 mmol/L
26
22  32



**Glucose**
Normal range: 70 - 99 mg/dl
108
70  99



**BUN**
Normal range: 10 - 26 mg/dL
16
10  26



**Creatinine**
Normal range: 0.66 - 1.25 mg/dL
1.10
0.66  1.25



**eGFR**
Normal range: above >60 mL/min/1.73m2

Value
**74**



**Total Protein**
Normal range: 6.3 - 8.2 g/dL
7.0
6.3  8.2



**Albumin**
Normal range: 3.4 - 4.9 g/dL
4.3
3.4  4.9

### Alkaline Phosphatase
Normal range: 38 - 126 U/L



86

### AST
Normal range: 15 - 46 U/L



26

### ALT
Normal range: below <50 U/L

Value
**29**

### Bilirubin, Total
Normal range: below <1.4 mg/dL

Value
**1.1**

### Calcium
Normal range: 8.5 - 10.5 mg/dL



8.9

### Albumin/Globulin Ratio
Normal range: 1.0 - 2.5



1.6

### Anion Gap
Normal range: 5 - 14 mmol/L



10

Ordering provider: Benjamin Flinn, MD
Collection date: November 8, 2024 13:42
Result date: November 8, 2024 15:54
Result status: Final
Resulting lab:
CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES
130 Fisher Road
Berlin VT 05602
802-371-4113
47D0091573 (CLIA #)

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Name: Alan B Goldman | DOB: 3/26/1958 | MRN: 0000589820 | PCP: Benjamin Arthur Flinn, MD | Legal Name: Alan B Goldman

# T4 FREE
Collected on November 8, 2024 13:42

## Lab tests - Blood (Blood, Venous)
## Results



**T4, Free**
Normal range: 0.8 - 2.2 ng/dL

1.0

0.8                                    2.2

Ordering provider: Benjamin Flinn, MD
Collection date: November 8, 2024 13:42
Result date: November 8, 2024 16:14
Result status: Final
Resulting lab:
CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES
130 Fisher Road
Berlin VT 05602
802-371-4113
47D0091573 (CLIA #)

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# T3, TOTAL
Collected on November 8, 2024 13:42

## Lab tests - Blood (Blood, Venous)
## Results



**T3, Total**
Normal range: 97 - 169 ng/dL

164

97        169

Ordering provider: Benjamin Flinn, MD
Collection date: November 8, 2024 13:42
Result date: November 8, 2024 16:30
Result status: Final
Resulting lab:
CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES
130 Fisher Road
Berlin VT 05602
802-371-4113
47D0091573 (CLIA #)

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Name: Alan B Goldman | DOB: 3/26/1958 | MRN: 0000589820 | PCP: Benjamin Arthur Flinn, MD | Legal Name: Alan B Goldman

# TSH

Collected on November 8, 2024 13:42

## Results

The results of this assay can be falsely lowered due to the consumption of Biotin.



**TSH**
Normal range: 0.47 - 4.68 mIU/L

5.87

0.47                    4.68

Ordering provider: Benjamin Flinn, MD
Collection date: November 8, 2024 13:42
Specimens: Blood (Blood, Venous)
Result date: November 8, 2024 16:30
Result status: Final
Resulting lab:
CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES
130 Fisher Road
Berlin VT 05602
802-371-4113
47D0091573 (CLIA #)

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Name: Alan B Goldman | DOB: 3/26/1958 | MRN: 0000589820 | PCP: Benjamin Arthur Flinn, MD | Legal Name: Alan B Goldman

# PSA TOTAL, DIAGNOSTIC
Collected on November 8, 2024 13:42

## Lab tests - Blood (Blood, Venous)
## Results

**PSA**
Normal range: below <=4.500 ng/mL

Value
**4.800**

NOTE:
Serum PSA concentration should not be interpreted as absolute evidence for the presence or absence of malignant disease.

Assayed on Ortho Vitros XT7600 using chemiluminescent technology. Values obtained by using different assay methods cannot be used interchangeably.

Ordering provider: David Ospina, MD
Collection date: November 8, 2024 13:42
Result date: November 8, 2024 16:30
Result status: Final
Resulting lab:
CENTRAL VERMONT MEDICAL CENTER LABORATORY SERVICES
130 Fisher Road
Berlin VT 05602
802-371-4113
47D0091573 (CLIA #)

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# US ABDOMINAL AORTA-ILIAC DUPLEX

Collected on October 8, 2024 8:02

## Results

### Impression

No aneurysm of the abdominal aorta.

CVMC-RAD61-P

### Narrative

US ABDOMINAL AORTA-ILIAC DUPLEX COMPLETE 10/8/2024 7:40 AM

SIGNS AND SYMPTOMS/COMMENTS: Screening for AAA

COMPARISONS: CT chest 7/25/2024

TECHNIQUE: Grayscale and, when appropriate, color Doppler ultrasound images of the abdominal aorta were performed.

FINDINGS:
Scattered atherosclerotic plaques. No aneurysm.

Abdominal aorta measurements:
Proximal: 2.1 cm x 2.3 cm
Mid: 2.3 cm x 1.9 cm
Distal: 1.8 cm x 1.6 cm

Common iliac arteries measurements:
Right: 0.70 cm x 0.80 cm
Left: 0.70 cm x 0.80 cm

Other Findings: None.

Ordering provider: Benjamin Flinn, MD
Reading physician: Russell Meyer, MD
Study date: October 8, 2024 7:55
Collection date: October 8, 2024 8:02

Result date: October 8, 2024 8:02
Result status: Final

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# MR PROSTATE W WO CONTRAST

Collected on November 22, 2024 9:41

## Results

### Impression

Overall Pi-RADS Category: 2

Benign prostatic hyperplasia present.

Extraprostatic extension: None

Regional lymphadenopathy: None

Additional Findings: Colonic diverticulosis


References:
Pi-RADS v2.1 Assessment Categories
Pi-RADS 1- Very low (clinically significant cancer is highly unlikely to be present)
Pi-RADS 2- Low (clinically significant cancer is unlikely to be present)
Pi-RADS 3- Intermediate (the presence of clinically significant cancer is equivocal)
Pi-RADS 4- High (clinically significant cancer is likely to be present)
Pi-RADS 5- Very high (clinically significant cancer is highly likely to be present)

MRI-Derived EPE Grading (Mehralivand et al, "A Grading System for the Assessment of Risk of Extraprostiatc Extension of Prostate Cancer at Multiparametric MRI" Radiology, March 2019.
Grade 1: pEPE risk 24.3%
Grade 2: pEPE risk 38.2%
Grade 3: pEPE risk 66.1%

I113962

### Narrative

MR PROSTATE W WO CONTRAST 11/21/2024 5:15 PM

Signs and Symptoms/Comments: Prostate cancer suspected; elevation of the PSA in the past year , urinary incontinece. Hx Bladder CA 2016

Prior Prostate Biopsy: No
Date of prior biopsy: NA
Results of prior biopsy: NA

PSA: 4.8 ng/mL 11/8/2024

Technique: MR sequences of the pelvis were performed centered at the prostate prior to and after intravenous administration of contrast.

Comparison: None

Findings:

Prostate:

Size: 4.1 x 5.9 x 6.4 cm for a volume of 81 cc

PSA Density: 0.06 ng/mL2

Hemorrhage: None

Peripheral Zone: Scattered linear and wedge-shaped areas of mild T2 hypointensity without evidence of restricted diffusion or abnormal enhancement (PI-RADS 2)

Transition Zone: Diffusely enlarged with extruded nodules into the bladder neck and into the right anterior peripheral zone at the apex. Scattered encapsulated and partially encapsulated nodules with areas of mild T2 hypointensity between nodules (PI-RADS 2).

Extra-prostatic extension: Not present.

Neurovascular bundle invasion: Not present

Seminal vesicles: Normal

Lymph nodes: No lymphadenopathy.

Other pelvic organs: Colonic diverticulosis without diverticulitis.

Osseous structures: No suspicious marrow signal abnormality present.

Localizer: No additional findings.

Authorizing provider: David Ospina, MD
Reading physician: Robert Percarpio, MD

Study date: November 21, 2024 18:10
Collection date: November 22, 2024 9:41
Result date: November 22, 2024 9:41
Result status: Final

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# ENCEPHALOPATHY EVAL, S
Collected on December 6, 2024 15:39

## Lab tests - Blood (Blood, Venous)
## Results

### Encephalopathy, Interpretation, S

Value
**SEE NOTE**

No informative autoantibodies were detected in this evaluation. However, a negative result does not exclude autoimmune encephalopathy, idiopathic or paraneoplastic. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF.

### CASPR2-IgG CBA, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

### AMPA-R Ab CBA, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

## CRMP-5-IgG, S
Normal value: Negative

Value

**Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## GABA-B-R Ab CBA, S
Normal value: Negative

Value

**Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## GAD65 Ab Assay, S
Normal value: <=0.02 nmol/L

Value

**0.00**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## ANNA-1, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## AGNA-1, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## Amphiphysin Ab, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**GFAP IFA, S**
Normal value: Negative

Value
**Negative**

-------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**LGI1-IgG CBA, S**
Normal value: Negative

Value
**Negative**

-------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**mGluR1 AB IFA, S**
Normal value: Negative

Value
**Negative**

-------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**NIF IFA, S**
Normal value: Negative

Value
**Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**NMDA-R Ab CBA, S**
Normal value: Negative

Value
**Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**PCA-1, S**
Normal value: Negative

Value
**Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**PCA-2, S**
Normal value: Negative

    Value
    **Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**PCA-Tr, S**
Normal value: Negative

    Value
    **Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**ANNA-2, S**
Normal value: Negative

    Value
    **Negative**

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## ANNA-3, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## IFA Notes

Value
**None.**

## Neurochondrin IFA, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

## Septin-7 IFA, S
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**DPPX Ab CBA, S**
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**IgLON5 CBA, S**
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**PDE10A Ab IFA, S**
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

**TRIM46 Ab IFA, S**
Normal value: Negative

Value
**Negative**

------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics
determined by Mayo Clinic in a manner consistent with CLIA
requirements. This test has not been cleared or approved by
the U.S. Food and Drug Administration.

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: Nikola A. Baumann Ph.D.; CLIA# 24D0404292

Ordering provider: Benjamin Flinn, MD
Collection date: December 6, 2024 15:39
Result date: December 14, 2024 9:10
Result status: Final
Resulting lab:
MAYO CLINIC LABORATORIES
200 First St SW
ROCHESTER MN 55905

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

# ANTI NUCLEAR AB (ANA), IFA
Collected on December 6, 2024 15:39

## Results

Results were obtained with the Werfen NOVA Lite HEp-2 ANA Kit by indirect immunofluorescence.

**ANA Interpretation**
Normal value: Negative

Value
**Positive**

For titers greater than or equal to 1:160 (except the centromere and nucleolar patterns) it is recommended that specific follow-up autoantibody testing (such as for dsDNA and Extractable Nuclear Antigens) be performed on all diffuse and/or speckled
patterns
NOTE: For add-on testing dsDNA is stable for 7 days refrigerated while Extractable Nuclear Antigens are only stable for 48 hours refrigerated.
Cytoplasmic Pattern Noted, Speckled

**ANA Titer and Pattern 1**

Value
**1:320 Homogeneous**

Ordering provider: Benjamin Flinn, MD
Collection date: December 6, 2024 15:39
Specimens: Blood (Blood, Venous)
Result date: December 9, 2024 11:33
Result status: Final
Resulting lab:
UVM MEDICAL CENTER LABORATORY SERVICES
111 Colchester Avenue
Burlington VT 05401
802-847-5121

MyChart® licensed from Epic Systems Corporation© 1999 - 2024



# MR PROSTATE W WO CONTRAST

## Goldman, Alan B
MRN: 0000589820, Sex Assigned at Birth: Male, 3/26/1958 (66 yrs), Outpatient
Accession #: 10003918289

## Final Result

MR PROSTATE W WO CONTRAST  11/21/2024 5:15 PM

Signs and Symptoms/Comments: Prostate cancer suspected; elevation of the PSA in the past year , urinary incontinece. Hx Bladder CA 2016

Prior Prostate Biopsy: No
Date of prior biopsy: NA
Results of prior biopsy: NA

PSA: 4.8 ng/mL 11/8/2024

Technique: MR sequences of the pelvis were performed centered at the prostate prior to and after intravenous administration of contrast.

Comparison: None

Findings:

Prostate:

Size: 4.1 x 5.9 x 6.4 cm for a volume of 81 cc

PSA Density: 0.06 ng/mL2

Hemorrhage: None

Peripheral Zone: Scattered linear and wedge-shaped areas of mild T2 hypointensity without evidence of restricted diffusion or abnormal enhancement (PI-RADS 2)

Transition Zone: Diffusely enlarged with extruded nodules into the bladder neck and into the right anterior peripheral zone at the apex. Scattered encapsulated and partially encapsulated nodules with areas of mild T2 hypointensity between nodules (PI-RADS 2).

Extra-prostatic extension: Not present.

Neurovascular bundle invasion: Not present

Seminal vesicles: Normal

Lymph nodes: No lymphadenopathy.

Other pelvic organs: Colonic diverticulosis without diverticulitis.

Osseous structures: No suspicious marrow signal abnormality present.

Localizer: No additional findings.

IMPRESSION

Overall Pi-RADS Category: 2

Benign prostatic hyperplasia present.

Extraprostatic extension: None

Regional lymphadenopathy: None

Additional Findings: Colonic diverticulosis


References:
Pi-RADS v2.1 Assessment Categories
Pi-RADS 1- Very low (clinically significant cancer is highly unlikely to be present)
Pi-RADS 2- Low (clinically significant cancer is unlikely to be present)
Pi-RADS 3- Intermediate (the presence of clinically significant cancer is equivocal)
Pi-RADS 4- High (clinically significant cancer is likely to be present)
Pi-RADS 5- Very high (clinically significant cancer is highly likely to be present)

MRI-Derived EPE Grading (Mehralivand et al, "A Grading System for the Assessment of  Risk of Extraprostiatc Extension of Prostate Cancer at Multiparametric MRI" Radiology, March 2019.
Grade 1: pEPE risk 24.3%
Grade 2: pEPE risk 38.2%
Grade 3: pEPE risk 66.1%

I113962



Signed by Percarpio, Robert Balam, MD on 11/22/2024  9:41

# Appointment Info

**Exam Date**
📅 11/21/2024

**Department**
Medical Center Radiology MRI - Main Campus
📞 802-847-8900
📍 111 Colchester Ave
   Burlington VT 05401

# Reasons for Exam

elevation of the PSA in the past year , urinary incontinece. Hx Bladder CA 2016
Prostate cancer suspected

# Diagnoses

Hx of bladder cancer
BPH with elevated PSA

# Providers

**PCP**
Benjamin Arthur Flinn, MD
📞 802-225-7000
📍 130 Fisher Road
   Suite 3-1
   Berlin VT 05602-9000

**Ordering Provider**
David J Ospina, MD
📞 802-225-5400

130 Fisher Road, MOB-B
Suite 1-2
Berlin VT 05602-9516

Goldman, Alan B (MRN 0000589820) DOB: 03/26/1958



—— THE ——
University *of* Vermont
MEDICAL CENTER

# CT ANGIO HEAD AND NECK W CONTRAST (Order 163128244)

Status: **Final result** (Exam End: **4/27/2019 19:07**)

## Results
CT ANGIO HEAD AND NECK W CONTRAST (Accession 18721299) (Order 163128244)

### Study Images
(Link Unavailable) Show images for CT ANGIO HEAD AND NECK W CONTRAST

## CT ANGIO HEAD AND NECK W CONTRAST
Order: 163128244

Status: **Final result**   Visible to patient: **Yes (seen)**
Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

**Details**

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Bazylewicz, Michael P, MD | 4/28/2019 | |
| 📞 802-847-3593 | | |
| Kondili, Dhimiter, MD | 4/27/2019 | |
| 📞 760-773-2038 | | |

Narrative & Impression
CT Angiogram of the Head and Neck

HISTORY: Transient left arm weakness

TECHNIQUE: CT angiogram of the head and neck with intravenous contrast with maximal intensity projected and 3-D reformatted images.

COMPARISON: MR head 7/11/2018

FINDINGS:
No occlusion, high-grade stenosis, or other vascular abnormality involving the major intracranial vessels. Intracranial atherosclerosis at the carotid siphons. No intracranial aneurysm.

Mixed hard and soft atherosclerotic plaque causes no more than mild stenosis of the carotid bifurcations. The bilateral vertebral arteries are patent with no stenosis. No evidence of dissection in the arteries of the neck.

There is circumferential thickening of the aortic wall in the included arch as well as circumferential wall thickening of the at the origins of the great vessels of the neck. No significant surrounding fat stranding is present.

Ground glass opacity in a dependent distribution within the lungs likely reflects atelectasis. Included osseous structures are unremarkable.

IMPRESSION:
1. No occlusion, high-grade stenosis, or other vascular abnormality involving the major intracranial vessels.

2. Circumferential thickening of the wall of the aorta and proximal
great vessels of the neck without significant surrounding fat
stranding is seen. Favored to represent noncalcified
atherosclerosis, however given the circumferential appearance and
lack of calcification, large vessel vasculitis can be considered.

I have personally reviewed the images and the above interpretation
and agree with the findings.

Exam Ended: 04/27/19 19:07                    Last Resulted: 04/28/19 10:17

🗐 Order Details   🔾 View Encounter   🔾 Lab and Collection Details   ✉ Routing
🔾 Result History - Result Edited

### Result Care Coordination
🔾 Patient Communication

🔾 Released                                        ✅ Seen

## Other Results from 4/27/2019

### TROPONIN I
Order: 163128246

Status: **Final result**   Visible to patient: **Yes (seen)**
Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| Component<br>Ref Range & Units | 4/27/19 1925 |
|---|---|
| **Troponin I (ng/mL)**<br><0.034 ng/ml | <0.034 |

Comment: The results of this assay can be falsely
lowered due to the consumption of Biotin.

Specimen Collected: 04/27/19 19:25              Last Resulted: 04/27/19 20:06

🗐 Order Details   🔾 View Encounter   🔾 Lab and Collection Details   ✉ Routing   🔾 Result History

### Result Care Coordination
🔾 Patient Communication

🔾 Released                                        ✅ Seen

### ⓘ BASIC METABOLIC PANEL (BMP)
Order: 163128238

Status: **Final result**   Visible to patient: **Yes (seen)**
Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| ⓘ Newer results are available. | | |
|---|---|---|
| **Component**<br>Ref Range & Units | 4/27/19 1704 | 7/11/18 1100 |
| **Sodium**<br>136 - 145 mEq/L | **138** | 140 |

Comment: Slight hemolysis
Icteric
Icterus is not a quantitative measurement of bilirubin.

| **Potassium**<br>3.5 - 5.0 mEq/L | **4.5** | 4.6 |

Comment: Slight hemolysis
Hemolysis may elevate potassium result.
Icteric
Icterus is not a quantitative measurement of bilirubin.

**Chloride**                          **105**                      108
96 - 110 mEq/L
  Comment: Slight hemolysis
  Icteric
  Icterus is not a quantitative measurement of bilirubin.

**CO2**                                18 ⌄                        22
22 - 32 mEq/L
  Comment: Slight hemolysis
  Icteric
  Icterus is not a quantitative measurement of bilirubin.

**BUN**                                **23**                      16
10 - 26 mg/dl
  Comment: Slight hemolysis
  Results may be affected due to hemolysis.
  Icteric
  Icterus is not a quantitative measurement of bilirubin.

**Creatinine**                        **1.04**                    0.83
0.66 - 1.25 mg/dl
  Comment: Slight hemolysis
  Icteric
  Icterus is not a quantitative measurement of bilirubin.

**GFR, Calculated**                    **77**                      96 CM
>60 ml/min/1.73m2
  Comment: eGFR calculated using CKD-EPI equation for
  non African Americans. Multiply eGFR by 1.16
  for African Americans.

**Calcium**                            **9.7**                     10.0
8.5 - 10.5 mg/dl
  Comment: Slight hemolysis
  Icteric
  Icterus is not a quantitative measurement of bilirubin.

**Calculated Calcium**                 **9.4**                     9.7
8.5 - 10.5 mg/dl

**Glucose, Serum**                     114 ⌃                       103 ⌃
70 - 100 mg/dl
  Comment: Slight hemolysis
  Results may be affected due to hemolysis.
  Icteric
  Icterus is not a quantitative measurement of bilirubin.

**Fasting?**                          **Unknown**                 Unknown

Specimen Collected: 04/27/19 17:04          Last Resulted: 04/27/19 17:40

📑 Order Details  🜂 View Encounter  📎 Lab and Collection Details  🖂 Routing  🕑 Result History

CM=Additional comments

**Result Care Coordination**

  👥 Patient Communication

    📭 Released                                  ✓ Seen

## HOLD BLUE TOP                                                    Order: 163128239

Status: **Final result**  Visible to patient: **No (not released)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| Component | 4/27/19 1704 |
|---|---|
| **Hold Blue Top** | Sample for coagulation will be discarded after 4 hours |

Specimen Collected: 04/27/19 17:04                    Last Resulted: 04/27/19 17:43

🔲 Order Details  🕂 View Encounter  🔋 Lab and Collection Details  ✉ Routing  🕘 Result History

**Result Care Coordination**

    🔊 **Patient Communication**

🔲 Not Released                              ✕ Not seen

## HOLD GREEN TOP                                                   Order: 163128240

Status: **Final result**  Visible to patient: **No (not released)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| Component | 4/27/19 1704 |
|---|---|
| **Hold Green Top** | Hold for further testing. Specimen will be held for 5 days. |

Specimen Collected: 04/27/19 17:04                    Last Resulted: 04/27/19 17:15

🔲 Order Details  🕂 View Encounter  🔋 Lab and Collection Details  ✉ Routing  🕘 Result History

**Result Care Coordination**

    🔊 **Patient Communication**

🔲 Not Released                              ✕ Not seen

## HOLD PURPLE TOP                                                  Order: 163128241

Status: **Final result**  Visible to patient: **No (not released)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| Component | 4/27/19 1704 |
|---|---|
| **Hold Purple Top** | EDTA for hematology will be discarded after 48 hours, differential not available after 12 hours. |

Specimen Collected: 04/27/19 17:04                    Last Resulted: 04/27/19 17:17

🔲 Order Details  🕂 View Encounter  🔋 Lab and Collection Details  ✉ Routing  🕘 Result History

**Result Care Coordination**

    🔊 **Patient Communication**

🔲 Not Released                              ✕ Not seen

## 🔔 GLUCOSE, GLUCOMETER                                           Order: 163128232

Status: **Final result**  Visible to patient: **Yes (seen)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

Goldman, Alan B (MRN 0000589820) DOB: 03/26/1958

| Component<br>Ref Range & Units | 4/27/19 1658 | 7/11/18 1036 |
|---|---|---|
| Glucose, Fingerstick<br>70 - 100 mg/dl | 106 ^ | 93 |
| Operator ID | 308847 | 234386 CM |

Comment: Test Performed by Nursing Services

Specimen Collected: 04/27/19 16:58          Last Resulted: 04/27/19 16:59

🔲 Order Details  🔱 View Encounter  🔖 Lab and Collection Details  📧 Routing  🕐 Result History

CM=Additional comments

Result Care Coordination

Patient Communication

📱 Released                                    👤 Seen

## Reason for Exam
transient arm weakness; transient arm weakness

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| BAZYLEWICZ, MICHAEL P | Apr 28, 2019 1017 | 802-847-3593 | |

## External Results Report
There is an external results report available.

## 👁 Encounter
View Encounter

## Copies To
DALE, PETER A [1000448]
WEIMERSHEIMER, PETER [P111145]

## All Reviewers List
Weimersheimer, Peter E MD, MD on 4/28/2019 20:03

## Reason for Exam

| Reason for Exam | Additional Clinical Indications | Indications from Radiology Info System | Imaging Modifier | DS Score | DS ID# |
|---|---|---|---|---|---|
| | transient arm weakness | transient arm weakness | | Acceptable [10] | 73347453 |

## Imaging Order Information

| Exam | Accession # | Order # | PRISM Code | Exam Location |
|---|---|---|---|---|
| CT ANGIO HEAD AND NECK W CONTRAST | 18721299 | 163128244 | CT108 | UVM MEDICAL CENTER RADIOLOGY MAIN CAMPUS |

## Provider Information

| Entered by | Ordering Provider | Authorizing Provider |
|---|---|---|
| Edi, Rad Results In | Weimersheimer, Peter, MD | Weimersheimer, Peter, MD |

## Patient Release Status:
This result is viewable by the patient in MyChart.

## Last viewed in MyChart:

10/11/2024 13:23

## By:

Goldman, Alan B

Additional MyChart Result Release Details

## Results Routing Information

CT ANGIO HEAD AND NECK W CONTRAST (Order #163128244) on 4/27/19

## Order Report

 Order Details

1/3/25, 11:33 AM       Goldman, Alan B (MRN 0000589820) DOB: 03/26/1958



THE
### University of Vermont
MEDICAL CENTER

# MR HEAD WO CONTRAST (Order 163128216)

Status: **Final result** (Exam End: 7/11/2018 13:43)

# Results

MR HEAD WO CONTRAST (Accession 18336306) (Order 163128216)

## Study Images

(Link Unavailable) Show images for MR HEAD WO CONTRAST

## MR HEAD WO CONTRAST

Order: 163128216

Status: **Final result**  Visible to patient: **Yes (seen)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Burbank, Heather N, MD | 7/11/2018 | |
| 📞 802-847-3593 | | |

Narrative & Impression
MR HEAD WO CONTRAST  7/11/2018 1:43 PM

Clinical History/Comments:
Recurrent TIAs.

Comparison:
None available.

Technique:
Sagittal T2 FLAIR, axial T2, T2 FLAIR, SWI, DWI and triplanar T1
weighted MR images of the brain were obtained.

Findings:
The ventricles and sulci are normal in caliber. There is no midline
shift. The basilar cisterns are patent. The cerebellar tonsils are
in normal position.

On the B 1000 images of the diffusion-weighted sequence, there is a
small focus of hyperintense signal along the undersurface of the
posterior body of the corpus callosum. This appears isointense on
the ADC maps. It does have hyperintense signal on the T2 FLAIR
sequence. Mild periventricular white matter T2 FLAIR hyperintensity
is noted. Additionally, there are two somewhat ovoid appearing T2
hyperintense foci within the subcortical white matter of the left
temporal lobe. There are no T2 hyperintense lesions demonstrated in
the brainstem or the cerebellum.

Flow-voids are present in the major intracranial arteries and dural
venous sinuses.

No orbital abnormality is appreciated.

The paranasal sinuses and mastoid air cells are essentially clear.

Impression:
Nonspecific supratentorial white matter T2 hyperintensities as
described. Primary considerations include small vessel ischemic

change and in the proper clinical circumstance, demyelination. The
lesion along the undersurface of the corpus callosum could reflect a
later subacute infarct or a demyelinating focus with mildly
restricted diffusion.

Exam Ended: 07/11/18 13:43                    Last Resulted: 07/12/18 19:00

🗐 Order Details   🐾 View Encounter   🖊 Lab and Collection Details   ⤴ Routing
                                                    🕘 Result History - Result Edited

## Result Care Coordination
🔎 Patient Communication
🖾 Released                                    ✔ Seen

## Other Results from 7/11/2018

### COMPLETE BLOOD COUNT AND DIFFERENTIAL                    Order: 71998280
Status: **Final result**  Visible to patient: **Yes (seen)**
Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

ⓘ **Newer results are available.**

| Component<br>Ref Range & Units | 7/11/18 1100 | 12/21/17 1607 |
|---|---|---|
| WBC<br>4.0 - 10.4 K/cmm | 6.97 | |
| RBC<br>4.36 - 5.78 M/cmm | 5.54 | |
| Hemoglobin<br>13.8 - 17.3 gm/dl | 16.0 | 15.3 R |
| HCT<br>39.5 - 50.2 % | 47.5 | 46.4 R |
| MCV<br>81 - 95 fl | 86 | |
| MCH<br>27.6 - 33.0 pg | 28.9 | |
| MCHC<br>32.8 - 36.4 gm/dl | 33.7 | |
| RDW-CV<br><14.2 % | 13.6 | |
| RDW-SD<br><46.0 fl | 42.4 | |
| PLT<br>141 - 377 K/cmm | 209 | |
| MPV<br>9.5 - 12.7 fl | 12.6 | |
| % Neutrophils<br>% | 63.1 | |
| % Lymphocytes<br>% | 23.4 | |
| % Monocytes<br>% | 9.6 | |
| % Eosinophils<br>% | 2.2 | |

| | |
|---|---|
| % Basophils % | 1.0 |
| % Immature Grans % | 0.7 |
| ABS Neutrophils 2.20 - 8.85 K/cmm | 4.40 |
| ABS Lymphs 1.09 - 3.30 K/cmm | 1.63 |
| ABS Monocytes 0.1 - 0.8 K/cmm | 0.67 |
| ABS Eosinophils 0.03 - 0.61 K/cmm | 0.15 |
| ABS Basophils 0.01 - 0.11 K/cmm | 0.07 |
| ABS Immature Grans 0 - 0.06 K/cmm | 0.05 |
| Type of Diff: | Automated |

Specimen Collected: 07/11/18 11:00           Last Resulted: 07/11/18 11:24

🔲 Order Details   ⚕ View Encounter   🧪 Lab and Collection Details   ✉ Routing   ⟲ Result History

R=Reference range differs from displayed range

## Result Care Coordination

### 🗩 Patient Communication

🖳 Released                                    🗸 Seen


## ⓘ BASIC METABOLIC PANEL (BMP)                          Order: 163128214

Status: **Final result**   Visible to patient: **Yes (seen)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

ⓘ **Newer results are available.**

| Component Ref Range & Units | 7/11/18 1100 |
|---|---|
| Sodium 136 - 145 mEq/L | 140 |
| Potassium 3.5 - 5.0 mEq/L | 4.6 |
| Chloride 96 - 110 mEq/L | 108 |
| CO2 22 - 32 mEq/L | 22 |
| BUN 10 - 26 mg/dl | 16 |
| Creatinine 0.66 - 1.25 mg/dl | 0.83 |
| GFR, Calculated >60 ml/min/1.73m2 | 96 |

Comment: eGFR calculated using CKD-EPI equation for
non African Americans. Multiply eGFR by 1.16
for African Americans.

| Calcium 8.5 - 10.5 mg/dl | 10.0 |
| Calculated Calcium 8.5 - 10.5 mg/dl | 9.7 |
| Glucose, Serum 70 - 100 mg/dl | 103 ⌃ |
| Fasting? | Unknown |

Specimen Collected: 07/11/18 11:00          Last Resulted: 07/11/18 11:34

📄 Order Details  🔀 View Encounter  🧪 Lab and Collection Details  📧 Routing  🔄 Result History

**Result Care Coordination**

🔔 **Patient Communication**

📱 Released                                    ✅ Seen

## HOLD GREEN TOP                                              Order: 163128221

Status: **Final result**  Visible to patient: **No (not released)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| Component | 7/11/18 1100 |
| Hold Green Top | Hold for further testing. Specimen will be held for 5 days. |

Specimen Collected: 07/11/18 11:00          Last Resulted: 07/11/18 11:12

📄 Order Details  🔀 View Encounter  🧪 Lab and Collection Details  📧 Routing  🔄 Result History

**Result Care Coordination**

🔔 **Patient Communication**

📥 Not Released                                 ✖ Not seen

## HOLD BLUE TOP                                               Order: 163128222

Status: **Final result**  Visible to patient: **No (not released)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

| Component | 7/11/18 1100 |
| Hold Blue Top | Sample for coagulation will be discarded after 4 hours |

Specimen Collected: 07/11/18 11:00          Last Resulted: 07/11/18 11:23

📄 Order Details  🔀 View Encounter  🧪 Lab and Collection Details  📧 Routing  🔄 Result History

**Result Care Coordination**

🔔 **Patient Communication**

📥 Not Released                                 ✖ Not seen

## GLUCOSE, GLUCOMETER                                         Order: 71998275

Status: **Final result**  Visible to patient: **Yes (seen)**

Next appt: **01/31/2025 at 16:00 in Family Medicine (Benjamin Arthur Flinn, MD)**

ⓘ **Newer results are available.**

| Component<br>Ref Range & Units | 7/11/18 1036 |
|---|---|
| Glucose, Fingerstick<br>70 - 100 mg/dl | 93 |
| Operator ID | 234386 |

Comment: Test Performed by Nursing Services

Specimen Collected: 07/11/18 10:36       Last Resulted: 07/11/18 10:41

     Order Details    View Encounter    Lab and Collection Details    Routing    Result History

**Result Care Coordination**

   Patient Communication

   Released                        Seen

## Reason for Exam

recurrent TIAs; recurrent TIAs

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **BURBANK, HEATHER NICOLE** | Jul 12, 2018 1900 | 802-847-3593 | |

## External Results Report

There is an external results report available.

## Encounter

View Encounter

## Copies To

DALE, PETER A [1000448]
BOUNDS, RICHARD [M239276]

## All Reviewers List

Bounds, Richard, MD on 7/16/2018 15:35

## Reason for Exam

| Reason for Exam | Additional Clinical Indications | Indications from Radiology Info System | Imaging Modifier | DS Score | DS ID# |
|---|---|---|---|---|---|
| | recurrent TIAs | recurrent TIAs | | Acceptable [10] | 43409890 |

## Imaging Order Information

| Exam | Accession # | Order # | PRISM Code | Exam Location |
|---|---|---|---|---|
| MR HEAD WO CONTRAST | 18336306 | 163128216 | MR216 | UVM MEDICAL CENTER RADIOLOGY MAIN CAMPUS |

## Provider Information

| Entered by | Ordering Provider | Authorizing Provider |
|---|---|---|
| Edi, Rad Results In | Bounds, Richard Brandon, MD | Bounds, Richard Brandon, MD |

## Patient Release Status:

This result is viewable by the patient in MyChart.

## Last viewed in MyChart:

12/26/2024  6:38

## By:

Goldman, Alan B

Additional MyChart Result Release Details

## Results Routing Information

MR HEAD WO CONTRAST (Order #163128216) on 7/11/18

## Order Report

 Order Details



THE
University *of* Vermont
HEALTH NETWORK

130 Fisher Road
Berlin VT 05602

Central Vermont Medical Center

January 7, 2025

Alan B Goldman
Po Box 158
Plainfield VT 05667

January 7, 2025

Patient:    **Alan B Goldman**

To Whom It May Concern:

It is my medical opinion that Alan Goldman has multiple severe, chronic medical
problems that significantly limit his ability to travel long distances.  He is able to travel
to Mass General for specialty care but otherwise should not travel long distances for
reasons other than absolutely necessary to receive care.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Benjamin Arthur Flinn, MD