IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

# EXHIBIT C

# DR. BENJAMIN ARTHUR FLINN, MD MEDICAL CERTIFICATION

 130 Fisher Road
Berlin VT 05602

Central Vermont Medical Center
January 7, 2025

Alan B Goldman
Po Box 158
Plainfield VT 05667

January 7, 2025

Patient:    **Alan B Goldman**

To Whom It May Concern:

It is my medical opinion that Alan Goldman has multiple severe, chronic medical problems that significantly limit his ability to travel long distances. He is able to travel to Mass General for specialty care but otherwise should not travel long distances for reasons other than absolutely necessary to receive care.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Benjamin Arthur Flinn, MD

Alan B Goldman  |  MRN: 0000589820  |  DOB: 3/26/1958 .
Central Vermont Medical Center  |  www.uvmhealth.org  |  844-uvm-health (886-4325)