IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

PLAINTIFF'S MOTION TO RESTRICT EXHIBITS

TO THE HONORABLE COURT:

COMES NOW Plaintiff, Alan B. Goldman, by and through his undersigned counsel, and respectfully States and Prays as follows:

1. Yesterday, March 4th, 2025, the undersigned counsel filed Plaintiff's Opposition to Motion to Compel Physical and Mental Examination with Exhibits A, B, C and D under Document Number 96.

2. Inadvertently, the undesigned counsel did not request an Order to restrict access to Exhibits A, B, C and D, which contained confidential information protected under the HIPAA Law.

3. The undesigned counsel respectfully requests from this Honorable Court to enter an Order restricting access by the general public to Exhibits A, B, C, and D.

WHEREFORE, the undersigned counsel respectfully requests from this Honorable Court to enter an Order restricting access by the general public to Exhibits A, B, C, and D, under Document Number 96, and to grant any other remedy that this Court deems to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 5th day of March 2025.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com