# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ALAN GOLDMAN,

     Plaintiff

        v.

MCCONNELL VALDES, LLC;
ANTONIO A. ARIAS-LARCADA, his wife
MRS. ARIAS, and the Conjugal Partnership
composed by them;
JOSE IRIZARRY-CASTRO;
JOHN DOE; MARY DOE
UNKNOWN INSURANCE COMPANY;

     Defendants

CIVIL NO.:  24cv01136(SCC)

## URGENT MOTION REQUESTING ORDER

**TO THE HONORABLE COURT:**

**NOW APPEAR** co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. On March 10, 2025, the plaintiff, Alan Goldman, filed a Motion to Change Venue (Docket #100).  The appearing parties hereby give notice of their intent to oppose any change of venue in this case.

2. Nevertheless, the appearing parties have been trying to open and read the document at Docket #100 without success, since it was apparently filed under a restricted setting, which does not allow access to the document by the appearing parties. No Motion to Restrict was filed regarding Docket #100.

3. It is therefore requested that the Honorable Court issue an Order allowing the appearing parties to have unrestricted access to Docket #100.

**WHEREFORE,** it is very respectfully requested that this Honorable Court issue an Order allowing the appearing parties to have unrestricted access to Docket #100.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 11th day of March, 2025.

**I HEREBY CERTIFY** that on March 11th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

<u>S/Manuel San Juan</u>
MANUEL SAN JUAN
Attorney for defendants
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
Email:  sanjuanm@microjuris.com