IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
| Defendants | * | |

_____/

PLAINTIFF'S MOTION TO RESTRICT "PLAINTIFF'S MOTION TO TRANSFER
THE VENUE TO THE DISTRICT OF VERMONT"

TO THE HONORABLE COURT:

COMES NOW Plaintiff, Alan B. Goldman, by and through his undersigned counsel, and respectfully States and Prays as follows:

1. On March 11th, 2025, the undersigned counsel filed the Plaintiff's Motion to Transfer the Venue to the District of Vermont" with Exhibits A, B, C, D, E, and F under Docket Entry 102. These exhibits contain confidential information that is protected under HIPAA Law.

2. To file as a restrict document, the undersigned counsel selected the appropriate level of restriction "All Parties – Attorneys in case and Court".

3. The undersigned respectfully requests from this Honorable Court to enter an order granting restricted access to this motion and to its exhibits.

WHEREFORE, the Plaintiff, Alan Goldman respectfully requests from this Honorable Court to take notice of this motion and to enter an Order restricting access to this motion and to Exhibits A, B, C, D, E, and F, that are identified as Document Number 102, and to grant any remedy that this Court deem to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 11th day of March 2025.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO.  118314

PO Box 331823
Coconut Grove, Florida  33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com