| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|    Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|    Defendants | * | |

## PLAINTIFF'S MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

COMES NOW Plaintiff, Alan B. Goldman, through his undersigned counsel, and respectfully States and Prays as follows:

1. On February 27th, 2025, the Clerk's Office notified the Minute of the proceedings that were held before the Honorable Marshal D. Morgan, U.S. Magistrate Judge, that modified the previous scheduling order in the case of caption.

2. On said date, the deadline for Plaintiff to announce his expert witnesses was set to be on this day, March 14th, 2025.

3. In compliance with said Order, Plaintiff hereby announces his expert witnesses, and the witnesses' respective curriculum vitae and their respective lists of previous court proceedings shall be notified as soon as the documents are in Plaintiff's undersigned counsel's possession:

   a) José Efraín Hernández Acevedo, Esq.

   b) Ramón Antonio Guzmán Rivera, Esq.

c)  James S. Stone, MD, Psychiatrist

d)  Benjamín Arthur Flinn, MD, Internal Medicine

e)  Benjamín Rivera Iglesias, Real Property Appraiser

f)  Javier M. García Quintana, CPA

**WHEREFORE**, Plaintiff, Alan Goldman respectfully requests from this Honorable Court to take notice of this motion, and to grant any remedy that this Court may deem to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 14th day of March 2025.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO.  118314

PO Box 331823
Coconut Grove, Florida  33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com