UNSWORN STATEMENT UNDER PENALTY OF
PERJURY 28 U.S.C SEC. 1746

I, Antonio A. Arias Larcada, of legal age, married, attorney-at-law, resident of Puerto Rico, declare under penalty of perjury that the following is true and correct:

1. I am not admitted to practice law in the state of Vermont.

2. I have never been to Vermont.

3. I never went to Vermont during the Teal Peak case in which I represented Mr. Goldman.

4. Neither I nor my wife have ever visited Vermont, not even on vacation.

Executed on March 14, 2025.

_____
Antonio A. Arias Larcada