UNSWORN DECLARATION UNDER PENALTY OF
PERJURY BASED ON 28 U.S.C SEC. 1746

I, Arturo J. García Solá, of legal age, married, attorney-at-law, and resident of Puerto Rico, declare under penalty of perjury that the following is true and correct:

1.    I am the Managing Director ("MD") of McConnell Valdés LLC ("McV") and have been since June 1, 2002.

2.    I am admitted to practice law before the Commonwealth of Puerto Rico and the United States District Court for the District of Puerto Rico.

3.    I am not admitted to practice law in the state of Vermont.

4.    Based on the records of McV, to which I have full access as the Firm's MD, I can declare that no current attorney of McConnell Valdés is a member of the Vermont bar.

5.    McV has never had an office in the State of Vermont and conducts no business in the State.

6.    I so declare on this day, March 17, 2025.

_____
Arturo J. García-Solá