# **EXHIBIT B**

| | |
|---|---|
| **From:** | Francisco E. Colon |
| **To:** | Francisco Lopez-Romo |
| **Cc:** | Karchmer, Margaret |
| **Subject:** | Re: Alan Goldman v McConnell Valdes, LLC, et al / 24cv01136 / First Set of Interrogatories and Production of Documents - Endurance and Sompo |
| **Date:** | Tuesday, March 18, 2025 12:34:03 PM |
| **Attachments:** | image001.png |

**External Email**

So I was mistaken on both of my assumptions. I'll proceed as necessary.
Sent from my iPhone

> On Mar 18, 2025, at 11:19 AM, Francisco Lopez-Romo <lopezromo@gmail.com> wrote:
>
> Francisco, do you acknowledge that I have the right to reconsider my decisions?
>
> Sent from my iPhone
>
>> On Mar 18, 2025, at 8:59 AM, Francisco E. Colon <FECOLON@colonramirez.com> wrote:
>>
>> Pancho, following up. I am going to assume, first, that you are a man of your word, and second, that when you served the discovery you forgot you had mentioned at the hearing that you were not going to serve discovery on the carriers. Unless you tell me I am mistaken on both counts, I will consider your discovery on Sampo and Endurance withdrawn.
>>
>> <image001.png>
>>
>> **From:** Francisco E. Colon
>> **Sent:** Wednesday, March 12, 2025 5:26 PM
>> **To:** Francisco M. Lopez-Romo <lopezromo@gmail.com>; mkarchmer@wiley.law
>> **Cc:** Irmarilis Torres-Falcon <irmarilis1869@gmail.com>
>> **Subject:** RE: Alan Goldman v McConnell Valdes, LLC, et al / 24cv01136 / First Set of Interrogatories and Production of Documents - Endurance and Sompo
>>
>> Pancho, at the last hearing you confirmed to the Court that you were

not going to serve written discovery on the carriers. I therefore ask that you withdraw the discovery served on Sompo and Endurance.

Sincerely,

<image001.png>

---

**From:** Francisco M. Lopez-Romo <lopezromo@gmail.com>
**Sent:** Wednesday, March 12, 2025 3:36 PM
**To:** Francisco E. Colon <fecolon@colonramirez.com>; mkarchmer@wiley.law
**Cc:** Francisco Lopez-Romo <lopezromo@gmail.com>; Irmarilis Torres-Falcon <irmarilis1869@gmail.com>
**Subject:** Alan Goldman v McConnell Valdes, LLC, et al / 24cv01136 / First Set of Interrogatories and Production of Documents - Endurance and Sompo

Good Afternoon:

Please disregard the version sent today at 10:34a.m. I reported that it was a second set of interrogatories when it should have said the first set of interrogatories and request for production of documents.

Please use this version of the First Set of Interrogatories and Request for Production of Documents.

Thanks.

s/Irmarilis Torres Falcon
Francisco M. López-Romo, P.A.
P.O. Box 331823
Coconut Grove, FL 33233
Cellular: 305-772-5577
E-Mail: lopezromo@gmail.com