

**From:** José Irizarry Castro <jic@mcvpr.com>
**Sent:** Friday, November 12, 2021 5:15 PM
**To:** Alan Goldman <goldiefun@msn.com>
**Cc:** Antonio A. Arias <Aaa@mcvpr.com>
**Subject:** RE: [EXTERNAL]Re: Please send new page when ready.

Here is the final version with space for your signature.



Jose Irizarry Castro ■ Associate ■
jic@mcvpr.com

T (787) 250-5640 ■ M (787) 948-3550

270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.

**From:** Alan Goldman <goldiefun@msn.com>
**Sent:** Friday, November 12, 2021 6:08 PM
**To:** José Irizarry Castro <jic@mcvpr.com>
**Cc:** Antonio A. Arias <Aaa@mcvpr.com>
**Subject:** Re: [EXTERNAL]Re: Please send new page when ready.

**From:** José Irizarry Castro <jic@mcvpr.com>
**Sent:** Friday, November 12, 2021 4:19 PM
**To:** Alan Goldman <goldiefun@msn.com>
**Cc:** Antonio A. Arias <Aaa@mcvpr.com>
**Subject:** RE: [EXTERNAL]Re: Please send new page when ready.

Good afternoon Mr. Goldman,

Please find attached the revised Answers to the First Set of Interrogatories. The changes are in **red**. Please revise and confirm so we can go ahead and send you a final version for signature.

Thank you,
José



**Jose Irizarry Castro ▪ Associate ▪**

jic@mcvpr.com

T (787) 250-5640 ▪ M (787) 948-3550

270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.

**From:** Alan Goldman <goldiefun@msn.com>
**Sent:** Friday, November 12, 2021 4:02 PM
**To:** Antonio A. Arias <Aaa@mcvpr.com>
**Cc:** José Irizarry Castro <jic@mcvpr.com>
**Subject:** [EXTERNAL]Re: Please send new page when ready.


Mr. Goldman also lost two months this summer when they found a 5 cm tumor in my Goldman's upper left thigh in early May that had to be removed for, they thought it was cancer. For almost 2 months Mr. Goldman had to wait for surgery at the Mass General Hospital and expected to lose much of the back of his upper thigh. He got lucky and an amazing surgeon removed the tumor with little damage to Mr. Goldman's thigh and thank God the tumor was benign. Mr. Goldman had to then spend 30 days off his feet with no getting the leg wet for 3 months. This contributed to Mr. Goldman difficulty in selling his real estate when he was facing Cancer for the fourth time. And delayed his ability to raise the $800,000 needed to pay to the court.


Mr. Goldman found in 2019 that he was having cognitive changes that he could not explain that were greatly affecting his work. In 2020 Mr. Goldman had to contact the State of Vermont and tell them that he is not well and is seeking relief from penalties and interest on taxes that were not timely filed and paid because Mr. Goldman could not do the bookkeeping he had done for more than 30 years. The State was very understanding of Mr. Goldman's difficulties, and he was granted relief from being late due to being not well. He began working with Dr. Waheeds office a neurosurgeon at UVM medical center in 2019 to evaluate what is going on with his cognitive decline. In October of 2020 Mr. Goldman did not do well with a cognitive test to measure decline or impairment and was told that he has a strong chance he may have what his grandmother and mother had, early onset dimension. Some keep this a secret because of the damages and challenges this creates. Mr. Goldman did not. He Marches in the Stowe Vermont's cancer survivor parade proudly and decided he would do the same with this horrible situation of fading away too early in life. Most of his challenges are with short term memory and confusion when stressed or late in the day when he is tired and heavily medicated for sleep apnea and stress.

==The diagnosis was devastating,== and Mr. Goldman needed a few weeks to get back on his feet and fight again to enjoy life as he did when he lost his kidney, much of his bladder and was told to go home and put his affairs in order by the mass general hospital in 2002. By the grace of the good Lord, Mr. ==Goldman is now a T-4 cancer survivor== that has lived almost 20 years. For a long time, the cancer did not come back. He was cancer free. Then in 2016 Mr. Goldman went for his annual cystoscope to check his bladder or prostate for cancer, and they found cancer again. Mr. Goldman had to remove transitional cell cancers again from his bladder by laser. Unfortunately, some cancers had grown into his prostate, and he had to have some of his prostate resected to remove those cancers too. Mr. Goldman must go 3 times a year now, every year for the rest of his life to make sure they get the cancer early enough to not be terminal.

When Mr. Goldman got this devastating news, he bravely shared the truth with Mr Grzan who he was speaking with almost every day for months.  Mr. Goldman discussed this in detail with JM often and asked many times to please pass on to his wife and brilliant doctor with multiple degrees from Harvard what he was going thru. He told JM she would deeply understand the challenges Mr. Goldman will be facing with early onset dementia and asked her to please show empathy and be patience with Mr. Goldman for Dr. Grzan knows this is a very difficult and painful road to walk. Dr. Grzan did not chat on any of the phone calls during the day or evening. It was very odd since they spoke so many times. Jm told Mr. Goldman that his wife Dr. Grzan, was not ever available until after 9-10 pm when she was done with work and put her kids to bed. Mr. Goldman kept telling JM that working late at night is tough for he is not well and heavily medicated for sleep apnea and stress. Not only did Dr. Grzan never express any empathy or concern for Mr. Goldman's deadly diagnosis, but she also never spoke once to Mr. Goldman at all in any of the dozens of phone calls with JMl. JM would say the doctor is listening sometimes after 9pm , but she never spoke to Mr. Goldman once in any phone call. They forced Mr. Goldman to work late at night when he was at a disadvantage due to his health all the time. It seemed to be on purpose to gain an unfair advantage with their knowledge of his medical condition. Contracts designed by the Grzans always ended at 12 midnight when Mr. goldman was heavily medicated and in cognitive decline due to the medication and not being well. This is when the Grzans always forced Mr. Goldman to make decisions. 12 am. Mr. Grzan new this because Mr. Goldman told JM directly numerous times, that stress being sick and not being able to go anywhere due to covid -19 deeply affected Mr. Goldman's abilities and could they please work during the day with Dr. Grzan. Jm said this was not possible and the Doctor never did in more than three months. All work with the doctor took place after 9 pm when Mr. Goldman was in cognitive decline. When Mr. goldman found out about the loss of all his offers with no real reason, the stress was unbearable. He scrambled all day to figure out what happened. This is when the Grzans took advantage of the conflict with ferraiouli and buyers disappearing and low balled their own offer below Mr. Goldman's desperate attempt under great duress to save his time sensitive purchase of Sabin's pasture and lowered the price first himself. . Mr. Goldman in a complete panic and all alone did know what to do. The day passed and no one would explain what happened to buyer Mr. Lee. Under great duress, stress, heavily medicated and not well from cognitive decline, Mr. Goldman called Gerald Kleis around 11pm for assistance He refused. In desperation and not well Mr. Goldman sent the email contact at 11:57 pm just 3 minutes before the deadline of the offer from the Grzans. In fact, both parties were emailing drafts late at night. It was in this moment of desperation, stress, confusion duress, not understanding what happened to the more lucrative all cash no contingency offer from Mr. Lee and the Grzans agreeing to match the offer but sending it 15 minutes too late rendering it null and void that Mr. Goldman was duped into pushing send at 11:57 pm to not lose his mind. Upon doing so, Mr Goldman broke down and cried for he was confused and felt something was wrong. He Knew he needed help. But none was available

---

**From:** Antonio A. Arias <Aaa@mcvpr.com>
**Sent:** Friday, November 12, 2021 10:28 AM
**To:** Alan Goldman <GoldieFun@msn.com>
**Cc:** José Irizarry Castro <jic@mcvpr.com>
**Subject:** Please send new page when ready.


Hi: We are standing by for your write-up. We have the certified check to consign the $800,000 with the court ready to go. We would like to submit the responses to interrogatories and requests for production of documents as soon as possible today so that we do not make you work late into the afternoon.



**Antonio A. Arias** ▪ **Capital Member** ▪

Aaa@mcvpr.com

T (787) 250-5604   ▪   M (787) 405-8672

270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.

**Answer to Interrogatories - Goldman Input FINAL SIGNATURE.pdf**
256K