## Continuation of our call

**Antonio A. Arias** <Aaa@mcvpr.com>
Mon 3/22/2021 4:45 PM
To: Alan Goldman <goldiefun@msn.com>

Will call you in 15 minutes.

We are drafting the opposition to the motion to bar alienation of the house due this Friday. ==Your personal, emotional and physical condition will be pivotal to support the opposition brief== on top of how the buyer took advantage of the information you had exchanged over telephone calls. So we need your write-ups and timelines as soon as you can provide them. We also need the complaint filed by the real estate broker. We are trying to place the court in your position and support a claim for dolus and lack of consent.

**McConnell Valdés LLC**
A Lex Mundi Member

**Antonio A. Arias** ■ Capital Member ■
Aaa@mcvpr.com
T (787) 250-5604 ■ M (787) 405-8672
270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.