FW: Deposition schedule Teal Peak case

Antonio A. Arias <Aaa@mcvpr.com>
Fri 4/8/2022 2:51 PM
To: Alan Goldman <goldiefun@msn.com>
Cc: José Irizarry Castro <jic@mcvpr.com>

Dear Mr. Goldman: It was great to speak with you yesterday. As I had anticipated, I had a telephone conference with attorney Sánchez this morning to set a tentative deposition schedule. Mrs. Grzan will not testify, has no personal knowledge of the case and hence we'll not take her deposition. Your deposition is tentatively scheduled for May 19th. Since you cannot travel, I recommend that I travel to Vermont to prep you and sit at your side to defend the deposition, then return to San Juan to take Mr. Grzan's deposition May 23rd. I assume there is a lawyer's office in Montpellier that can accommodate us the day of your deposition. I have a status conference with Judge Delgado on May 6th at 4:00 p.m. by videoconference and the discovery conclusion deadline is May 31st, 2022. Thanks for you taking care of the invoices for our services. I'll confirm when we receive the check. I trust your upcoming tests are uneventful.



Antonio A. Arias ▪ Capital Member ▪
Aaa@mcvpr.com

T (787) 250-5604 ▪ M (787) 405-8672
270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.

From: Antonio A. Arias
Sent: Friday, April 8, 2022 12:08 PM
To: asanchez@sbsmnlaw.com
Subject: Deposition schedule Teal Peak case

Greetings Adrián: Pleasure talking to you this morning to coordinate a schedule to take the depositions in our case. As we discussed the schedule is as follows:

1. Tuesday May 3rd, 2022, 10:00 a.m. at McConnell Valdés Gerald Kleis. I will call his attorney for his availability and need to subpoena for his deposition appearance.
2. Thursday May 5th, 2022, 10:00 a.m. at McConnell Valdés Yarinail Donato. You and I will doublecheck her contact information in the documents and I will call her to verify her availability and need to subpoena her.
3. Tuesday May 9th, 2022, 10:00 a.m. at McConnell Valdés Adam Long. You'll verify his current address and contact information for me to subpoena him for his deposition appearance.
4. Wednesday May 11th, 2022, 10:00 a.m. at McConnell Valdés Notary Public Miguel Carbonell. You'll call him to verify availability and need to subpoena him.
5. Thursday May 19th, 2022, 10:00 a.m. by videoconference Alan Goldman.
6. Monday May 23rd, 2022, 10:00 a.m. at McConnell Valdés John Michael Grzan.

We agreed to speak Monday April 18th to discuss final availability and need to subpoena witnesses.

We'll be in good shape to inform the court of our arrangements at the next status conference with Judge Delgado May 6th at 4:00 p.m.

757