IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDÉS, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |

## NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that the undersigned counsel for Plaintiff Alan Goldman, files this Notice of Unavailability and respectfully States as follows:

1. Undersigned counsel hereby gives notice to this Honorable Court, all counsel, and parties that he will be unavailable on the following dates: from May 28th, 2025, through June 12th, 2025.

2. Undersigned counsel respectfully requests that no appointments, mediations, conferences, mental and physical examinations, depositions, hearings, or other legal proceedings be scheduled during this time, as he will be unable to attend or participate in same.

RESPECTFULLY SUBMITTED

In Miami, Florida, this 1st day of May 2025.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO.  118314

PO Box 331823
Coconut Grove, Florida  33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com