**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

**NOTICE OF TAKING OF VIDEO DEPOSITION**
**AND MENTAL & PHYSICAL EXAMINATION**

**TO THE HONORABLE COURT:**

    **PLEASE TAKE NOTICE** that, in accordance with the Federal Rules of Civil Procedure, defendants, Antonio Arias Larcada, his wife Mrs. Arias, the conjugal partnership constituted between them and McConnell Valdés, LLC, through their counsel of record, Manuel San Juan, Esq., will take a video deposition to plaintiff Alan Goldman, on May 22, 2025, at 9:00 A.M., at his offices located on: 206 Tetuán Street, Banco Popular Building, Suite 902, Old San Juan, P.R. 00901, Tel. (787) 723-6637 / 723-6669, in the captioned case. Mr. Goldman also will be subjected to a mental and physical examination in the captioned case on May 21 and 23, 2025, at 10:00 A.M., by Dr. José A. Franceschini,

at the Department of Psychiatry, Ruiz Arnau University Hospital, Bayamón, Puerto Rico, continuing thereafter until it is completed.

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 5th day of May, 2025.

**I HEREBY CERTIFY** that on this 5th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com