IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN, | * | CIVIL NO.:  24cv01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| McCONNELL VALDÉS, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, his wife | * | |
| MARIA BEALE, and the Conjugal | * | |
| JOHN DOE; MARY DOE | * | |
| SOMPO INTERNATIONAL INSURANCE | * | |
| COMPANY;  ENDURANCE AMERICAN | * | |
| SPECIALTY INSURANCE COMPANY; | * | |
| AIG INTERNATIONAL COMPANY-PUERTO RICO | * | |
| | * | |
| Defendants | * | |

_____/

# EXHIBIT 3

# LETTER OF JAMES SHERIDAN
# CITY COUNCILOR
# CITY OF MONTPELIER, VERMONT

**To Whom It May Concern,**

My name is James Sheridan. I've served on the Montpelier City Council for twelve years—now in my seventh term—and I'm writing in strong support of Mr. Alan B. Goldman's in-person participation at the upcoming City Council meetings for the Montpelier City Plan 2025.

These hearings, especially on **May 21st and May 28th**, are among the most important we've had in years. The City Plan we're finalizing will guide development, zoning, and land use in Vermont's Capital for the next eight years. This includes big decisions about housing, infrastructure, and recreation.

Equally important is the **regularly scheduled Council meeting on May 14, 2025**, which will include critical discussion and groundwork ahead of those statutory hearings. From experience, these early discussions often shape what happens in the final public and executive sessions. Having Mr. Goldman there from the start ensures we're working with the full picture, especially as his projects are central to many of these conversations.

Mr. Goldman owns the two largest undeveloped properties in Montpelier— **Sabin's Pasture (95 acres)** and the **Crestview parcel (518 acres)**. These properties are key to Montpelier's future growth and to helping solve our local housing crisis. They're also directly connected to the City's 135-acre CCR project. Because of the size and importance of these projects, much of the conversation happens face-to-face—during Council meetings, small group walkthroughs on-site, and sometimes executive sessions to discuss legal matters like pending bids or documents.

As the senior Councilor, I've been arranging for Mr. Goldman to meet with other Council members two at a time, in person, so we can walk the land and understand the possibilities. These meetings are important for making decisions based on what's actually there—not just what's on paper.

Mr. Goldman has lived in Montpelier for over 30 years, served on the Planning Commission, and designed both the Sabin's and Crestview developments. He brings knowledge, experience, and a deep connection to this city. His presence at these hearings is not just helpful, it's necessary.

I respectfully ask that all parties consider how essential Mr. Goldman's presence is to this process. His input affects not just his own projects, but the future of Montpelier and the lives of the many families who will live, work, and play on these lands.

Thank you for your time and consideration.

Sincerely,
**James Sheridan**
City Councilor
City of Montpelier, Vermont