IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, | * CIVIL NO.: 24cv01136 |
| Plaintiff | * |
| v. | * |
| McCONNELL VALDÉS, LLC; ANTONIO A. ARIAS-LARCADA, his wife MARIA BEALE, and the Conjugal JOHN DOE; MARY DOE SOMPO INTERNATIONAL INSURANCE COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; AIG INTERNATIONAL COMPANY-PUERTO RICO | * * * * * * * |
| Defendants | * |

# EXHIBIT 4

# ZONING MAP

The attached map of the Capital City of Montpelier, Vermont, clearly depicts the extensive properties owned and controlled by Mr. Goldman. These holdings include critical developable land, underscoring the essential role of Mr. Goldman's participation in the City's once-every-eight-years planning process. Without his direct involvement, Montpelier—already facing a severe housing crisis exacerbated by the catastrophic July 2024 flooding—risks further deepening its acute shortage of housing.

## **Mr. Goldman's developable lands as a whole of Montpelier Consist of the following:**

**NOTE:
1-1 is the Capital Complex
(Capitol Building, Supreme Court, Congress, Governors Offices etc.)**

11-2 and 11-8 are known as Crestview: 200 plus acres Zoned the Res 9000 District where most of the mixed development will happen

13-6 = Crestview also has 110 acres that goes into the neighboring community of Middlesex

7-5 = Redstone Mansion: 10.5 acres Zoned the MUR District is the park entrance, living quarters, learning facility and parking area.

4-3 = Sabin's Pasture. Zoned the Riverfront Development District is 15 acres where 300 plus units and mixed growth will be developed.

13-8 = Sabin's Pasture: Zoned the Rural District is 85 acres where High End housing will be built.

https://www.montpelier-vt.org/DocumentCenter/View/10726/Zoning-District-Map-as-amended-through-04-03-2024



# Zoning Districts (2024)

**Disclaimer**
This map is for planning & assessment purposes only. It is neither a survey product nor intended to be used for conveyance, legal boundary definition or property title. Users are encouraged to examine the data documentation for information related to its accuracy, currency and limitations.

| ID | Neighborhood | ID | Neighborhood | ID | Neighborhood | ID | Neighborhood |
|---|---|---|---|---|---|---|---|
| 1-1 | Civic | 7-4 | Northfield Street- North | 9-7 | The Meadow - West | 11-9 | Stonewall Meadows |
| 1-2 | Downtown Business | 7-5 | Redstone | 9-8 | Heaton Street | 11-10 | Towne Street |
| 1-3 | Elm Street- Urban | 7-6 | School Street | 9-9 | Country Club Residential | 11-11 | Toy Town |
| 2-1 | Barre Street- West | 7-7 | The Meadow - Elm St | 10-1 | Berlin Street | 11-12 | Towne Hill |
| 3-1 | Main Street | 7-8 | CCV | 10-2 | College Hill - North | 11-13 | College Pasture |
| 4-1 | Barre Street- East | 8-1 | Blanchard Park | 10-3 | College Hill - Southeast | 12-1 | Country Club Center |
| 4-2 | Cross Roads | 8-2 | Franklin Street - Southwest | 10-4 | Redstone- North | 13-1 | Eastern Rural |
| 4-3 | Route 2 | 8-3 | Liberty Street - West | 11-1 | Cliffside | 13-2 | Highland |
| 5-1 | Eastern Corridor | 9-1 | College Hill - South | 11-2 | Crestview | 13-3 | Hill Street |
| 5-2 | Farm and Factory | 9-2 | Franklin Street - Northeast | 11-3 | Elm Street | 13-4 | Pembroke Heights |
| 6-1 | Office Park | 9-3 | Liberty Street - East | 11-4 | Gallison Hill | 13-5 | Southwestern Rural |
| 6-2 | Western Corridor | 9-4 | Main St- East | 11-5 | Murray Hill | 13-6 | Western Rural |
| 7-1 | College Hill - East State St | 9-5 | River Street | 11-6 | North Street | 13-7 | Wrightsville |
| 7-2 | Court Street | 9-6 | Route 2 - Prospect St | 11-7 | Northfield Street | 13-8 | Sabin's Pasture |
| 7-3 | Lower East State Street | 9-7 | The Meadow - West | 11-8 | Park West | | |

# Unofficial Property Record Card - Montpelier, VT

## General Property Data

| | |
|---|---|
| Parcel ID | 155-108000 |
| Prior Parcel ID | 155 -- |
| Property Owner | GOLDMAN ALAN B |
| Mailing Address | PO BOX 158 |
| City | PLAINFIELD |
| Mailing State | VT |
| Zip | 05667-0158 |
| ParcelZoning | |

| | |
|---|---|
| Account Number | 405-126-11202 |
| Property Location | 1014 TERRACE ST |
| Property Use | RESD 2 |
| Most Recent Sale Date | 12/23/2015 |
| Legal Reference | 670-867 |
| Grantor | TERRACE ST REALTY TR |
| Sale Price | 154,000 |
| Land Area | 516.430 acres |

## Current Property Assessment

| | Building Value | Xtra Features Value | Land Value | Total Value |
|---|---|---|---|---|
| Card 1 Value | 283,000 | 86,100 | 1,534,300 | 1,903,400 |
| Total Parcel Value | 336,900 | 86,100 | 1,534,300 | 1,957,300 |

## Building Description

| | | |
|---|---|---|
| Building Style | OLD STYLE | |
| # of Living Units | 1 | |
| Year Built | 1900 | |
| Building Grade | AVG. (+) | |
| Building Condition | Average | |
| Finished Area (SF) | 2712 | |
| Number Rooms | 12 | |
| # of 3/4 Baths | 0 | |

| | |
|---|---|
| Foundation Type | MASONRY |
| Frame Type | WOOD |
| Roof Structure | FLAT |
| Roof Cover | MEMBRANE |
| Siding | WOOD SHING |
| Interior Walls | DRYWALL |
| # of Bedrooms | 4 |
| # of 1/2 Baths | 1 |

| | |
|---|---|
| Flooring Type | HARDWOOD |
| Basement Floor | CONCRETE |
| Heating Type | STEAM |
| Heating Fuel | OIL |
| Air Conditioning | 0% |
| # of Bsmt Garages | 0 |
| # of Full Baths | 2 |
| # of Other Fixtures | 0 |

## Legal Description

516.43 ACRES & DWL; INCL 115-108 @ 163.7 AC, 115-118 @ 24.4 AC, 123-030 @ 324.0 AC, 2 LOTS @ 4.31 AC

## Narrative Description of Property

This property contains 516.430 acres of land mainly classified as RESD 2 with a(n) OLD STYLE style building, built about 1900 , having WOOD SHING exterior and MEMBRANE roof cover, with 1 unit(s), 12 room(s), 4 bedroom(s), 2 bath(s), 1 half bath(s).

## Property Images




Disclaimer: This information is believed to be correct but is subject to change and is not warranteed.

# Unofficial Property Record Card - Montpelier, VT

## General Property Data

| | |
|---|---|
| Parcel ID | 500-072000 |
| Prior Parcel ID | 500 -- |
| Property Owner | GOLDMAN ALAN B |
| Mailing Address | PO BOX 158 |
| City | PLAINFIELD |
| Mailing State | VT    Zip 05667 |
| ParcelZoning | |
| Account Number | 405-126-13232 |
| Property Location | 26 TERRACE ST |
| Property Use | COMMERCIAL |
| Most Recent Sale Date | 4/26/2019 |
| Legal Reference | 692-324 |
| Grantor | VERMONT, STATE OF |
| Sale Price | 1,100,500 |
| Land Area | 10.140 acres |

## Current Property Assessment

| Card 1 Value | Building Value 841,800 | Xtra Features Value 0 | Land Value 356,800 | Total Value 1,198,600 |

## Building Description

| | | |
|---|---|---|
| Building Style | OFFICE | |
| # of Living Units | 1 | |
| Year Built | 1890 | |
| Building Grade | GOOD (-) | |
| Building Condition | Average | |
| Finished Area (SF) | 7410 | |
| Number Rooms | 0 | |
| # of 3/4 Baths | 0 | |
| Foundation Type | CONCRETE |
| Frame Type | MASONRY |
| Roof Structure | GABLE |
| Roof Cover | STDG SEAM |
| Siding | BRICK |
| Interior Walls | PLASTER |
| # of Bedrooms | 0 |
| # of 1/2 Baths | 3 |
| Flooring Type | CARPET |
| Basement Floor | CONCRETE |
| Heating Type | FORCED H/W |
| Heating Fuel | OIL |
| Air Conditioning | 100% |
| # of Bsmt Garages | 0 |
| # of Full Baths | 0 |
| # of Other Fixtures | 0 |

## Legal Description

10.14 ACRES & REDSTONE BLDG

## Narrative Description of Property

This property contains 10.140 acres of land mainly classified as COMMERCIAL with a(n) OFFICE style building, built about 1890, having BRICK exterior and STDG SEAM roof cover, with 1 unit(s), 0 room(s), 0 bedroom(s), 0 bath(s), 3 half bath(s).

## Property Images

 

Disclaimer: This information is believed to be correct but is subject to change and is not warranted.

# Unofficial Property Record Card - Montpelier, VT

## General Property Data

| | |
|---|---|
| Parcel ID | 004-369A00 |
| Prior Parcel ID | 004 -- |
| Property Owner | PERRO PINTO LLC |
| | GOLDMAN ALAN B |
| Mailing Address | @ PERRO PINTO LLC |
| | 8 JUDSON DR |
| City | MONTPELIER |
| Mailing State | VT     Zip 05602 |
| ParcelZoning | |

| | |
|---|---|
| Account Number | 405-126-13473 |
| Property Location | BARRE ST |
| Property Use | MISC LAND |
| Most Recent Sale Date | 4/26/2022 |
| Legal Reference | 712-171 |
| Grantor | ZORZI, DOUGLAS M TRUST |
| Sale Price | 0 |
| Land Area | 94.140 acres |

## Current Property Assessment

| Card 1 Value | Building Value 0 | Xtra Features Value 0 | Land Value 1,099,500 | Total Value 1,099,500 |

## Building Description

| | | |
|---|---|---|
| Building Style | Foundation Type | Flooring Type N/A |
| # of Living Units 0 | Frame Type | Basement Floor N/A |
| Year Built N/A | Roof Structure | Heating Type N/A |
| Building Grade | Roof Cover | Heating Fuel N/A |
| Building Condition N/A | Siding | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls N/A | # of Bsmt Garages 0 |
| Number Rooms 0 | # of Bedrooms 0 | # of Full Baths 0 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

94.14 ACRES

## Narrative Description of Property

This property contains 94.140 acres of land mainly classified as MISC LAND with a(n) style building, built about N/A , having exterior and roof cover, with 0 unit(s), 0 room(s), 0 bedroom(s), 0 bath(s), 0 half bath(s).

## Property Images




Disclaimer: This information is believed to be correct but is subject to change and is not warranted.