IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN, | * | CIVIL NO.: 24cv01136 |
| Plaintiff | * | |
| v. | * | |
| McCONNELL VALDÉS, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MARIA BEALE, and the Conjugal<br>JOHN DOE; MARY DOE<br>SOMPO INTERNATIONAL INSURANCE<br>COMPANY; ENDURANCE AMERICAN<br>SPECIALTY INSURANCE COMPANY;<br>AIG INTERNATIONAL COMPANY-PUERTO RICO | * | |
| Defendants | * | |

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMITATION, OF PLAINTIFF'S MOTION UNDER FED. R. CIV. P. 72(a) TO FILE SPECIFIC WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER AND TO SEEK AN ORDER TO SET ASIDE OR MODIFY THE MAGISTRATE JUDGE'S ORDER [DOCUMENT NUMBER 130]

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Alan Goldman, through the undersigned counsel, and respectfully States and Prays as follows:

1. On April 30th, 2025, the Honorable Magistrate Judge Marshal D. Morgan issued an Order [Document No. 130] granting "Motion to Compel Physical and Mental Examination of Alan Goldman" [Document Number 92].

2. Said motion is being filed pursuant to Fed. R. Civ. P. 72(a). Under Local Civil Rule 7(f), Plaintiff, Goldman must respectfully request permission

from this Honorable Court to file Plaintiff's specific written objections to the Magistrate Judge's Order, in order to fully support Plaintiff's request to seek an Order to set aside or modify the Magistrate Judge's Order.

3. Due to the complexity of the factual and the legal issues involved, in order to be able to adequately present all the arguments that support said request to set aside or modify the Magistrate Judge's findings, Plaintiff, Goldman respectfully requests leave of Court to file his motion that is in excess of the 25-page limit under Local Civil Rule 7(f).

4. This request is being made in good faith and not for the purpose of delay and granting it will aid the Court in its thorough and complete evaluation of the issues being raised.

WHEREFORE, Plaintiff, Alan Goldman respectfully requests that this Honorable Court grant leave to file and Plaintiff's written objections to seek an order to set aside or modify the Magistrate Judge's Order, said motion exceeding the 25-page limit previously referred to.

RESPECTFULLY SUBMITTED.

In Miami, Florida, this 7th day of May 2025.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com