IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, <br><br> Plaintiff, <br><br> v. <br><br> MCCONNELL VALDÉS, LLC, ANTONIO A. ARIAS-LARCADA, MARIA BEALE, THE CONJUGAL PARTERNSHIP ARIAS-BEALE, SOMPO INTERNATIONAL, ENDURANCE AMERICAN SPECIALITY INSURANCE COMPANY AND AIG INSURANCE COMPANY PUERTO RICO, <br><br> Defendants. | CIV. NO. 24-1136 (SCC) |

**ORDER**

Mr. Alan Goldman's mental and physical examination had to be completed on or before May 31, 2025. *See* Docket No. 130. Despite that directive, Mr. Goldman was a no show. *See* Docket No. 138. And not only did he fail to show up to the Court ordered examination, but he now essentially claims that the Court is to blame for his nonappearance. *See* Docket No. 141. According to Mr. Goldman, since the Court did not rule on certain "threshold matters" prior to the scheduled examination, he opted to skip it and wait for the Court's rulings of those matters. *Id.* Mr. Goldman has nobody to blame for his failure to appear but himself.

Goldman v. McConnell Valdés, LLC, et al.                                                Page 2

A Court order is a Court order. If matters are pending, but there is already a clear directive on the docket outlining next steps, that directive controls. It is that simple.

Nevertheless, because in his filing at Docket No. 141, Mr. Goldman represents that he is now willing to make the trip to Puerto Rico for the mental and physical evaluation, the Court will **HOLD IN ABEYANCE** the Motion to Dismiss at Docket No. 139 and afford Mr. Goldman a final opportunity to attend the mental and physical examination.[1] At this time, the Court does not find that a mediator is necessary for the parties to schedule the examination. Counsels are seasoned litigators who should be able to find a mutually agreeable date and time to hold the mental and physical examination. To that end, on or before **June 13, 2025**, the parties shall file a joint motion with the date and time that the mental and physical examination will take place. The evaluation must take place on or **before July 11, 2025**.

The parties have underscored the multiple "threshold" issues in this case. But right now, the only "threshold" issue, which will allow this litigation to move forward, is Mr.

---

[1] It is worth noting that, on this record, representations have been made to the effect that Mr. Goldman may be able to travel to Puerto Rico if certain measures are taken to ensure his safety.

| Goldman v. McConnell Valdés, LLC, et al. | Page 3 |
|---|---|

Goldman's mental and physical examination. Lastly, to be clear, the Court seconds Magistrate Judge Morgan's warning and reiterates that, should Mr. Goldman fail to attend the mental and physical evaluation, this case may be dismissed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of June 2025.

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE