UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, <br><br> Plaintiff <br><br> v. <br><br> MCCONNELL VALDES, LLC; <br> ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them; <br> JOSE IRIZARRY-CASTRO; <br> JOHN DOE; MARY DOE <br> UNKNOWN INSURANCE COMPANY; <br><br> Defendants | CIVIL NO.: 24cv01136(SCC) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

   **NOW APPEAR** co-defendants Antonio Arias Larcada, his wife María Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. Pursuant to the Court's Order, the plaintiff Alan Goldman was scheduled to be evaluated by Dr. José A. Franceschini on June 26th and 27th, 2025. Despite Mr. Goldman's in person attendance at such evaluation, however, it could not be completed due to Mr. Goldman's lack of full cooperation with the evaluating psychiatrist.

2. Specifically, as set forth in the attached letter from Dr. Franceschini (Exhibit 1), during the evaluation Mr. Goldman refused to discuss his alleged emotional

    damages "or any other questions…related to the case" pending before the Court. Mr. Goldman claimed he was instructed to do so by his attorney but was unable to reach him by telephone during the evaluation, despite multiple attempts. As explained by Dr. Franceschini, "it is very important for [his] evaluation to receive from the plaintiff his own version of the events that he claims caused his emotional damage." For this reason, the evaluation was continued, pending Mr. Goldman's consultation with his attorney.

3. The appearing parties respectfully understand that Mr. Goldman must fully cooperate with Dr. Franceschini in order for the latter to complete his evaluation, which includes probing the plaintiff's claims of emotional damages that are alleged in his Complaint.

4. The above information is provided to the Court purely for informative purposes. The undersigned will contact Mr. Goldman's counsel to attempt to resolve this impasse without Court intervention; however, in the meantime the Court should understand that the evaluation has not been completed and remains pending.

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above and take whatever further action it may deem appropriate.

    **RESPECTFULLY SUBMITTED**.

    In San Juan, Puerto Rico this 30th day of June, 2025.

    **I HEREBY CERTIFY** that on this 30th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

<u>S/MANUEL SAN JUAN</u>  
MANUEL SAN JUAN  
USDC-PR No.: 204706  
P.O. Box 9023587  
San Juan, Puerto Rico 00902-3587  
Tel.:(787)723-6637 / (787) 723-6669  
E-mail:  sanjuanm@microjuris.com