## JOSE A. FRANCESCHINI CARLO, M.D., L.F.A.P.A.
### CHAIRMAN DEPARTMENT OF PSYCHIATRY
### UNIVERSIDAD CENTRAL DEL CARIBE

*DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY*
*DIPLOMATE AMERICAN BOARD OF GERIATRIC PSYCHIATRY*
*LIFE FELLOW AMERICAN PSYCHIATRIC ASSOCIATION*

June 27, 2025

MANUEL SAN JUAN, ESQ.
P.O. Box 9023587
San Juan, PR 00902-3587
Email: sanjuanm@microjuris.com

RE: ALAN GOLDMAN vs. McCONNELL VALDES et. al.

Dear Att. San Juan:

Today it was scheduled for the continuation of Mr. Goldman psychiatric evaluation for his legal case, in which he claims emotional damages. He was told by his attorney to not talk about the case damages or any other questions that I ask related to the case.

Mr. Goldman tried to call his attorney to clarify that information, since it is very important for my evaluation and opinion to receive from the plaintiff own version of the events that he claims caused his emotional damage.

Since Mr. Goldman was not able to get his attorney to answer his phone calls, we decided to stop the evaluation until he can clarify the recommendation from his attorney to answer my questions related to the legal case.

I am willing to continue the evaluation by telemedicine or in person if they decide that he should be able to answer my questions related to his emotional claims caused by the defendants. Without his own version I will not be able to give an opinion about his emotional claims.

During my initial evaluation on June 26, 2025, Mr. Goldman told me he has been treated by a Psychiatrist Dr. Stone from 2002 to present. It will be important for my opinion to have the whole psychiatric record up to the last meeting this year 2025.

Let me know if you need any other information.
Sincerely,

José A. Franceschini Carlo, M.D., F.A.P.A.
Expert Psychiatrist
Lic. 7843