# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT**:

    COMES NOW, the undersigned attorney and very respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction between July 3, 2025 up to and including July 11, 2025..

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the

captioned case until after July 14, 2025, when the undersigned shall return to the jurisdiction.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 30th day of June, 2025.

**I HEREBY CERTIFY** that on this 30th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com