IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|   Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|   Defendants | * | |

EXHIBIT 1

EMAIL JULY 1, 2025-12:05PM

MANUEL SAN JUAN, ESQ. TO FRANCISCO M. LOPEZ ROMO, ESQ.



Francisco Lopez-Romo &lt;lopezromo@gmail.com&gt;

## COMPLETION OF EVALUATION BY DR. FRANCESCHINI

**Manuel San Juan** &lt;sanjuanm@microjuris.com&gt;  Tue, Jul 1, 2025 at 12:05 PM
To: Francisco Lopez-Romo &lt;lopezromo@gmail.com&gt;
Cc: "Karchmer, Margaret" &lt;mkarchmer@wiley.law&gt;, Luis Saldana &lt;lsaldana@scvrlaw.com&gt;, Xaymara Colón González &lt;xcolon@scvrlaw.com&gt;, "Francisco E. Colon" &lt;FECOLON@colonramirez.com&gt;

Dear brother counsel:

As you know, during the evaluation by Dr. Franceschini on June 27, 2025, Mr. Goldman refused to answer the doctor's questions in relation to the emotional damages that he alleges in his Complaint were caused by my clients. Mr. Goldman indicated that he would not answer any such questions because you had so instructed him. Multiple attempts to reach you at the time were unsuccessful, so Dr. Franceschini decided to stop the evaluation. According to Dr. Franceschini, the requested information is important for him to be able to complete his evaluation.

I write in an effort to resolve this issue without Court intervention. Kindly advise as soon as possible whether your client will answer Dr. Franceschini's questions regarding the emotional damages he alleges were caused by my clients, and any other questions Dr. Franceschini may have, seeking non-privileged information that he deems necessary for his evaluation. If so, we can make arrangements to continue and complete the evaluation. If not, we invite you to discuss the matter further, in a good faith attempt to understand your client's position, prior to seeking the Court's intervention.

I look forward to your prompt response.

Best regards,

Manuel San Juan