IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

EXHIBIT 5

EMAIL JULY 2, 2025-2:49PM

FRANCISCO M. LOPEZ ROMO, ESQ. TO MANUEL SAN JUAN, ESQ.



Francisco Lopez-Romo &lt;lopezromo@gmail.com&gt;

---

## COMPLETION OF EVALUATION BY DR. FRANCESCHINI

---

**Francisco Lopez-Romo** &lt;lopezromo@gmail.com&gt;  Wed, Jul 2, 2025 at 2:49 PM
To: Manuel San Juan &lt;sanjuanm@microjuris.com&gt;
Cc: Margaret Karchmer &lt;mkarchmer@wiley.law&gt;, Luis Saldana &lt;lsaldana@scvrlaw.com&gt;, Xaymara Colón González &lt;xcolon@scvrlaw.com&gt;, "Francisco E. Colon" &lt;FECOLON@colonramirez.com&gt;
Bcc: lopezromo@gmail.com

Dear Mr. San Juan,

Just a few lines to make sure that you are aware of my response regarding this email transmission, which was forwarded to you a couple of hours ago.

I shall expect your response either informally or otherwise at your earliest convenience and after your return from your vacations.

Cordially,

Francisco


Sent from my iPhone

> On Jul 2, 2025, at 8:17 AM, Manuel San Juan <sanjuanm@microjuris.com> wrote:
>
>
> [Quoted text hidden]