IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|   Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|   Defendants | * | |

EXHIBIT 6

EMAIL JULY 10, 2025-4:47PM

FRANCISCO M. LOPEZ ROMO, ESQ. TO MANUEL SAN JUAN, ESQ.



Francisco Lopez-Romo <lopezromo@gmail.com>

## Goldman v. McConnell, et al, - Pending Discovery

**Francisco Lopez-Romo** <lopezromo@gmail.com>  Thu, Jul 10, 2025 at 4:47 PM
To: Manuel San Juan <sanjuanm@microjuris.com>
Cc: Francisco Lopez-Romo <lopezromo@gmail.com>

Dear Mr. San Juan,

Please review this article and let's set up another telephone conference to coordinate the pending discovery matters.

parameters of Rule 35:
https://www.caemploymentlaw.org/conf/pdf/The%20Parameters%20of%20the%20Rule%2035%20Mental%20Examination.pdf


Francisco M. López-Romo, P.A.
P.O. Box 331823
Coconut Grove, FL 33233
Cellular: 305-772-5577
E-Mail: lopezromo@gmail.com