IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
| Defendants | * | |

EXHIBIT 7

EMAIL JULY 14, 2025-8:52AM

FRANCISCO M. LOPEZ ROMO, ESQ. TO MANUEL SAN JUAN, ESQ.



Francisco Lopez-Romo <lopezromo@gmail.com>

## Goldman v. McConnell, et al, - Pending Discovery

**Francisco Lopez-Romo** <lopezromo@gmail.com>  Mon, Jul 14, 2025 at 8:52 AM
To: Manuel San Juan <sanjuanm@microjuris.com>

Manuel,

Did you receive this email transmission?

Let me know if you want to discuss this matter with me before I file any motions with the court?

Sent from my iPad

> On Jul 10, 2025, at 4:47 PM, Francisco Lopez-Romo <lopezromo@gmail.com> wrote:
>
> [Quoted text hidden]