IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

EXHIBIT 8

EMAIL JULY 14, 2025-9:16AM

MANUEL SAN JUAN, ESQ. TO FRANCISCO M. LOPEZ ROMO, ESQ.



Francisco Lopez-Romo <lopezromo@gmail.com>

## Goldman v. McConnell, et al, - Pending Discovery

**Manuel San Juan** <sanjuanm@microjuris.com>                                              Mon, Jul 14, 2025 at 9:16 AM
To: Francisco Lopez-Romo <lopezromo@gmail.com>

Yes, I received it.  Let me know when you are available to discuss.  I am not available today but can talk any time tomorrow afternoon,Thursday afternoon or Friday morning.

Regards,

MSJ

[Quoted text hidden]