# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

    **COMES NOW**, the undersigned attorney and very respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction between August 5, 2025 up to and including August 20, 2025.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after August 20, 2025, when the undersigned shall be available.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of August, 2025.

**I HEREBY CERTIFY** that, on this same date, I filed this document using the CM/ECF filing system, which will send a copy to all counsel of record.

**S/ *MANUEL SAN JUAN***
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787) 723-6637 / (787) 723-6669
 E-mail: sanjuanm@microjuris.com
