# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, <br><br> Plaintiff <br><br> v. <br><br> MCCONNELL VALDES, LLC; <br> ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them; <br> JOSE IRIZARRY-CASTRO; <br> JOHN DOE; MARY DOE <br> UNKNOWN INSURANCE COMPANY; <br><br> Defendants | CIVIL NO.: 24cv01136(SCC) |

## MOTION FOR CONTINUANCE

**TO THE HONORABLE COURT:**

**NOW APPEAR** co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. The Court has scheduled a hearing for September 3, 2025 at 2:00 PM.

2. On that date the undersigned attorney will be in trial before the Superior Court of Guaynabo, in the case of Vega Martínez v. Toral Muñoz, Civil Case No. BY2024CV3692.

3. The undersigned has consulted with counsel for all parties in the captioned matter, and everyone is available to attend the hearing at any time on September 8, 9 and 10.

**WHEREFORE**, it is respectfully requested that the Honorable Court continue the hearing set for September 3, 2025, and reschedule it at its convenience for September 8, 9 or 10, 2025.

**RESPECTFULLY SUBMITTED.**

I⇥In Reykjavik, Iceland this 11th day of August, 2025.

**I HEREBY CERTIFY** that on this 24th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

⇥s/Manuel San Juan
⇥MANUEL SAN JUAN
⇥Attorney for plaintiffs
⇥USDC-PR No.: 204706
⇥P.O. Box 9023587
⇥San Juan, Puerto Rico 00902-3587
⇥Tel.:(787)723-6637 / (787) 723-6669
⇥Email: sanjuanm@microjuris.com