# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership<br>composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**NOW APPEAR** co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. Today the appearing parties have filed a Motion for Continuance, which inadvertently has the incorrect date on the Certify.

2. We are submitting again the Motion for Continuance to substitute the previous Motion filed (Docket #163).

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above and substitute Docket #163 with the attached Motion.

**RESPECTFULLY SUBMITTED.**

I   In Reykjavik, Iceland this 11th day of August, 2025.

**I HEREBY CERTIFY** that on this 11th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

s/Manuel San Juan
MANUEL SAN JUAN
Attorney for plaintiffs
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
Email:  sanjuanm@microjuris.com