IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
| Defendants | * | |

PLAINTIFF'S MOTION REQUESTING REFIEF

TO THE HONORABLE COURT:

COMES NOW Plaintiff Alan Goldman, through his undersigned counsel, Francisco M. López Romo, Esq., and respectfully states and prays as follows:

1. On August 27, 2025, plaintiff's undersigned counsel purchased his airplane ticket to travel from Miami, Florida to San Juan, Puerto Rico in American Airlines' flight number AA1329, departing on September 9, 2025, at 12:10 p.m. Please see: the confirmation and credits card charge in the sum of $668.00, marked as <u>Exhibit 1</u>, and the boarding pass, marked as <u>Exhibit 2</u>.

2. Yesterday afternoon, plaintiff's undersigned counsel started feeling sick, with symptoms such as a runny nose, nasal drip, and sore throat. Last night, the undersigned counsel commenced coughing and sneezing due to irritation of the nasal passages.

3. Last night, these symptoms became more acute, to the point that this morning, the undersigned counsel contacted American Airlines to cancel my flight reservation.

4. Just a few minutes ago, the undesigned counsel performed the iHealth Covid-19 Test and obtained positive results for COVID.  Please, See <u>Exhibit 3.</u>

5. It would have been unwise to travel under said conditions, exposing my fellow passengers to possible contamination.

6. In addition, the undersigned counsel has started losing my voice, but as of this moment, I am still able to verbally communicate with others.

7. In view of the above, it is respectfully requested that the undersigned counsel may be allowed to participate in tomorrow's hearing via zoom conference, or in the alternative that the court may prefer that the undersigned counsel appear in person, that the hearing be re-set for another date that may be convenient to the court.

**WHEREFORE**, Plaintiff Alan Goldman's undersigned counsel respectfully requests from this Honorable Court to take notice of this motion and if approved, that the undersigned counsel may be allowed to participate in tomorrow's hearing via zoom conference, or in the alternative that the court may prefer that the undersigned counsel appear in person, that the hearing be re-set for another date that may be convenient to the court.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 9th day of September 2025.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314
Attorney for Plaintiff Alan Goldman

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com