IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

# EXHIBIT 1

# AIRFARE CONFIRMATION AND CREDIT CARD CHARGE

# Your trip confirmation (MIA - SJU)

**American Airlines** <no-reply@info.email.aa.com>  Wed, Aug 27, 2025 at 1:02 PM
To: LOPEZROMO@gmail.com



Your trip confirmation and receipt

**Confirmation code: GZMPRO**

**Tuesday, September 9, 2025**

| MIA | AA 1329 |
| --- | --- |
| Miami | |
| 12:10 PM | |

| SJU | Seat: **17D** |
| --- | --- |
| San Juan | Class: **Economy (V)** |
| 2:53 PM | Meals: **Refreshment** |

**Thursday, September 11, 2025**

| SJU | AA 1341 |
| --- | --- |
| San Juan | |
| 12:01 PM | |

| MIA | Seat: **13C** |
| --- | --- |
| Miami | Class: **Economy (S)** |
| 2:50 PM | Meals: **Refreshment** |

**Manage your trip**

## Your purchase

**Francisco Lopezromo - AAdvantage® #: 601******

New ticket (0012270010050)                                                                 $668.00
[$602.00 + Taxes & carrier-imposed fees $66.00]

| Total cost | $668.00 |
|---|---|

## Your payment

| MasterCard (ending 5662 ) | $668.00 |
|---|---|
| Total paid | **$668.00** |

## Bag information

**Checked Bag (Airport)**
1st bag   No charge
2nd bag   No charge

**Checked Bag (Online*)**
1st bag   No charge
2nd bag   No charge

Taxes are included, when applicable.

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »



Book a car »



Buy trip insurance »



Vacations »

| 08/27 | 08/27 | AMERICAN0012270010050 PHOENIX    AZ | $668.00 |
|---|---|---|---|
| | | NAME: LOPEZROMO/FRANC | |
| | | DEPART: 09/09/25 | |
| | | MIA  TO SJU  : AA: CLASS: V : STOP:0 | |
| | | SJU  TO MIA  : AA: CLASS: S : STOP:0 | |