IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
|   Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
|   Defendants | * | |

# EXHIBIT 2

# AIRFARE BOARDING PASS

2:52  5G E 

✕  🔒 www.aa.com  🔖 ⬆ ⋯

# American Airlines 

## MIA to SJU



**Add to Apple Wallet**

### GROUP
# 3
Priority / Platinum / PRIORITY

| Boards | Departs | Seat |
|---|---|---|
| See monitors | 12:10 PM | 8D |

| Flight | Terminal | Gate |
|---|---|---|
| AA1329 | D | D32 |

**Boarding ends 15 minutes before departure**

LOPEZROMO / FRANCISCO
Frequent flyer number: **6018002**
Confirmation code: **GZMPRO**

Inflight services: 
Tuesday, September 09, 2025

