IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

# EXHIBIT 3

# iHEALTH COVID-19 TEST

### COVID-19 Positive (+)



If the Control (C) line and the Test (T) line are visible, the test is positive.

**Below are photos of actual positive tests. Any faint visible pink-to-purple test (T) line with the control line (C) should be read as positive.**



**You do not need to perform repeat testing if you have a positive result at any time.**

A positive test result means that the virus that causes COVID-19 was detected in your sample and it is very likely you have COVID-19 and are contagious. Please contact your doctor/primary care physician or your local health authority immediately and adhere to the local guidelines regarding self-isolation. There is a very small chance that this test can give a positive result that is incorrect (a false positive).

### COVID-19 Negative (-)



If the Control (C) line is visible, but the Test (T) line is not visible, the test is negative.

To increase the chance that the negative result for COVID-19 is accurate, you should:
- Test again in 48 hours if you have symptoms on the first day of testing.
- Test 2 more times at least 48 h

