IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN, | * | CIVIL NO.: 24cv01136 |
| Plaintiff | * | |
| v. | * | |
| McCONNELL VALDÉS, LLC, ET AL | * | |
| Defendants | * | |

PLAINTIFF, ALAN GOLDMAN'S MOTION TO CORRECT SCRIVENER'S ERROR
AND TO REQUEST PERMISSION TO FILE CORRECTED PLAINTIFF'S MOTION IN
COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Alan Goldman, by and through his undersigned attorney, Francisco M. López Romo, and respectfully States, Alleges and Prays:

1. On July 24th, 2025, Plaintiff, Alan Goldman, by and through his undersigned attorney filed "Plaintiff's Motion in Compliance with Order. [Please see: Document Number 159].

2. It came to the undersigned counsel's attention that the motion filed needs to be corrected.

3. In order to correct this error, the undersigned counsel is re-filing the corrected "Plaintiff's Motion in Compliance with Order" [Document Number 159].

WHEREFORE, Plaintiff, Alan Goldman respectfully requests this Honorable Court to take notice of this motion and if necessary, to enter an Order so that Document 159 may be replaced by the corrected version that is being filed on this date.

RESPECTFULLY SUBMITTED.

In Coral Gables, Florida on the 9th day of September 2025.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com