## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, <br><br> Plaintiff <br><br> v. <br><br> MCCONNELL VALDES, LLC; <br> ANTONIO A. ARIAS-LARCADA, his wife <br> MRS. ARIAS, and the Conjugal Partnership <br> composed by them; <br> JOSE IRIZARRY-CASTRO; <br> JOHN DOE; MARY DOE <br> UNKNOWN INSURANCE COMPANY; <br><br> Defendants | CIVIL NO.: 24cv01136(SCC) |

### RESPONSE IN OPPOSITION TO MOTION FOR CONTINUANCE

**TO THE HONORABLE COURT:**

**NOW APPEAR** co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. Predictably, yesterday plaintiff Alan Goldman filed a Motion (Dkt. No. 171) to Continue the Evidentiary Hearing scheduled by the Court for September 26, 2025. His sole reason for seeking to continue the hearing is purportedly the unavailability of Irmarillis Torres-Falcón, a "key witness" he says he intends to present.

2. The proffered testimony of Ms. Torres-Falcón is of little or no relevance to the issue the Court will consider at the hearing: whether or not Mr. Goldman was

justified in refusing to answer certain questions allegedly posed by Dr. José A. Franceschini during the psychiatric examination ordered by the Court. Ms. Torres-Falcón was merely the driver hired by Mr. Goldman to transport him to and from Dr. Franceschini's office and was not present during the examination. Thus, she can provide no testimony as to the exchange between Mr. Goldman and Dr. Franceschini, which is the central issue to be addressed by the parties and the Court at the hearing. At best, she can only testify to hearsay statements made to her regarding matters which are not in controversy: i.e., that on June 27, 2025, the examination was stopped around noon because Mr. Goldman refused to answer Dr. Franceschini's questions.

3. Ms. Torres-Falcón's unavailability on September 26th therefore provides no legitimate basis to continue the hearing, which has already been continued twice. Mr. Goldman's deliberate and repeated lack of cooperation with the Court-ordered psychiatric examination is a threshold issue which should be timely addressed, especially considering that this case has languished on the docket for over a year without the examination being completed.[1] The hearing should take place as scheduled, so that the Court can evaluate the conflicting accounts of both Mr. Goldman and Dr. Franceschini. Should the Court understand it necessary to hear Ms. Torres-Falcón as well, she can testify at a later date that is convenient to her, to the Court and to the parties.

---

[1] In this regard, Magistrate Judge Marshall Morgan has previously determined that the Plaintiff has "obstruct[ed] these proceedings by invoking medical limitations" while simultaneously refusing to comply with Court orders, that "the Plaintiff's continued refusal to comply with prior Orders is unjustified and without legal basis", and that his "repeated efforts to circumvent these rulings is improper." See Docket No. 130.

**WHEREFORE**, for the above state reasons, it is respectfully requested that the Honorable Court **deny** the Plaintiff's "Motion Requesting Resetting of Evidentiary Hearing" at Dkt. No. 171.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 17th day of September, 2025.

**I HEREBY CERTIFY** that on this 17th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
Attorney for Defendants
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail:  sanjuanm@microjuris.com