# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>  Plaintiff<br><br>  v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>  Defendants | CIVIL NO.: 24cv01136(SCC) |

## **NOTICE OF ABSENCE FROM JURISDICTION**

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned attorney and very respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction between September 27, 2025 up to and including October 10, 2025.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after October 13, 2025, when the undersigned shall be available.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of September 5, 2025.

**I HEREBY CERTIFY** that on this 22dn day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

s/Manuel San Juan
MANUEL SAN JUAN
Attorney for plaintiffs
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
Email: sanjuanm@microjuris.com
