IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| Plaintiff | * | |
| V | * | |
| McCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| Defendants | * | |

PLAINTIFF'S MOTION IN SUPPORT OF PLAINTIFF'S TESTIMONY DURING THE COURT'S HEARING THAT WAS HELD ON SEPTEMBRE 26, 2025

TO THE HONORABLE COURT:

COMES NOW Plaintiff Alan Goldman, through his undersigned counsel, Francisco M. López Romo, Esq., and respectfully states and prays as follows:

1. On September 16th, 2025, Plaintiff Alan Goldman filed "Plaintiff's Motion Requesting Resetting of Evidentiary Hearing [Document Number 171]

2. On September 17th, 2025, the Honorable Silvia L. Carreno-Coll entered the following Order:

    "Order: Denying [171] Motion to Continue. The hearing remains as previously set. Docket No. [170]".

3. On this date, Plaintiff, Goldman submits his witness, Irmarilis Torres-Falcón' statement under penalty of perjury, since she was not able to appear and testify during the

evidentiary hearing that was held before this Court on September 26, 2025, at 1:30 p.m.

**WHEREFORE,** Plaintiff Goldman respectfully requests from this Honorable Court to take notice of this statement under penalty of perjury and to enter any remedy that the Court may deem to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 30th day of September 2025.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 30th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314
Attorney for Plaintiff Alan Goldman

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com