

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Set: 1:30 PM
Held: 1:45 PM – 3:20 PM

**MINUTES OF PROCEEDINGS**  Date: September 26, 2025
**BEFORE HONORABLE SILVIA L. CARREÑO-COLL**  Civil. No. 24-1136 (SCC)

COURTROOM DEPUTY CLERK: Jyoti Mehta-López
COURT REPORTER: Robin Dispenzieri

|  | Attorneys present: |
|---|---|
| **ALAN GOLDMAN**<br>Plaintiff<br><br>vs.<br><br>**McCONNELL VALDES, LLC**<br>**AIG INSURANCE COMPANY PUERTO RICO**<br>**SOMPO INTERNATIONAL; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY**<br>Defendants. | Francisco López-Romo<br><br><br><br><br>Manuel San Juan-DeMartino<br>Xaymara Colón-González<br><br>Francisco E. Colón-Ramírez |

**EVIDENTIARY HEARING held.**

An evidentiary hearing was held in reference to the Motion to Dismiss at Docket No. 139 and the Motion in Compliance at Docket No. 159.

Testimony of Dr. José Franceschini and Mr. Alan Goldman was heard on behalf of Plaintiff. Direct and cross-examination was conducted.

Arguments by Attorney Francisco López and Attorney Manuel San Juan were heard. Attorney Manuel San Juan informed that Attorney Arturo García, McConnell Valdés' managing director, was also present in Court.

The Motion to Dismiss at Docket No. 139 was held in abeyance. Order to issue.

*s/ Jyoti Mehta-López*
Jyoti Mehta-López
Courtroom Deputy