UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN, <br><br> Plaintiff <br><br> v. <br><br> MCCONNELL VALDES, LLC; <br> ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them; <br> JOSE IRIZARRY-CASTRO; <br> JOHN DOE; MARY DOE <br> UNKNOWN INSURANCE COMPANY; <br><br> Defendants | CIVIL NO.: 24cv01136(SCC) |

## JOINT MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT:**

**NOW APPEAR** plaintiff Alan Goldman and co-defendants Antonio Arias Larcada, his wife María Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their respective undersigned counsel, and very respectfully state and pray as follows:

1. In the present case the Court issued an Order (Dkt. No. 181) requiring the continuation of the plaintiff´s psychiatric evaluation to take place in Puerto Rico on or before January 12, 2026, and the defendants´ expert psychiatric report to be due no later than January 20, 2026.

2. After consulting with their expert, Dr. Jose A. Franceschini, the appearing defendants proposed that the evaluation take place on December 15th, 17th or

19th, 2025. However, the plaintiff indicated that traveling to Puerto Rico during that week was not viable for him and requested that the evaluation be postponed for a later date.

3. After extensively conferring with both Dr. Franceschini and the plaintiff, the undersigned attorneys agreed that, subject to Court approval, the examination could be conducted between January 29, 2026, and February 13, 2026.

4. If the Court approves this rescheduling, it is also requested that it extend the deadline to submit Dr. Franceschini´s expert report until February 28, 2026.

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above and consequently modify the deadlines issued in Dkt. No. 181 such that the continuation of the psychiatric evaluation of the plaintiff must take no later than February 13, 2026, and Dr. Franceschini´s expert report be due on or before February 28, 2026. All other requirements of the Court´s Order to remain as originally set forth.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 11th day of December, 2025.

**I HEREBY CERTIFY** that on this 11th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/FRANCISCO LOPEZ ROMO
**Francisco M. Lopez-Romo**
431 Ponce de Leon Ave.
National Plaza Suite 1500
San Juan, PR 00917
787-751-8958

Fax: 787-765-0325
Email: lopezromo@gmail.com


S/MANUEL SAN JUAN
**MANUEL SAN JUAN**
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail:  sanjuanm@microjuris.com