```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO

ALAN GOLDMAN                          *    CIVIL NO.: 24CV01136
                                      *
    Plaintiff                         *
                                      *
V                                     *
                                      *
McCONNELL VALDES, LLC;                *
ANTONIO A. ARIAS-LARCADA, ET AL       *
                                      *
    Defendants                        *
_____/
```

### PLAINTIFF'S MOTION REQUESTING ORDER TO PROVIDE COPY OF VIDEO EXAMINATION

TO THE HONORABLE COURT:

COMES NOW Plaintiff Alan Goldman, through his undersigned counsel, Francisco M. López Romo, Esq., and respectfully states and prays as follows:

1. On February 2, 2026, Plaintiff Alan Goldman's mental and physical examination was completed.

2. Mr. Goldman answered all questions and no objections were raised during said examination.

3. Prior to the examination, the parties agreed that the examination would be recorded by a professional videographer and that Mr. Goldman would be allowed to record the examination and retain his own recording.

4. Mr. Goldman brought his recording equipment to the mental examination. However, due to technical issues, said equipment failed and did not record the examination.

5. The videographer recorded the mental examination using two video memory cards. One of the cards was placed in a sealed envelope that shall be deposited today, February 3rd, 2026, by Mr. Manuel San Juan with the Clerk's Office, while the second card remains in the videographer's custody.

6. The undersigned counsel Francisco M. López Romo informed Mr. Manuel San Juan that Plaintiff was interested in obtaining a copy of the video recording of his mental and physical examination.

7. Mr. Manuel San Juan's position is that the Court's order did not contemplate or authorize the production of a copy of the video recording.

8. In light of the prior agreement of the parties allowing Mr. Goldman to have his own recording of the examination, Plaintiff respectfully requests from this Honorable Court to enter an Order ordering that a copy of the video recording be provided to Plaintiff by the videographer in a pen drive.

WHEREFORE, Plaintiff respectfully requests from this Honorable Court to enter an Order ordering the videographer to provide, at Plaintiff's cost, with the pen drive containing the video recording of said examination, and to grant such other relief as this Court may deem just and proper.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on the 3rd day of February 2026.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

*s/Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO.  118314
Attorney for Plaintiff Alan Goldman

PO Box 331823
Coconut Grove, Florida  33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com