# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

## JOINT INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**NOW APPEAR** the plaintiff, Alan Goldman, and co-defendants Antonio Arias Larcada, his wife Maria Beale, and the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through their undersigned counsel, and very respectfully state and pray as follows:

1. Yesterday, February 2, 2026, the psychiatric evaluation of plaintiff Alan Goldman was completed by Dr. José A. Franceschini. As per the Court's directive, the evaluation session was videotaped.

2. The video of yesterday's evaluation is contained on a digital card and a pen drive, which were placed and sealed in two separate envelopes in the presence of Dr. Franceschini and Mr. Goldman.

3. The appearing parties hereby inform that, as per the Court's instructions, both sealed envelopes are being submitted to the office of the Clerk of the Court, for review by the IT Department and subsequent delivery to the Court.

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 3rd day of February, 2026.

**I HEREBY CERTIFY** that on this 3rd day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/FRANCISCO M. LOPEZ ROMO
FRANCISCO M. LOPEZ ROMO, PA
Attorney for Plaintiff
USDC-PR No.:118314
P.O. Box 331823
Coconut Grove, Florida 33233
Tel. (305) 772-5577
Email: lopezromo@gmail.com


S/MANUEL SAN JUAN
MANUEL SAN JUAN
Attorney for appearing defendants
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com