# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>   Plaintiff<br><br>   v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife<br>MRS. ARIAS, and the Conjugal Partnership composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>   Defendants | CIVIL NO.: 24cv01136(SCC) |

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

   **COMES NOW**, the undersigned attorney and very respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction from February 16, 2026 to February 28, 2026.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after March 2, 2026 when the undersigned shall be available.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 4th day of February, 2026.

**I HEREBY CERTIFY** that on this 4th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

/ Manuel San Juan
Manuel San Juan
USDC-PR Bar 204706
LAW OFFICES OF MANUEL SAN JUAN, PSC
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel. (787) 723-6637
Email: sanjuanm@microjuris.com