# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>    Plaintiff<br><br>    v.<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them;<br>JOSE IRIZARRY-CASTRO;<br>JOHN DOE; MARY DOE<br>UNKNOWN INSURANCE COMPANY;<br><br>    Defendants | CIVIL NO.: 24cv01136(SCC) |

## MOTION REQUESTING BRIEF EXTENSION OF TIME
## TO SUBMIT EXPERT REPORT

**TO THE HONORABLE COURT**:

**NOW APPEAR** defendants Antonio Arias, his wife María Beale, and McConnell Valdés, LLC, through their undersigned counsel, and very respectfully state and pray:

1. The expert report of psychiatrist José A. Franceschini is due on February 28, 2026.

2. Dr. Franceschini has completed his report and emailed it to the undersigned; however, the undersigned has been unable to open the file to review it for compliance with Fed.R.Civ.P. 26 and other matters because the undersigned is currently aboard the M/V NATIONAL GEOGRAPHIC VENTURE in a remote area of the Sea of Cortez in Baja California with limited or no access to the internet.

3. The appearing parties therefore request a brief extension of time, up to and including March 3, 2026, to review and submit Dr. Franceschini's expert report.

4. The requested extension is reasonable under the circumstances and will not delay the case nor prejudice the plaintiff.

**WHEREFORE**, it is respectfully requested that the Honorable Court grant the appearing parties a brief extension of time, up to and including March 3, 2026, to submit Dr. Franceschini's expert report.

**RESPECTFULLY SUBMITTED**.

In Baja California Sur, Mexico, this 26th day of February, 2026.

**I HEREBY CERTIFY** that on this 26th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S./MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com