ALAN GOLDMAN         *    CIVIL NO.: 24CV01136
                               *

   Plaintiff             *
                               *

V                        *
                               *

McCONNELL VALDES, LLC;      *
ANTONIO A. ARIAS-LARCADA, ET AL    *
                               *

   Defendants           *

_____/

## PLAINTIFF'S MOTION REQUESTING ORDER
## TO COMPEL DISCOVERY COMPLIANCE

TO THE HONORABLE COURT:

COMES NOW Plaintiff Alan Goldman, through his undersigned counsel, Francisco M. López Romo, Esq., and respectfully moves for an Order compelling Defendants to respond to Plaintiff's outstanding discovery requests, pursuant to the Federal Rules of Civil Procedure and this Court's Order at Docket No. 150, and states as follows:

1. On October 2nd, 2024, Plaintiff served Plaintiff's First Set of Interrogatories upon Defendants McConnell Valdés, LLC, Antonio Arias-Larcada, and María Beale.

2. On January 23rd, 2025, Plaintiff served Plaintiff's First Request for Production of Documents upon Defendant María Beale.

3. On January 23rd, 2025, Plaintiff served Plaintiff's Second Request for Production of Documents upon Defendants Antonio Arias-Larcada and McConnell Valdés, LLC.

4. On March 12th, 2025, Plaintiff served Plaintiff's First Set of Interrogatories upon Defendants AIG Insurance Company and Endurance American International Insurance Company.

5. On June 4th, 2025, the Honorable Sylvia L. Carreño entered an Order (Docket No. 150) granting a stay of discovery, which states in pertinent part:

> "As ordered at Docket No. [149], the only discovery that will be allowed will be Mr. Goldman's mental and physical examination. Nothing more. All other discovery is stayed. Once the mental examination is completed, the Court will determine next steps."

6. On March 3rd, 2026, Dr. Franceschini's expert report was submitted.

7. The stay of discovery imposed by this Court was expressly conditioned upon the completion of Plaintiff's mental and physical examination.

8. Said condition has now been satisfied with the submission of Dr. Franceschini's expert report on March 3, 2026.

9. Accordingly, the basis for the stay no longer exists, and discovery should proceed.

10. Defendants' continued failure to respond to Plaintiff's properly served discovery requests constitutes a violation of their obligations under the Federal Rules of Civil Procedure.

11. Defendants must be compelled to provide full and complete responses to Plaintiff's outstanding interrogatories and requests for production.

WHEREFORE, Plaintiff Alan Goldman respectfully requests from this Honorable Court to:

A. Issue an Order compelling Defendants Arias-Larcada, Beale, and McConnell Valdés, LLC to fully respond to Plaintiff's outstanding interrogatories and requests for production of documents within a term to be set by the Court;

B. Deem any objections waived due to Defendants' failure to timely respond;

C. Award any relief deemed just and proper.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on the 16th day of April 2026.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

**s/Francisco M. López-Romo**
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314
Attorney for Plaintiff Alan Goldman

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com