ALAN GOLDMAN,

    Plaintiff

        v.

MCCONNELL VALDES, LLC;
ANTONIO A. ARIAS-LARCADA, his wife
MRS. ARIAS, and the Conjugal Partnership
composed by them;
JOSE IRIZARRY-CASTRO;
JOHN DOE; MARY DOE
UNKNOWN INSURANCE COMPANY;

    Defendants

CIVIL NO.:  24cv01136(SCC)

**OPOSITION TO PLAINTIFF'S**
**MOTION REQUESTING ORDER**
**TO COMPEL DISCOVERY COMPLIANCE**

**TO THE HONORABLE COURT:**

**NOW APPEAR** co-defendants Antonio Arias Larcada, his wife María Beale, and

the Conjugal Partnership constituted between them, and McConnell Valdés, LLC., through

their undersigned counsel, and very respectfully state and pray as follows:

1. On April 16, 2026, Plaintiff filed a Motion Requesting Order to Compel

   Discovery Compliance (Docket #197).

2. Plaintiff's Motion must be denied as it fails to comply with Local Rule 26(b)

   in that it fails to include "a certification that the moving party has made a

   reasonable and good faith effort to reach an agreement with opposing counsel

   on the matters set forth in the motion."

**WHEREFORE**, it is respectfully requested that the Honorable Court deny the plaintiff's motion (docket No 197).

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 17th day of April 2026.

**I HEREBY CERTIFY** that on this 17th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
Attorney for Defendants
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail:  sanjuanm@microjuris.com