**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ALAN GOLDMAN, | |
| Plaintiff | CIVIL NO.: 24cv01136(SCC) |
| v. | |
| MCCONNELL VALDES, LLC; ANTONIO A. ARIAS-LARCADA, his wife MRS. ARIAS, and the Conjugal Partnership composed by them; JOSE IRIZARRY-CASTRO; JOHN DOE; MARY DOE UNKNOWN INSURANCE COMPANY; | |
| Defendants | |

**NOTICE OF ABSENCE FROM JURISDICTION**

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned attorney and very respectfully informs and prays as follows:

1.   Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction from July 9, 2026 to July 23, 2026.

2.   Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after July 24, 2026 when the undersigned shall be available.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 6th day of July 2026.

**I HEREBY CERTIFY** that on this 6th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

/ Manuel San Juan
Manuel San Juan
USDC-PR Bar 204706
LAW OFFICES OF MANUEL SAN JUAN, PSC
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel. (787) 723-6637
Email: sanjuanm@microjuris.com