IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN | * | CIVIL NO.: 24CV01136 |
| | * | |
| Plaintiff | * | |
| | * | |
| V | * | |
| | * | |
| McCONNELL VALDES, LLC; | * | |
| ANTONIO A. ARIAS-LARCADA, ET AL | * | |
| | * | |
| Defendants | * | |

MOTION BY COUNSEL REQUESTING PERMISSION TO APPEAR BY VIDEOCONFERENCE, OR IN THE ALTERNATIVE, TO AUTHORIZE THE APPEARANCE OF SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel, Francisco M. Lopez-Romo, and respectfully, states and requests as follows:

1. On August 3rd, 2026, the undersigned counsel was required to travel to Caldwell, New Jersey, due to a health condition affecting a close family member who is presently undergoing medical treatment and care.

2. The specific nature and circumstances of said family member's medical condition are private and confidential. The undersigned counsel is not authorized to disclose such information, as it constitutes protected health information that is subject to applicable privacy protections, including those provided under the Health Insurance Portability and Accountability Act (HIPAA) and other privacy laws.

Alan Goldman v McConnell Valldes, LLC, et al
24cv01136
Motion Requesting Permission to Participate in Video Conference

3. At the time counsel traveled to New Jersey, it was anticipated that my stay would be temporary. However, based upon the circumstances presently existing and the ongoing medical needs of counsel's close family member, the undersigned counsel has sufficient reason to believe that my presence in Caldwell, New Jersey may be extended for several weeks.

4. The undersigned counsel recognizes the importance of fully complying with the Orders entered by this Honorable Court, and of ensuring that the proceedings in this matter continue without unnecessary delay.

5. In light of the foregoing circumstances, and in an effort to comply with the Court's Order while also attending to this unforeseen family medical emergency, the undersigned counsel respectfully requests permission to appear remotely by videoconference, (such as Zoom), at the hearing that has been scheduled in this matter, during the time period in which the undersigned counsel is required to remain in New Jersey.

6. The undersigned counsel is prepared to participate fully in the proceedings by videoconference and to comply with any conditions or technical requirements established by this Honorable Court.

7. In the alternative, should this Honorable Court determine that the undersigned counsel's physical presence is required at said hearing, the undersigned counsel respectfully requests the Court's permission to coordinate with, and to

Alan Goldman v McConnell Valldes, LLC, et al
24cv01136
Motion Requesting Permission to Participate in Video Conference

designate another attorney, subject to the Court's approval, who may appear on counsel's behalf and in substitution of the undersigned counsel, as may be necessary.

8. This alternative request is made solely to ensure compliance with the Court's Order and to avoid any unnecessary delay or prejudice against the parties while counsel attends to the ongoing medical circumstances involving his close family member.

9. The relief requested herein is made in good faith, and is based upon circumstances beyond counsel's control, and is not sought for purposes of delay.

WHEREFORE, the undersigned counsel respectfully requests from this Honorable Court to enter an order to authorize the undersigned counsel to appear by videoconference (such as Zoom), at the hearing that has been scheduled to be held on August 21st, 2026, at 1:30 p.m., and as long as the undersigned counsel remains in Caldwell, New Jersey due to the circumstances described hereinabove. In the alternative, to enter an order to authorize the undersigned counsel to make arrangements so that another attorney, subject to the Court's approval, may enter his/her limited appearance on said date, in substitution of the undersigned counsel, and to grant such relief as this Honorable Court may deem to be just and proper.

Alan Goldman v McConnell Valldes, LLC, et al
24cv01136
Motion Requesting Permission to Participate in Video Conference

RESPECTFULLY SUBMITTED.

In Caldwell, New Jersey, on the 14th day of August 2026.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

s/Francisco M. López-Romo
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314
Attorney for Plaintiff Alan Goldman

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com