IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ALAN GOLDMAN<br><br>Plaintiff<br><br>V<br><br>McCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, ET AL<br><br>Defendants | * | CIVIL NO.: 24CV01136 |

**NOTICE OF ABSENCE FROM JURISDICTION**

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel and respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned counsel will be unavailable and absent from this jurisdiction from September 30, 2026, to October 26, 2026.
2. Since the undersigned counsel is a sole practitioner, the undersigned counsel respectfully requests that, during the foregoing period of absence, this Honorable Court take notice of the above and refrain from issuing any orders and/or setting any hearings in the case of caption, that may require the personal appearance or participation of the undersigned counsel.
3. The undersigned counsel also respectfully requests that no matters requiring a written response be scheduled during the period of absence, and that any deadlines requiring the

personal appearance of counsel be set for any date after October 27, 2026.

4. This request is made in good faith and is not intended for purposes of delay, but solely to allow the undersigned counsel to be absent from the practice of law during the dates stated above.

**WHEREFORE,** it is respectfully requested from this Honorable Court to enter an Order granting this Notice of Absence from September 30, 2026, to October 26, 2026, and providing that no hearings or other matters that may require the appearance or participation of the undersigned counsel be scheduled during said period of time, and granting such further relief as this Honorable Court may deem to be just and proper.

RESPECTFULLY SUBMITTED.

In Miami, Florida, on the 16th day of September 2026.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of September 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

s/Francisco M. López-Romo
FRANCISCO M. LOPEZ-ROMO
USDC-PR NO. 118314
Attorney for Plaintiff Alan Goldman

PO Box 331823
Coconut Grove, Florida 33233
Telephone: 305-772-5577
Email: lopezromo@gmail.com