IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN<br><br>Plaintiff<br><br>V<br><br>MCCONNELL VALDES, LLC;<br>ANTONIO A. ARIAS-LARCADA, ET AL<br><br>Defendants | CIVIL NO.: 24CV01136 |

**MOTION FOR PARTIAL VOLUNTARY DISMISSAL**

**TO THE HONORABLE COURT:**

COME NOW Plaintiff, Alan Goldman, and Defendants, Antonio Arias Larcada, his wife María Beale and the conjugal partnership constituted between them, and respectfully state and pray as follows:

1. The appearing parties have agreed to the voluntary dismissal of the captioned lawsuit against defendant Maria Beale, with prejudice and without special imposition of costs or attorneys' fees.
2. The appearing parties have also agreed to the voluntary dismissal, with prejudice and without special imposition of costs or attorneys' fees, of the Second and Third Causes of Action of the Counterclaim alleging defamation and abuse of process against the Plaintiff, filed by defendants Arias, Beale and the conjugal partnership between them.

3. All other causes of action between the parties will remain and continue to be litigated.

**WHEREFORE**, it is respectfully requested that the Honorable Court take note of the above and consequently dismiss the captioned lawsuit against defendant Maria Beale and dismiss as well the Second and Third Causes of Action of the Counterclaim against the Plaintiff, filed by defendants Arias, Beale and the conjugal partnership between them for the alleged defamation and abuse of process, with prejudice and without special imposition of costs or attorneys' fees. Partial Judgment should be entered accordingly.

**RESPECTFULLY SUBMITTED.**

In Miami, Florida, and San Juan, Puerto Rico, this 28th day of September 2026.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify a copy of the same to all attorneys of record.

*s/ Francisco M. López-Romo*
FRANCISCO M. LOPEZ-ROMO
Counsel for Alan Goldman
431 Ponce de León Ave.
National Plaza Suite 1500
San Juan, PR 00917
787-751-8958
Fax: 787-765-0325
Email: lopezromo@gmail.com

S/Manuel San Juan
MANUEL SAN JUAN
Counsel for defendants
Antonio Arias Larcada,
Maria Beale
and McConnell Valdés, LLC
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
E-mail: sanjuanm@microjuris.com