IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALAN GOLDMAN,<br><br>Plaintiff,<br><br>v.<br><br>MCCONNELL VALDÉS, LLC, ANTONIO A. ARIAS-LARCADA, MARIA BEALE, THE CONJUGAL PARTNERSHIP ARIAS-BEALE, SOMPO INTERNATIONAL, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY AND AIG INSURANCE COMPANY PUERTO RICO,<br><br>Defendants. | CIV. NO. 24-1136 (SCC) |

**PARTIAL JUDGMENT**

In view of the Motion for Partial Voluntary Dismissal at Docket No. 211 and the Court's Order at Docket No. 212, all claims against Ms. Maria Beale ("Ms. Beale") in this action are hereby **DISMISSED WITH PREJUDICE**. Further, the Second and Third Causes of Action of the Counterclaim advanced by Defendants Antonio Arias Larcada, Ms. Beale and the conjugal partnership constituted between them, are also **DISMISSED WITH PREJUDICE**. All other causes of action remain. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September 2026.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE